**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:16-cv-01804- PAB-MJW

FLAVIE BONDEH BAGOUE; and those similarly situated

    Plaintiffs,

v.

DEVELOPMENTAL PATHWAYS, INC., and

CONTINUUM OF COLORADO, INC.

    Defendants.

_____

**UNOPPOSED MOTION PURSUANT TO PRACTICE STANDARDS III. MOTIONS PRACTICE TO EXCEED PAGE LIMIT FOR MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b)(6)**
_____

    Defendants Developmental Pathways, Inc. and Continuum of Colorado, Inc. ("Defendants"), through counsel, move for permission pursuant to this Honorable Court's Civil Practice Standard III A to exceed the page limit for their Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for Failure to State a Claim, and for good cause in support, state as follows:

1.    Defendants have conferred with Plaintiff's Counsel and are authorized to state that Plaintiff does not oppose the relief requested herein.

2.    The proposed page limit extension for the motion is 28 pages with 70 pages for the Exhibits attached thereto. A copy of the Motion sought to be accepted is attached as Attachment A.

3. Plaintiff's 20 page 127 paragraph Complaint asserts 3 claims under the Colorado Wage Claim Act, Minimum Wage and Wage Order (Count 1), the Fair Labor Standards Act ("FLSA") (Count 2), and Colorado common law equity (Count 3).

4. The complaint and this motion cover 3 areas of substantive law. In addition to citations, relevant substantive statements of statutes, regulations and judicial authority are provided to assist in the analysis of the theories and arguments of the parties. The substantive law under the Fair Labor Standards Act is expressed in interpretive regulations and U.S. Department of Labor Operations Manual as well in the judicial opinions which are cited and, where appropriate, restated in the motion to aid in consideration thereof.

5. In addition, the context for services to persons with developmental disabilities, programs and service which are related to the claim for wages for the Plaintiff who was employed in a residential group home for 5 adult developmental disabled individuals is provided to assist in the analysis, which information is not provided in the complaint.

6. Defendants are aware that Rule 12 (b)(6) motions are disfavored and thus the higher standard of scrutiny they are subjected to.

7. The information in paragraphs 5 and 6 assist in evaluating the approximate 40 assertions (factual and or legal conclusions asserted as fact) needed to be addressed under the traditional and appropriate scrutiny undertaken in consideration of Rule 12(b)(6) motion.

8. Rule 12(b)(6) motions have been granted, including under the FLSA, where as here an opportunity is provided to address the issues raised by a Plaintiff.

9. The attached documents are matters of public record, orders by the Director of the Division of Labor Standards and Statistics, and the actual information related to the worksite

and time records for the Plaintiff.  Time records have been and are accepted by the courts to assess liability, if any.

Wherefore Defendants believing good cause has been presented, request this Court grant pursuant to Civil Practice Standard III A  their request to exceed the page limit on their motion to dismiss and accept their Motion to Dismiss pursuant to Fed. R. Civ. P. Rule 12(b)(6) for filing, which is attached as Attachment A, and for such other relief that is appropriate in consideration of and ruling on this motion to exceed page limit.

Dated this 29th day of September, 2016

                Respectfully submitted,
                WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

                By:  /s/ Henry L. Solano
                Henry L. Solano #7539
                Jason D. Melchar
                Wilson Elser Moskowitz Edelman & Dicker, LLP
                1225 17th Street, Ste 2750
                Denver, CO 80202
                (303) 572-5300
                (303) 573-5301 (fax)
                Henry.Solano@wilsonelser.com

## CERTIFICATE OF SERVICE

      I herby certify that on this 29th day of September, 2016, a true and correct copy of the foregoing *UNOPPOSED MOTION PURSUANT TO PRACTICE STANDARDS III. MOTIONS PRACTICE TO EXCEED PAGE LIMIT FOR MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b)(6))* was filed with the Court via CM/ECF and served thereunder and via e-mail to the following:

    Brian David Gonzales
The Law Offices of Brian D. Gonzales
242 Linden Street
Fort Collins, CO 80524
970-214-0562
303-539-9812 (fax)
BGonzales@ColoradoWageLaw.com

Alexander Neville Hood
Towards Justice-Denver
1535 High Street
Suite 300
Denver, CO 80218
720-239-2606
303-957-2289 (fax)
alex@towardsjustice.org
*Attorneys for Plaintiffs*

                          By:  /s/ Henry L. Solano
                                 Henry L. Solano