# Exhibit A

DPI_000001



Basement - 1,025 s.f.

Bdrm #4
10'-6"x10'

Bdrm #5
10'-6"x10'

Family
17'-4"x12'

Egress

Egress

Main Floor - 1,574 s.f.

Bdrm #2
10'-6"x10'

Bdrm #3
11'-6"x9'

Dining
12'x11'

Kitchen
12'5"x11'

10'x24'
Covered Patio

Down

Office
13' 11' x 12'

Bdrm #1
10'-6"x10'

Living
18'x14'-9"

Two Car
Garage

12830 E Nevada Cir.
Aurora, Co.  80012

Revision

| # | Date |
|---|------|

6/14/11

Floor Plan

A-1

Scale 1/8"=1'

DPI_000002



DPI_000003



DPI_000004



DPI_000005



# Exhibit B

DPI_000007



COLORADO
Department of Health Care
Policy & Financing

# Community Centered Boards

## What is a Community Centered Board?

In Colorado, the Department of Health Care Policy & Financing (the Department) oversees the states' 20 Community Centered Boards (CCBs). CCBs support access to long term services and supports (LTSS) through Medicaid waivers for Home and Community Based Services (HCBS). Specific waivers require CCBs to coordinate services to clients in the least restrictive setting possible with the goal of keeping them in their homes and communities as an alternative to institutional care.

CCBs serve individuals with intellectual and developmental disabilities.  Colorado has designated CCBs as the access point for the following HCBS waivers:
- Home and Community Based Services Children's Extensive Support Waiver (HCBS-CES)
- Home and Community Based Services Waiver for Persons with a Developmental Disability (HCBS-DD)
- Home and Community Based Supported Living Services Waiver (HCBS-SLS)

## Case Management & Other Responsibilities

CCBs currently provide case management, entry point functions and HCBS services for individuals with intellectual and developmental disabilities. The responsibilities of a CCB case manager include assessing a client's long-term care needs and developing and implementing a LTSS support plan for the client. Once a plan is developed, the case manager is responsible for authorizing, coordinating and monitoring delivery of the services, evaluating their effectiveness and periodically reassessing the client's needs.

CCBs have also been designated as the utilization review contractor that have the responsibility to determine functional eligibility for LTSS programs for individuals with intellectual and developmental disabilities.

Because CCBs provide case management and HCBS services, they are required to adhere to federal person-centered planning rules. Under the rules, HCBS providers or those who are employed by or have an interest in an HCBS direct service provider, may not provide case management or develop a person-centered service plan unless the state demonstrates that there are no other options available. In which case, the state



must devise conflict of interest protections and receive approval from the Centers for Medicare & Medicaid Services.[i]

## How are CCB Services Funded?

Administrative contracts between the Department and the CCBs fund eligibility determinations, Support Level Determinations, and quality assurance activities. Funding is a combination of approximately 50% federal funding and 50% state General Fund revenue. These administrative services include eligibility determinations, Support Level Determination, and quality assurance activities. CCBs bill fee-for-service rates for Targeted Case Management, which is a State Plan Benefit.

## CCB Regulations Relevant to No Wrong Door

CCB regulations can mostly be found at 10 CCR 2505-10, section 8.600 *et. seq.* Regulations relevant to No Wrong Door are highlighted in the table below.

| Relevant Regulations | |
|---|---|
| **Rule Citation** | **Rule Topic** |
| 8.606.1 | Administrative Services, including the process for designation as a CCB |
| 8.607.2 | Determination of developmental disability |
| 8.607.3 | Service and support coordination |

## Colorado's Community Centered Boards

(1) **Blue Peaks Developmental Services**
703 Fourth Street
Alamosa, CO 81101
(719) 589-5135

(2) **Colorado Bluesky Enterprises**
115 West 2nd Street
Pueblo, CO 81003
(719) 546-0572

(3) **Community Connections**
281 Sawyer Drive, #200
Durango, CO 81303
(970) 259-2464

(11) **Imagine!**
1400 Dixon Avenue
Lafayette, CO 80026
(303) 665-7789

(12) **Inspiration Field**
612 Adams Avenue
La Junta, CO 81050
(719) 384-8741

(13) **Mountain Valley Developmental Services**
700 Mount Sopris Drive
Glenwood Springs, CO 81602
(970) 945-2306



DPI_000009

(4) **Community Options**
336 South 10th Street
Montrose, CO 81402
(970) 249-1412

(5) **Developmental Disabilities Resource Center**
11177 W. 8th Avenue
Lakewood, CO 80215
(303) 233-3363

(6) **Developmental Pathways**
325 Inverness Drive South
Englewood, CO 80112
(303) 360-6600

(7) **Eastern Colorado Services**
617 South 10th Ave.
Sterling, CO 80751
(970) 522-7121

(8) **Envision**
1050 37th Street
Evans, CO 80620
(970) 339-5360

(9) **Foothills Gateway**
301 Skyway Drive
Fort Collins, CO 80525
(970) 226-2345

(10) **Horizons Specialized Services**
405 Oak
Steamboat Springs, CO 80477
(970) 879-4466

(14) **North Metro Community Services**
1001 West 124th Ave.
Westminster, CO 80234
(303) 252-7199
or (303) 457-1001

(15) **Rocky Mountain Human Services**
9900 E. Iliff Ave.
Denver, CO 80231
(303) 636-5600

(16) **Southern Colorado Developmental Services**
1205 Congress Drive
Trinidad, CO 81082
(719) 846-4409

(17) **Southeastern Developmental Services**
1111 South Fourth Street
Lamar, CO 81052
(719) 336-3244

(18) **Starpoint**
700 South 8th Street
Canon City, CO 81215
(719) 275-1616

(19) **Strive**
950 Grand Avenue
Grand Junction, CO 81502
(970) 243-3702

(20) **The Resource Exchange**
418 South Weber
Colorado Springs, CO 80903
(719) 380-1100

Our mission is to improve health care access and outcomes for the people we serve while demonstrating sound stewardship of financial resources.
www.colorado.gov/hcpf





<hr>

[i] 42 CFR 441.301(c)(1)(vi)



# Exhibit C

DPI_000012

# Code of Colorado Regulations
### Official Publication of the State Administrative Rules (24-4-103(11) C.R.S.)

Home

Colorado Revised Statutes

Search

Browse

Colorado Register

eDocket

Log In

Contact Us

Home > Browse rules > Department of Labor and Employment > Division of Labor Standards and Statistics (Includes 1103 Series) > 7 CCR 1103-1

**7 CCR 1103-1    COLORADO MINIMUM WAGE ORDER NUMBER 32**

Where is the table of contents for each rule?

Current version

· 7 CCR 1103-1 effective 01/01/2016 (PDF)

How can I tell if the rule PDF is original and unaltered?

All versions

| Rule version by effective date (PDF) | Filing Type | Adopted date | Colorado Register publication date | Rulemaking details (eDocket tracking #) |
|---|---|---|---|---|
| 01/01/2016 | Permanent Rule | 11/10/2015 | 12/10/2015 | 2015-00623 |
| 12/30/2014 | Permanent Rule | 11/10/2014 | 12/10/2014 | 2014-01038 |
| 01/01/2014 | Permanent Rule | 11/13/2013 | n/a | 2013-01031 |
| 01/01/2013 | Permanent Rule | 11/06/2012 | n/a | 2012-00869 |
| 01/01/2012 | Permanent Rule | 11/08/2011 | n/a | 2011-00733 |
| 01/01/2011 | Permanent Rule | 11/09/2010 | n/a | 2010-00898 |
| 01/01/2010 | Permanent Rule | 11/10/2009 | n/a | 2009-00981 |
| 01/01/2009 | Permanent Rule | 11/07/2008 | n/a | 2008-01041 |
| 03/19/2008 | Admin Change by SOS | 03/19/2008 | n/a | 2008-00293 |
| 01/01/2008 | Permanent Rule | 11/09/2007 | n/a | 2007-01125 |
| 04/01/2007 | Permanent Rule | 02/07/2007 | n/a | 2006-01401 |
| 01/02/2007 | Emergency Rule | 01/02/2007 | n/a | 2007-00006 |
| Imported | Permanent Rule | n/a | n/a | |

[Back]

Terms & conditions | Browser compatibility

**COLORADO MINIMUM WAGE ORDER NUMBER 22**

**Authority:**

This Colorado Minimum Wage Order Number 22 is promulgated under the authority vested by Title 8, Articles 1,4,6, and 12, C.R.S. 1997. This Wage Order shall supersede Wage Order No. 21 previously established on October 1, 1997.

**Table of Contents:**

**Section**

1. Coverage

2. Definitions

3. Minimum Wage and Allowable Credits

4. Overtime Hours

5. Exemptions from the Wage Order

6. Exemptions from Overtime

7. Meal Periods

8. Rest Periods

9. Legal Deductions

10. Presents, Tips or Gratuities

11. Wearing of Uniforms

12. Record Keeping

13. Administration And Interpretation

14. Separability Clause

15. Filing Complaints

16. Investigations

17. Enforcement

18. Recovery of Wages

19. Reprisals

20. Violations

21. Posting Requirements

DPI_000014

22. Dual Jurisdiction

**1. Coverage:**

This Colorado Minimum Wage Order Number 22 regulates wages, hours, working conditions and procedures for certain employers and employees for work performed within the boundaries of the state of Colorado in the following industries:

(A) Retail and Service    (C)  Food and Beverage

(B) Commercial Support Service    (D)  Health and Medical

**2. Definitions:**

(A) **Retail and Service:** any business or enterprise that sells or offers for sale, any service. commodity, article, good, real estate, wares, or merchandise to the consuming public, and that generates 50% or more of its annual dollar volume of business from such sales. The retail and service industry offers goods or services that will not be made available for resale. It also includes amusement and recreation, public accommodations, banks, credit unions, savings and loans, and includes any employee who is engaged in the performance of work connected with or incidental to such business or enterprise, including office personnel.

(B) **Commercial Support Service:** any business or enterprise engaged directly or indirectly in providing services to other commercial firms through the use of service employees who perform duties such as: clerical, keypunching, janitorial, laundry or dry cleaning, security, building or plant maintenance, parking attendants, equipment operations, landscaping and grounds maintenance. Commercial support service also includes temporary help firms which provide employees to any business or enterprise covered by this wage order. Any employee, including office personnel, engaged in the performance of work connected with or incidental to such business or enterprise, is covered by the provisions of this wage order.

(C) **Food and Beverage:** any business or enterprise that prepares and offers for sale, food or beverages for consumption either on or off the premises. Such business or enterprise includes but is not limited to: restaurants, snack bars, drinking establishments, catering services, fast-food businesses, country clubs and any other business or establishment required to have a food or liquor license or permit, and includes any employee who is engaged in the performance of work connected with or incidental to such business or enterprise, including office personnel.

(D) **Health and Medical:** any business or enterprise engaged in providing medical, dental, surgical or other health services including but not limited to medical and dental offices, hospitals, home health care, hospice care, nursing homes, and mental health centers, and includes any employee who is engaged in the performance of work connected with or incidental to such business or enterprise, including office personnel.

**Director:** the director of the division of labor.

**Division:** the division of labor in the Colorado Department of Labor and Employment.

**Emancipated Minor:** any individual less than eighteen years of age who:

a) has the sole or primary responsibility for his or her own support.

b) is married and living away from parents or guardian.

c) is able to show that his or her well-being is substantially dependent upon being gainfully

employed.

**Emergency:** an unpredictable or unavoidable occurrence at unscheduled intervals requiring immediate action with regard to the employment of minors in overtime situations.

**Employee:** any person performing labor or services for the benefit of an employer in which the employer may command when, where, and how much labor or services shall be performed. For the purpose of this order, an individual primarily free from control and direction in the performance of contracted labor or services, and who is customarily engaged in an independent trade, occupation, profession, or business related to the service performed is not an employee.

**Employer:** every person, firm, partnership, association, corporation, receiver, or other officer of court in Colorado, and any agent or officer thereof, of the above-mentioned classes, employing any person in Colorado, except that the provisions of this order shall not apply to state, federal and municipal governments or political sub-divisions thereof, including; cities, counties, municipal corporations, quasi-municipal corporations, school districts, and irrigation, reservoir, or drainage conservation companies or special districts organized and existing under the laws of Colorado.

**Full Time Employee:** for the purpose of the exemption described in section 5(b) of this wage order, a full time employee is one who performs work for the benefit of an employer for a minimum of 32 hours per work week.

**Regular Rate of Pay:** the regular rate of pay actually paid to employees for a standard, non-overtime workweek. The regular rate of pay shall include all compensation paid to employees including the set hourly rate, shift differential, minimum wage tip credit, non-discretionary bonuses, production bonuses, and commissions used for the purpose of calculating the overtime hourly rate for non-exempt employees. Business expenses, bonafide gifts, discretionary bonuses, employer investment contributions, vacation pay, holiday pay, sick leave, jury duty, or other pay for non-work hours may be excluded from the regular rate of pay.

**Time Worked:** the time during which an employee is subject to the control of an employer, including all the time the employee is suffered or permitted to work whether or not required to do so. Requiring or permitting employees to remain at the place of employment awaiting a decision on job assignment or when to begin work or to perform clean up or other duties "off the clock" shall be considered time worked and said time must be compensated.

   a) **Travel Time:** all travel time spent at the control or direction of an employer, excluding normal home to work travel, shall be considered as time worked.

   b) **Sleep Time:** where an employee's tour of duty is 24 hours or longer, up to 8 hours of sleeping time can be excluded from overtime compensation, if: (1) an express agreement excluding sleeping time exists; and (2) adequate sleeping facilities for an uninterrupted night's sleep are provided; and (3) at least five hours of sleep are possible during the scheduled sleeping periods; and (4) interruptions to perform duties are considered time worked. When said employee's tour of duty is less than 24 hours, periods during which the employee is permitted to sleep are compensable work time, as long as the employee is on duty and must work when required. Only actual sleep time may be excluded up to a maximum of eight (8) hours per work day. When work related interruptions prevent five (5) hours of sleep, the employee shall be compensated for the entire work day.

**Tipped Employee:** any employee engaged in an occupation in which he or she customarily and regularly receives more than $30.00 a month in tips. Tips include amounts designated as a "tip" by credit card customers on their charge slips. Nothing herein contained shall prevent an employer covered hereby from requiring employees to share or allocate such tips or gratuities on a pre-established basis among other employees of said business who customarily and regularly receive tips. Employer-required sharing of tips

with employees who do not customarily and regularly receive tips, such as management or food preparers, or deduction of credit card processing fees from tipped employees, shall nullify allowable tip credits towards the minimum wage authorized in section 3(c).

**Wages or Compensation:** all amounts due employees for labor or service; whether the amount is fixed or ascertained by the standard of time, task, piece, commission basis, or other method of calculating the same, or whether the labor or service is performed under contract, subcontract, partnership, subpartnership, station plan, or other agreement, provided that the labor or service is performed personally by the person demanding payment.

**Workday:** any consecutive twenty-four (24) hour period starting with the same hour each day and the same hour as the beginning of the workweek. The workday is set by the employer and may accommodate flexible work shift scheduling.

**Work Shift:** the hours an employee is normally scheduled to work within a work day.

**Workweek:** any consecutive seven (7) day period starting with the same calendar day and hour each week. A workweek is a fixed and recurring period of 168 hours, seven (7) consecutive twenty-four (24) hour periods.

## 3. Minimum Wage and Allowable Credits:

**Minimum Wage:** all adult employees and emancipated minors, employed in any of the industries covered herein, whether employed on an hourly, piecework, commission, time, task, or other basis, shall be paid not less than $5.15 per hour effective October 1, 1997 less any applicable lawful credits for all hours worked.

**Allowable Credits:** the only allowable credits that may be taken by an employer toward the minimum wage are as follows:

    a) **Lodging:** the reasonable cost or fair market value for lodging (not to exceed $25.00 per week) furnished by the employer and used by the employee may be considered part of the minimum wage when furnished.

    b) **Meals:** the reasonable cost or fair market value of meals provided to the employee may be used as part of the minimum hourly wage. No profits to the employer may be included in the reasonable cost or fair market value of such meals furnished. The meal must be consumed before deductions are permitted.

    c) **Tips:** employers of "tipped employees" must pay a cash wage of at least $2.13 per hour if they claim a tip credit against their minimum hourly wage obligation. If an employee's tips combined with the employer's cash wage of at least $2.13 per hour do not equal the minimum hourly wage, the employer must make up the difference in cash wages.

**Exception:** employees whose physical disability has been certified by the director to significantly impair such disabled employee's ability to perform the duties involved in the employment, and unemancipated minors under 18 years of age, may be paid 15% below the current minimum wage less any applicable lawful credits, for all hours worked.

## 4. Overtime Hours:

**Overtime Rate:** employees shall be paid time and one-half of the regular rate of pay for any work in excess of: (1) forty (40) hours per workweek; (2) twelve (12) hours per workday, or (3) twelve (12) consecutive hours without regard to the starting and ending time of the workday (excluding duty free meal periods), whichever calculation results in the greater payment of wages. Hours worked in two or more

DPI_000017

workweeks shall not be averaged for computation of overtime. Performance of work in two or more positions at different pay rates for the same employer shall be computed at the overtime rate based on the regular rate of pay for the position in which the overtime occurs, or at a weighted average of the rates for each position, as provided in the Fair Labor Standards Act.

> Note: the requirement to pay overtime for work in excess of twelve (12) consecutive hours will not alter the employee's established workday or workweek, as previously defined.

> Exception: in the event of a bonafide emergency situation, an employer may require minors, subject to the Colorado youth employment opportunity act, to work in excess of eight (8) hours in a twenty-four (24) hour period or in excess of forty (40) hours per week. Said minors shall be compensated at time and one-half the regular rate of pay for all hours worked in excess of eight (8) hours in any twenty-four (24) hour period, or for all work in excess of forty (40) hours per week, whichever calculation results in the greater payment of wages. The employer shall keep specific records to substantiate the existence of a bonafide emergency.

> Note: a person under eighteen (18) years of age who has received a high school diploma or a passing grade on a General Education Development (GED) examination, is not considered a minor.

**5. Exemptions from the Wage Order:**

The following employees or occupations, as defined below, are exempt from all provisions of Minimum Wage Order No. 22: administrative, executive/supervisor, professional, outside sales employees, and elected officials and members of their staff. Other exemptions are: companions, casual babysitters, and domestic employees employed by households or family members to perform duties in private residences, property managers, interstate drivers, driver helpers, loaders or mechanics of motor carriers, taxi cab drivers, and bona fide volunteers. Also exempt are: students employed by sororities, fraternities, college clubs, or dormitories, and students employed in a work experience study program and employees working in laundries of charitable institutions which pay no wages to workers and inmates, or patient workers who work in institutional laundries

**Exemption Definitions:**

a) **Administrative Employee:** a salaried individual who directly serves the executive, and regularly performs duties important to the decision-making process of the executive. Said employee regularly exercises independent judgement and discretion in matters of significance and their primary duty is non-manual in nature and directly related to management policies or general business operations.

b) **Executive or Supervisor:** a salaried employee earning in excess of the equivalent of the minimum wage for all hours worked in a workweek. Said employee must supervise the work of at least two full-time employees and have the authority to hire and fire, or to effectively recommend such action. The executive or supervisor must spend a minimum of 50% percent of the workweek in duties directly related to supervision.

c) **Professional:** a salaried individual employed in a field of endeavor who has knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized intellectual instruction and study. The professional employee must be employed in the field in which they are trained to be considered a professional employee.

> Note: the requirement that a professional employee must be paid on a salary basis does not apply to doctors, lawyers, teachers, and employees in highly technical computer occupations earning at least $27.63 per hour.

DPI_000018

d) **Outside Salesperson:** any person employed primarily away from the employer's place of business or enterprise for the purpose of making sales or obtaining orders or contracts for any commodities, articles, goods, real estate, wares, merchandise or services. Such outside sales employee must spend a minimum of 80% of the workweek in activities directly related to their own outside sales.

## 6. Exemptions from Overtime:

The following employees are exempt from the overtime provisions of Minimum Wage Order No. 22:

   a) Salespersons, parts-persons, and mechanics employed by automobile, truck, or farm implement (retail) dealers; salespersons employed by trailer, aircraft and boat (retail) dealers.

   b) **Commission Sales Exemption:** sales employees of retail or service industries paid on a commission basis, provided that 50% of their total earnings in a pay period are derived from commission sales, and their regular rate of pay is at least one and one-half times the minimum wage. This exemption is only applicable for employees of retail or service employers who receive in excess of 75% of their annual dollar volume from retail or service sales.

   c) **Ski Industry Exemption:** employees of the ski industry performing duties directly related to ski area operations for downhill skiing or snow boarding, and those employees engaged in providing food and beverage services at on-mountain locations, are exempt from the forty (40) hour overtime requirement of this wage order. The daily overtime requirement of one and one-half the regular rate of pay for all hours worked in excess of twelve (12) in a workday shall apply. This partial overtime exemption does not apply to ski area employees performing duties related to lodging.

   d) **Medical Transportation Exemption:** employees of the medical transportation industry who are scheduled to work twenty-four (24) hour shifts, are exempt from the twelve (12) hour overtime requirement **provided** they receive overtime wages for hours worked in excess of forty (40) hours per work week.

   **Note:** a hospital or nursing home may seek an agreement with individual employees to pay overtime pursuant to the provisions of the Federal Fair Labor Standards Act **"8 and 80 rule"**, whereby employees are paid time and one-half their regular rate of pay for any work performed in excess of eighty (80) hours in a fourteen (14) consecutive day period and for any work in excess of eight (8) hours per day.

## 7. Meal Periods:

Employees shall be entitled to an uninterrupted and "duty free" meal period of at least a thirty minute duration when the scheduled work shift exceeds five consecutive hours of work. The employees must be completely relieved of all duties and permitted to pursue personal activities to qualify as a non-work, uncompensated period of time. When the nature of the business activity or other circumstances exist that makes an uninterrupted meal period impractical, the employee shall be permitted to consume an "on-duty" meal while performing duties. Employees shall be permitted to fully consume a meal of choice "on the job" and be fully compensated for the "on-duty" meal period without any loss of time or compensation.

## 8. Rest Periods:

Every employer shall authorize and permit rest periods, which, insofar as practicable, shall be in the middle of each four (4) hour work period. A compensated ten (10) minute rest period for each four (4) hours or major fractions thereof shall be permitted for all employees. Such rest periods shall not be deducted from the employee's wages. It is not necessary that the employee leave the premises for said

DPI_000019

rest period.

**9. Legal Deductions:**

No employer shall make any deductions from employees wages or compensation in violation of the Colorado Wage Act, § 8-4-101(7.5) C.R.S. et. seq. Nothing in this order shall limit the right of an employer to deduct any lawful charge or indebtedness owing by the employee to the employer, provided that said deduction shall not reduce the employees pay below the applicable minimum wage rate for all hours worked in a workweek.

**10. Presents. Tips or Gratuities:**

It shall be unlawful to deny presents, tips or gratuities intended for employees in violation of the Colorado Wage Act, § 8-4-115 C.R.S. et. seq.

**11. Wearing of Uniforms:**

Where the wearing of a particular uniform or special apparel is a condition of employment, the employer shall pay the cost of purchases, maintenance, and cleaning of the uniforms or special apparel. If the uniform furnished by the employer is plain and washable and does not need or require special care such as ironing, dry cleaning, pressing, etc., the employer need not maintain or pay for cleaning. An employer may require a reasonable deposit (up to one-half of actual cost) as security for the return of each uniform furnished to employees upon issuance of a receipt to the employee for such deposit. The entire deposit shall be returned to the employee when the uniform is returned. The cost of ordinary wear and tear of a uniform or special apparel shall not be deducted from the employee's wages or deposit.

**Exception:** clothing accepted as ordinary street wear and the ordinary white or any light colored plain and washable uniform need not be furnished by the employer unless a special color, make, pattern, logo or material is required.

**12. Record Keeping:**

Every employer shall keep at the place of employment or at the employer's principal place of business in Colorado, a true and accurate record for each employee which contains the following information:

  a)  name, address, social security number, occupation and date of hire of said employee.

  b)  date of birth, if the employee is under eighteen (18) years of age.

  c)  daily record of all hours worked.

  d)  record of allowable credits and declared tips.

  e)  regular rates of pay, gross wages earned, withholdings made and net amounts paid each pay period. An itemized earnings statement of this information shall be provided to each employee each pay period. Such records shall be kept on file at least two years from date of entry.

**13. Administration and Interpretation:**

The division of labor shall have jurisdiction over all questions of fact arising with respect to the administration and interpretation of this order.

**14. Separability Clause:**

DPI_000020

If any section, sentence, clause or phrase of this order is for any reason held to be invalid, such decision shall not affect the validity of the remaining portion of the order.

### 15. Filing of Complaints:

Any person may register with the division, a written complaint that alleges a violation of the Minimum Wage Order within two (2) years of said violation(s).

### 16. Investigations:

The director or designated agent shall investigate and take all proceedings necessary to enforce the payment of the minimum wage rate and other alleged violations of this wage order, pursuant to this article and the Colorado Wage Act § 8-4-101 C.R.S. et seq.

### 17. Enforcement:

The director has the power, in person or through any authorized representative, to inspect, examine and make excerpts from any book, reports, contracts, payrolls, documents, papers, and other records of any employer that in any way pertain to the question of wages, and to require from any such employer full and true statement of the wages paid.

### 18. Recovery of Wages;

An employee paid less than the legal minimum wage is entitled to recover in a civil action the unpaid balance of the full amount of such minimum wage, together with costs of the suit, pursuant to § 8-6-118 C.R.S.

### 19. Reprisals:

Employers shall not threaten, coerce, or discharge any employee because of participation in any investigation or hearing relating to the minimum wage act. Violators may be subject to a fine of not less than two hundred dollars ($200.00), up to one thousand dollars ($1,000.00) for each violation, pursuant to § 8-6-115 C.R.S.

### 20. Violations:

Any employer or other person who individually or as an officer, agent or employee of a corporation or other person, pays or causes to be paid an employee covered by this wage order less than the minimum wage, is guilty of a misdemeanor. Conviction thereof will subject the offender to a fine of not less than one hundred dollars ($ 100.00), nor more than five hundred dollars (S500.00), or by imprisonment in the county jail for not less than thirty (30) days, nor more than one (1) year, or both such fine and imprisonment, pursuant to § 8-6-116 C.R.S.

### 21. Posting Requirements:

Every employer subject to this wage order must display a wage order poster in an area frequented by employees where it may be easily read during the work day. If the work site or other conditions make this unpractical, the employer shall keep a copy of this wage order and make it available to employees upon request.

### 22. Dual Jurisdiction:

Whenever employers are subjected to both federal and Colorado law, the law providing greater protection or setting the higher standard shall apply. For information on the federal law contact the nearest office of the U.S. Department of Labor, Wage and Hour Division.

DPI_000021

Code of Colorado Regulations
Secretary of State
State of Colorado

# DEPARTMENT OF LABOR AND EMPLOYMENT

**Division of Labor**

**COLORADO MINIMUM WAGE ORDER NUMBER 32**

**7 CCR 1103-1**

*[Editor's Notes follow the text of the rules at the end of this CCR Document.]*

**Authority:**

This Colorado Minimum Wage Order Number 32 is promulgated under the authority vested by Title 8, Articles 1, 4, 6, and 12, C.R.S. (2015). This Wage Order shall supersede all previous Wage Orders.

**Important Information on Minimum Wage:**

Colorado Minimum Wage Order Number 32 establishes a Colorado state minimum wage pursuant to the requirements of Article XVIII, Section 15, of the Colorado Constitution.

In addition to state minimum wage requirements, there are also federal minimum wage requirements. If an employee is covered by both state and federal minimum wage laws, the law which provides a higher minimum wage or sets a higher standard shall apply. For information on federal minimum wage law, contact the U.S. Department of Labor.

**2016 Colorado State Minimum Wage:**

Pursuant to the inflation adjustment requirement of Article XVIII, Section 15, of the Colorado Constitution, if either of the following two situations applies to an employee, then the employee is entitled to the $8.31 state minimum wage or the $5.29 state tipped employee minimum wage, effective January 1, 2016:

1.  The employee is covered by the minimum wage provisions of Colorado Minimum Wage Order Number 32.

2.  The employee is covered by the minimum wage provisions of the Fair Labor Standards Act.

Some restrictions and exemptions may apply; contact the Colorado Division of Labor for additional information. The Colorado Division of Labor accepts complaints for minimum wage violations involving employees who receive the state or federal minimum wage.

**Table of Contents:**

**Section**

1.  Coverage

2.  Definitions

3.  Minimum Wage and Allowable Credits

4.  Overtime Hours

5.  Exemptions from the Wage Order

DPI_000022

6.      Exemptions from Overtime

7.      Meal Periods

8.      Rest Periods

9.      Legal Deductions

10.     Presents, Tips, or Gratuities

11.     Wearing of Uniforms

12.     Record Keeping

13.     Administration and Interpretation

14.     Separability Clause

15.     Filing of Complaints

16.     Investigations

17.     Enforcement

18.     Recovery of Wages

19.     Reprisals

20.     Violations

21.     Posting Requirements

22.     Dual Jurisdiction

1.      **Coverage:**

This Colorado Minimum Wage Order Number 32 regulates wages, hours, working conditions and procedures for certain employers and employees for work performed within the boundaries of the state of Colorado in the following industries:

| | | | |
|---|---|---|---|
| (A) | Retail and Service | (C) | Food and Beverage |
| (B) | Commercial Support Service | (D) | Health and Medical |

DPI_000023

2.      Definitions:

(A)     **Retail and Service:** any business or enterprise that sells or offers for sale, any service, commodity, article, good, real estate, wares, or merchandise to the consuming public, and that generates 50% or more of its annual dollar volume of business from such sales. The retail and service industry offers goods or services that will not be made available for resale. It also includes amusement and recreation, public accommodations, banks, credit unions, savings and loans, and includes any employee who is engaged in the performance of work connected with or incidental to such business or enterprise, including office personnel.

(B)     **Commercial Support Service:** any business or enterprise engaged directly or indirectly in providing services to other commercial firms through the use of service employees who perform duties such as: clerical, keypunching, janitorial, laundry or dry cleaning, security, building or plant maintenance, parking attendants, equipment operations, landscaping and grounds maintenance. Commercial support service also includes temporary help firms which provide employees to any business or enterprise covered by this Wage Order. Any employee, including office personnel, engaged in the performance of work connected with or incidental to such business or enterprise, is covered by the provisions of this Wage Order.

(C)     **Food and Beverage:** any business or enterprise that prepares and offers for sale, food or beverages for consumption either on or off the premises. Such business or enterprise includes but is not limited to: restaurants, snack bars, drinking establishments, catering services, fast-food businesses, country clubs and any other business or establishment required to have a food or liquor license or permit, and includes any employee who is engaged in the performance of work connected with or incidental to such business or enterprise, including office personnel.

(D)     **Health and Medical:** any business or enterprise engaged in providing medical, dental, surgical or other health services including but not limited to medical and dental offices, hospitals, home health care, hospice care, nursing homes, and mental health centers, and includes any employee who is engaged in the performance of work connected with or incidental to such business or enterprise, including office personnel.

**Director:** the director of the division of labor.

**Division:** the division of labor in the Colorado Department of Labor and Employment.

**Emancipated Minor:** any individual less than eighteen years of age who:

    a)      has the sole or primary responsibility for his or her own support.

    b)      is married and living away from parents or guardian.

    c)      is able to show that his or her well-being is substantially dependent upon being gainfully employed.

**Emergency:** an unpredictable or unavoidable occurrence at unscheduled intervals requiring immediate action with regard to the employment of minors in overtime situations.

**Employee:** any person performing labor or services for the benefit of an employer in which the employer may command when, where, and how much labor or services shall be performed. For the purpose of this Wage Order, an individual primarily free from control and direction in the performance of contracted labor or services, and who is customarily engaged in an independent trade, occupation, profession, or business related to the service performed is not an employee.

DPI_000024

**Employer:** every person, firm, partnership, association, corporation, receiver, or other officer of court in Colorado, and any agent or officer thereof, of the above-mentioned classes, employing any person in Colorado, except that the provisions of this Wage Order shall not apply to state, federal and municipal governments or political sub-divisions thereof, including; cities, counties, municipal corporations, quasi-municipal corporations, school districts, and irrigation, reservoir, or drainage conservation companies or special districts organized and existing under the laws of Colorado.

**Full Time Employee:** for the purpose of the exemption described in section 5(b) of this Wage Order, a full time employee is one who performs work for the benefit of an employer for a minimum of 32 hours per work week.

**Regular Rate of Pay:** the regular rate of pay actually paid to employees for a standard, non-overtime workweek. The regular rate of pay shall include all compensation paid to employees including the set hourly rate, shift differential, minimum wage tip credit, non-discretionary bonuses, production bonuses, and commissions used for the purpose of calculating the overtime hourly rate for non-exempt employees. Business expenses, bonafide gifts, discretionary bonuses, employer investment contributions, vacation pay, holiday pay, sick leave, jury duty, or other pay for non-work hours may be excluded from the regular rate of pay.

**Time Worked:** the time during which an employee is subject to the control of an employer, including all the time the employee is suffered or permitted to work whether or not required to do so. Requiring or permitting employees to remain at the place of employment awaiting a decision on job assignment or when to begin work or to perform clean up or other duties "off the clock" shall be considered time worked and said time must be compensated.

    a)    **Travel Time:** all travel time spent at the control or direction of an employer, excluding normal home to work travel, shall be considered as time worked.

    b)    **Sleep Time:** where an employee's tour of duty is 24 hours or longer, up to 8 hours of sleeping time can be excluded from overtime compensation, if: (1) an express agreement excluding sleeping time exists; and (2) adequate sleeping facilities for an uninterrupted night's sleep are provided; and (3) at least five hours of sleep are possible during the scheduled sleeping periods; and (4) interruptions to perform duties are considered time worked. When said employee's tour of duty is less than 24 hours, periods during which the employee is permitted to sleep are compensable work time, as long as the employee is on duty and must work when required. Only actual sleep time may be excluded up to a maximum of eight (8) hours per work day. When work related interruptions prevent five (5) hours of sleep, the employee shall be compensated for the entire work day.

**Tipped Employee:** any employee engaged in an occupation in which he or she customarily and regularly receives more than $30.00 a month in tips. Tips include amounts designated as a "tip" by credit card customers on their charge slips. Nothing herein contained shall prevent an employer covered hereby from requiring employees to share or allocate such tips or gratuities on a pre-established basis among other employees of said business who customarily and regularly receive tips. Employer-required sharing of tips with employees who do not customarily and regularly receive tips, such as management or food preparers, or deduction of credit card processing fees from tipped employees, shall nullify allowable tip credits towards the minimum wage authorized in section 3(c).

**Wages or Compensation:** all amounts due employees for labor or service; whether the amount is fixed or ascertained by the standard of time, task, piece, commission basis, or other method of calculating the same, or whether the labor or service is performed under contract, subcontract, partnership, subpartnership, station plan, or other agreement, provided that the labor or service is performed personally by the person demanding payment.

DPI_000025

**Workday:** any consecutive twenty-four (24) hour period starting with the same hour each day and the same hour as the beginning of the workweek. The workday is set by the employer and may accommodate flexible work shift scheduling.

**Work Shift:** the hours an employee is normally scheduled to work within a work day.

**Workweek:** any consecutive seven (7) day period starting with the same calendar day and hour each week. A workweek is a fixed and recurring period of 168 hours, seven (7) consecutive twenty-four (24) hour periods.

3.    Minimum Wage and Allowable Credits:

**Minimum Wage:** all adult employees and emancipated minors, employed in any of the industries covered herein, whether employed on an hourly, piecework, commission, time, task, or other basis, shall be paid not less than $8.31 effective January 1, 2016, less any applicable lawful credits for all hours worked.

**Allowable Credits:** the only allowable credits that may be taken by an employer toward the minimum wage are as follows:

a)    **Lodging:** the reasonable cost or fair market value for lodging (not to exceed $25.00 per week) furnished by the employer and used by the employee may be considered part of the minimum wage when furnished.

b)    **Meals:** the reasonable cost or fair market value of meals provided to the employee may be used as part of the minimum hourly wage. No profits to the employer may be included in the reasonable cost or fair market value of such meals furnished. The meal must be consumed before deductions are permitted.

c)    **Tips:** employers of "tipped employees" must pay a cash wage of at least $5.29 per hour if they claim a tip credit against their minimum hourly wage obligation. If an employee's tips combined with the employer's cash wage of at least $5.29 per hour do not equal the minimum hourly wage, the employer must make up the difference in cash wages.

**Exception:** employees whose physical disability has been certified by the director to significantly impair such disabled employee's ability to perform the duties involved in the employment, and unemancipated minors under 18 years of age, may be paid 15% below the current minimum wage less any applicable lawful credits, for all hours worked.

4.    Overtime Hours:

**Overtime Rate:** employees shall be paid time and one-half of the regular rate of pay for any work in excess of: (1) forty (40) hours per workweek; (2) twelve (12) hours per workday, or (3) twelve (12) consecutive hours without regard to the starting and ending time of the workday (excluding duty free meal periods), whichever calculation results in the greater payment of wages. Hours worked in two or more workweeks shall not be averaged for computation of overtime. Performance of work in two or more positions at different pay rates for the same employer shall be computed at the overtime rate based on the regular rate of pay for the position in which the overtime occurs, or at a weighted average of the rates for each position, as provided in the Fair Labor Standards Act.

Note: the requirement to pay overtime for work in excess of twelve (12) consecutive hours will not alter the employee's established workday or workweek, as previously defined.

DPI_000026

**Exception:** in the event of a bonafide emergency situation, an employer may require minors, subject to the Colorado youth employment opportunity act, to work in excess of eight (8) hours in a twenty-four (24) hour period or in excess of forty (40) hours per week. Said minors shall be compensated at time and one-half the regular rate of pay for all hours worked in excess of eight (8) hours in any twenty-four (24) hour period, or for all work in excess of forty (40) hours per week, whichever calculation results in the greater payment of wages. The employer shall keep specific records to substantiate the existence of a bonafide emergency.

**Note:** a person under eighteen (18) years of age who has received a high school diploma or a passing grade on a General Education Development (GED) examination, is not considered a minor.

5.    **Exemptions from the Wage Order:**

The following employees or occupations, as defined below, are exempt from all provisions of Minimum Wage Order No. 32: administrative, executive/supervisor, professional, outside sales employees, and elected officials and members of their staff. Other exemptions are: companions, casual babysitters, and domestic employees employed by households or family members to perform duties in private residences, property managers, interstate drivers, driver helpers, loaders or mechanics of motor carriers, taxi cab drivers, and bona fide volunteers. Also exempt are: students employed by sororities, fraternities, college clubs, or dormitories, and students employed in a work experience study program and employees working in laundries of charitable institutions which pay no wages to workers and inmates, or patient workers who work in institutional laundries.

**Exemption Definitions:**

a)    **Administrative Employee:** a salaried individual who directly serves the executive, and regularly performs duties important to the decision-making process of the executive. Said employee regularly exercises independent judgment and discretion in matters of significance and their primary duty is non-manual in nature and directly related to management policies or general business operations.

b)    **Executive or Supervisor:** a salaried employee earning in excess of the equivalent of the minimum wage for all hours worked in a workweek. Said employee must supervise the work of at least two full-time employees and have the authority to hire and fire, or to effectively recommend such action. The executive or supervisor must spend a minimum of 50% percent of the workweek in duties directly related to supervision.

c)    **Professional:** a salaried individual employed in a field of endeavor who has knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized intellectual instruction and study. The professional employee must be employed in the field in which they are trained to be considered a professional employee.

**Note:** the requirement that a professional employee must be paid on a salary basis does not apply to doctors, lawyers, teachers, and employees in highly technical computer occupations earning at least $27.63 per hour.

d)    **Outside Salesperson:** any person employed primarily away from the employer's place of business or enterprise for the purpose of making sales or obtaining orders or contracts for any commodities, articles, goods, real estate, wares, merchandise or services. Such outside sales employee must spend a minimum of 80% of the workweek in activities directly related to their own outside sales.

DPI_000027

6.    **Exemptions from Overtime:**

The following employees are exempt from the overtime provisions of Minimum Wage Order No. 32:

a)     **Salespersons, parts-persons, and mechanics** employed by automobile, truck, or farm implement (retail) dealers; salespersons employed by trailer, aircraft and boat (retail) dealers.

b)     **Commission Sales Exemption:** sales employees of retail or service industries paid on a commission basis, provided that 50% of their total earnings in a pay period are derived from commission sales, and their regular rate of pay is at least one and one-half times the minimum wage. This exemption is only applicable for employees of retail or service employers who receive in excess of 75% of their annual dollar volume from retail or service sales.

c)     **Ski Industry Exemption:** employees of the ski industry performing duties directly related to ski area operations for downhill skiing or snow boarding, and those employees engaged in providing food and beverage services at on-mountain locations, are exempt from the forty (40) hour overtime requirement of this Wage Order. The daily overtime requirement of one and one-half for all hours worked in excess of twelve (12) in a workday shall apply. This partial overtime exemption does not apply to ski area employees performing duties related to lodging.

d)     **Medical Transportation Exemption:** employees of the medical transportation industry who are scheduled to work twenty-four (24) hour shifts, are exempt from the twelve (12) hour overtime requirement provided they receive overtime wages for hours worked in excess of forty (40) hours per work week.

**Note:** a hospital or nursing home may seek an agreement with individual employees to pay overtime pursuant to the provisions of the Federal Fair Labor Standards Act "8 and 80 rule", whereby employees are paid time and one-half their regular rate of pay for any work performed in excess of eighty (80) hours in a fourteen (14) consecutive day period and for any work in excess of eight (8) hours per day.

7.    **Meal Periods:**

Employees shall be entitled to an uninterrupted and "duty free" meal period of at least a thirty minute duration when the scheduled work shift exceeds five consecutive hours of work. The employees must be completely relieved of all duties and permitted to pursue personal activities to qualify as a non-work, uncompensated period of time. When the nature of the business activity or other circumstances exist that makes an uninterrupted meal period impractical, the employee shall be permitted to consume an "on-duty" meal while performing duties. Employees shall be permitted to fully consume a meal of choice "on the job" and be fully compensated for the "on-duty" meal period without any loss of time or compensation.

8.    **Rest Periods:**

Every employer shall authorize and permit rest periods, which, insofar as practicable, shall be in the middle of each four (4) hour work period. A compensated ten (10) minute rest period for each four (4) hours or major fractions thereof shall be permitted for all employees. Such rest periods shall not be deducted from the employee's wages. It is not necessary that the employee leave the premises for said rest period.

DPI_000028

9.     **Legal Deductions:**

No employer shall make a deduction from the wages or compensation of an employee in violation of the Colorado Wage Act, § 8-4-105, C.R.S. (2015).

10.     **Presents, Tips, or Gratuities:**

It shall be unlawful to deny presents, tips, or gratuities intended for employees in violation of the Colorado Wage Act, § 8-4-103(6), C.R.S. (2015).

11.     **Wearing of Uniforms:**

Where the wearing of a particular uniform or special apparel is a condition of employment, the employer shall pay the cost of purchases, maintenance, and cleaning of the uniforms or special apparel. If the uniform furnished by the employer is plain and washable and does not need or require special care such as ironing, dry cleaning, pressing, etc., the employer need not maintain or pay for cleaning. An employer may require a reasonable deposit (up to one-half of actual cost) as security for the return of each uniform furnished to employees upon issuance of a receipt to the employee for such deposit. The entire deposit shall be returned to the employee when the uniform is returned. The cost of ordinary wear and tear of a uniform or special apparel shall not be deducted from the employee's wages or deposit.

**Exception:** clothing accepted as ordinary street wear and the ordinary white or any light colored plain and washable uniform need not be furnished by the employer unless a special color, make, pattern, logo or material is required.

12.     **Record Keeping:**

Every employer shall keep at the place of employment or at the employer's principal place of business in Colorado, a true and accurate record for each employee which contains the following information:

a)     name, address, social security number, occupation and date of hire of said employee.

b)     date of birth, if the employee is under eighteen (18) years of age.

c)     daily record of all hours worked.

d)     record of allowable credits and declared tips.

e)     regular rates of pay, gross wages earned, withholdings made and net amounts paid each pay period.

An itemized earnings statement of this information shall be provided to each employee each pay period. An employer shall retain records reflecting the information contained in an employee's itemized earnings statement as described in this rule for a period of at least three (3) years after the wages or compensation were due.

13.     **Administration and Interpretation:**

The division of labor shall have jurisdiction over all questions of fact arising with respect to the administration and interpretation of this Wage Order.

14.     **Separability Clause:**

If any section, sentence, clause or phrase of this Wage Order is for any reason held to be invalid, such decision shall not affect the validity of the remaining portion of the Wage Order.

DPI_000029

15. **Filing of Complaints:**

Any person may register with the division, a written complaint that alleges a violation of the Minimum Wage Order within two (2) years of said violation(s), except that all actions brought for a willful violation shall be commenced within three (3) years after the cause of action accrues and not after that time.

16. **Investigations:**

The director or designated agent shall investigate and take all proceedings necessary to enforce the payment of the minimum wage rate and other alleged violations of this Wage Order, pursuant to these rules and the Colorado Wage Act, § 8-4-101, et seq., C.R.S. (2015). Violations of this Wage Order may be subject to the administrative procedure as described in the Colorado Wage Act, § 8-4-101, et seq., C.R.S.

17. **Enforcement:**

The director has the power, in person or through any authorized representative, to inspect, examine and make excerpts from any book, reports, contracts, payrolls, documents, papers, and other records of any employer that in any way pertain to the question of wages, and to require from any such employer full and true statement of the wages paid.

18. **Recovery of Wages:**

An employee receiving less than the legal minimum wage applicable to such employee is entitled to recover in a civil action the unpaid balance of the full amount of such minimum wage, together with reasonable attorney fees and court costs, notwithstanding any agreement to work for a lesser wage, pursuant to § 8-6-118 C.R.S. (2015). Alternatively, an employee may elect to pursue a minimum wage complaint through the division's administrative procedure as described in the Colorado Wage Act, § 8-4-101, et seq., C.R.S. (2015).

19. **Reprisals:**

Employers shall not threaten, coerce, or discharge any employee because of participation in any investigation or hearing relating to the minimum wage act. Violators may be subject to a fine of not less than two hundred dollars ($200.00), up to one thousand dollars ($1,000.00) for each violation, pursuant to § 8-6-115 C.R.S. (2015).

20. **Violations:**

Any employer or other person who individually or as an officer, agent or employee of a corporation or other person, pays or causes to be paid an employee covered by this Wage Order less than the minimum wage, is guilty of a misdemeanor. Conviction thereof will subject the offender to a fine of not less than one hundred dollars ($100.00), nor more than five hundred dollars ($500.00), or by imprisonment in the county jail for not less than thirty (30) days, nor more than one (1) year, or both such fine and imprisonment, pursuant to § 8-6-116 C.R.S. (2015).

21. **Posting Requirements:**

Every employer subject to this Wage Order must display a Wage Order poster in an area frequented by employees where it may be easily read during the work day. If the work site or other conditions make this unpractical, the employer shall keep a copy of this Wage Order and make it available to employees upon request.

DPI_000030

**22.      Dual Jurisdiction:**

Whenever employers are subjected to both federal and Colorado law, the law providing greater protection or setting the higher standard shall apply. For information on the federal law contact the nearest office of the U.S. Department of Labor, Wage and Hour Division.

**Editor's Notes**

**History**
Entire rule eff. 01/01/2008.
Entire rule eff. 01/01/2009.
Entire rule eff. 01/01/2010.
Entire rule eff. 01/01/2011.
Entire rule eff. 01/01/2012.
Entire rule eff. 01/01/2013.
Entire rule eff. 01/01/2014.
Entire rule eff. 12/30/2014.
Entire rule eff. 01/01/2016.

**Annotations**

**Wrongful discharge in violation of public policy** was based upon not receiving rest and lunch breaks in violation of Wage Order No. 22, sections 7 and 8, promulgated by the Colorado Department of Labor and Employment. *Bonidy v. Vail Valley Ctr. for Aesthetic Dentistry, P.C., and James J. Harding, DDS., Colo. App. 06CA1849*

DPI_000031

# Exhibit D

DPI_000032

vision of Labor

March 6, 1998

Ms. Christine K. Collins
Executive Director
Colorado Association of Community Centered Boards
1410 Grant Street, Suite C-108
Denver, Colorado 30203-1846

Dear Ms. Collins.

This is in response to your letter of February 6, 1998 requesting a special exemption from the twelve hour overtime requirements of Colorado Minimum Wage Order #21. Your request is made on behalf of employers who provide 24 hour residential services to persons with developmental disabilities under the auspices of Community Centered Boards (C.R.S. 27-10.5-101). Specifically, you are requesting the exemption for community centered boards and service agencies, pursuant to C.R.S. 27-10.5-105 and C.R.S. 27-10.5-104.5, that are planned, designed, organized, operated and maintained to provide services to and for individuals with developmental disabilities as defined in C.R.S. 27-10.5-202.

After reviewing the employment circumstances of your industry and the material you submitted with your letter, I have determined that facilities of the types described above should not be subject to any provisions of Colorado Minimum Wage Orders. Therefore, by copy of this letter, I am advising the Administrator of our Labor Standards Unit that these facilities are not subject to Colorado Minimum Wage Orders. I would appreciate your forwarding a list of your member agencies to me as soon as possible so that I can notify our staff of the individual employers who are subject to this policy.

I should point out that this decision only relates to coverage under the Colorado Minimum Wage Orders, and has no impact on any jurisdiction imposed by the U.S. Department of Labor, Wage and Hour Division. For information on federal wage and hour laws, you may wish to contact the U.S. Department of Labor at (303) 844-4405.

Thank you for taking the time to meet with and educate us regarding the unique circumstances surrounding your Community Centered Boards and service agencies. I trust that this letter will offer the administrative resolution necessary to meet your needs. If you have questions regarding this matter, please feel free to contact me at 620-4318.

Sincerely,

Mary T. Blue
Director

cc: Carlos Renteria, Administrator
    Labor Standards Unit

DPI_000033

# Exhibit E

DPI_000034

JEFFREY M. WELLS
cting Executive Director

Michael J. MCARDLE
irector

1515 Arapahoe Street, Tower 2, Suite 375
Denver, Colorado 80202-2017
Toll-Free: 1.888.390.7936  Fax: 303.318.400

November 17, 2003

Peg Long, Executive Director
c/o Colorado Association of Family & Children's Agencies, Inc
1120 Lincoln St., Suite 701
Denver CO 80203-2136

Dear Ms. Long:

This letter is a follow up to the voice message left by my supervisor, Michael McArdle, regarding your exemption request from the twelve-hour overtime requirement of Wage Order 22.

It is our understanding that your request is made on behalf of employers who provide 24-hour residential treatment and care to children. The Department of Human Services under provisions of the Child Care Licensing Act, C.R.S. 266-101, licenses these employers. The exemption will be for homeless youth shelters, residential child care facilities and secure residential treatment centers as defined in C.R.S. 26-6-102, subsections 5.1, 8 and 9 respectively.

It has been determined based on the employment circumstances of your industry that the facilities described above should not be subject to any provisions of Colorado Minimum Wage Orders.

It should also be pointed out that this decision only relates to coverage under the Colorado Minimum Wage Orders, and has no impact on any jurisdiction imposed by the U.S. Department of Labor, Wage and Hour Division. For information on federal wage and hour laws, contact the U.S. Department of Labor at 720.264.3250 or 1 866.487.9243 Monday through Friday from 8:00 a.m. until 5:00 p.m.

Peg Long
Page 2
November 17, 2003

It would be helpful as well as appreciated, if you would forward a list of your member agencies to me as soon as possible so that our staff can be advised of the individual employers who are also subject to this policy.

If you should have questions regarding this matter, please contact me at 303.318.8444 or Michael McArdle at 303.318.8468

Respectfully,

Juanita E. Wright
Compliance Officer
303.318.8444

# Exhibit F

# Time Detail Sheets - 2014

DPI_000038

2014

# TIME DETAIL

Time Period: Range of Dates
Dates: 1/01/2014 – 5/31/2014

Printed: 9/07/2016

Name: Bagoue, Bondeh Flavie   ID: CON0008579   Pay Rule: COMP SCHED
Primary Account(s):   3/20/2013 - forever   403400/0/Cisneros, Louis G/0/0/0/0

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | $Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|---|---|---|---|---|---|---|---|---|---|---|
| Wed 1/01 | [New Years Day] | | | | | | 9:00 | | 9:00 | |
| Thu 1/02 | | | | | | | | | 9:00 | |
| Fri 1/03 | PTO | | | | | | 40:00 | | 49:00 | Absent |
| Sat 1/04 | | | | | | | | | 49:00 | |
| Sun 1/05 | | | | | | | | | 49:00 | |
| Mon 1/06 | | | | | | | | | 49:00 | |
| Tue 1/07 | | 8:30AM Training | | 10:00AM | | | | 1:30 | 50:30 | |
| Wed 1/08 | | | | | | | | | 50:30 | |
| Thu 1/09 | | | | | | | | | 50:30 | |
| Fri 1/10 | | 1:57PM | | 10:02PM | | | 40:00 | | 90:30 | |
| Sat 1/11 | | | | | | | | | 90:30 | |
| Sun 1/12 | | | | | | | | | 90:30 | |
| Mon 1/13 | | | | | | | | | 90:30 | |
| Tue 1/14 | | 11:00AM Scheduled | | 12:17PM | | | | 1:15 | 91:45 | |
| Wed 1/15 | | | | | | | | | 91:45 | |
| Thu 1/16 | | | | | | | | | 91:45 | |
| Fri 1/17 | | 2:00PM | | 9:59PM | | | 40:00 | | 131:45 | |
| Sat 1/18 | | | | | | | | | 131:45 | |
| Sun 1/19 | | | | | | | | | 131:45 | |
| Mon 1/20 | | | | | | | | | 131:45 | |
| Tue 1/21 | | | | | | | | | 131:45 | |
| Wed 1/22 | | | | | | | | | 131:45 | |
| Thu 1/23 | | | | | | | | | 131:45 | |
| Fri 1/24 | | 1:57PM | | 10:00PM | | | 40:00 | | 171:46 | |
| Sat 1/25 | | | | | | | | | 171:45 | |
| Sun 1/26 | | | | | | | | | 171:45 | |
| Mon 1/27 | | | | | | | | | 171:45 | |
| Tue 1/28 | | | | | | | | | 171:45 | |
| Wed 1/29 | | | | | | | | | 171:45 | |
| Thu 1/30 | | | | | | | | | 171:45 | |
| Fri 1/31 | | 1:59PM | | 10:01PM | | | 40:00 | | 211:45 | |
| Sat 2/01 | | | | | | | | | 211:45 | |
| Sun 2/02 | | | | | | | | | 211:45 | |
| Mon 2/03 | | | | | | | | | 211:45 | |
| Tue 2/04 | | | | | | | | | 211:45 | |
| Wed 2/05 | | | | | | | | | 211:45 | |
| Thu 2/06 | | | | | | | | | 211:45 | |
| Fri 2/07 | | 1:57PM | | 10:02PM | | | 40:00 | | 251:45 | |
| Sat 2/08 | | | | | | | | | 251:45 | |
| Sun 2/09 | | | | | | | | | 251:45 | |
| Mon 2/10 | | | | | | | | | 251:45 | |
| Tue 2/11 | | | | | | | | | 251:45 | |
| Wed 2/12 | | 8:22AM Training | | 4:15PM | | | | 8:00 | 259:45 | |
| Thu 2/13 | | | | | | | | | 259:45 | |
| Fri 2/14 | PTO | | | | | | 40:00 | | 299:45 | Absent |
| Sat 2/15 | | | | | | | | | 299:45 | |
| Sun 2/16 | | | | | | | | | 299:45 | |
| Mon 2/17 | | | | | | | | | 299:45 | |
| Tue 2/18 | | | | | | | | | 299:45 | |
| Wed 2/19 | | | | | | | | | 299:45 | |
| Thu 2/20 | | | | | | | | | 299:45 | |
| Fri 2/21 | | 1:54PM | | 10:02PM | | | 40:00 | | 339:45 | |
| Sat 2/22 | | | | | | | | | 339:45 | |
| Sun 2/23 | | | | | | | | | 339:45 | |
| Mon 2/24 | | | | | | | | | 339:45 | |
| Tue 2/25 | | | | | | | | | 339:45 | |

DPI_000039

| Day | Status | Time In | Time Out | OT | Reg | Total |
|---|---|---|---|---|---|---|
| Wed 2/26 | | | | | | 339:45 |
| Thu 2/27 | | | | | | 339:45 |
| Fri 2/28 | | 1:56PM | 10:01PM | | 40:00 | 379:45 |
| Sat 3/01 | Overtime Approved | | | 0:45 | | 380:30 |
| Sun 3/02 | | | | | | 380:30 |
| Mon 3/03 | | | | | | 380:30 |
| Tue 3/04 | | | | | | 380:30 |
| Wed 3/05 | | | | | | 380:30 |
| Thu 3/06 | | | | | | 380:30 |
| Fri 3/07 | | 1:58PM | 10:00PM | | 39:00 | 419:30 |
| Sat 3/08 | | | | | | 419:30 |
| Sun 3/09 | Regular Approved | | | 1:00 | | 420:30 |
| Mon 3/10 | | | | | | 420:30 |
| Tue 3/11 | | | | | | 420:30 |
| Wed 3/12 | | | | | | 420:30 |
| Thu 3/13 | | | | | | 420:30 |
| Fri 3/14 | | 1:57PM | 10:01PM | | 40:00 | 460:30 |
| Sat 3/15 | | | | | | 460:30 |
| Sun 3/16 | | | | | | 460:30 |
| Mon 3/17 | | | | | | 460:30 |
| Tue 3/18 | | | | | | 460:30 |
| Wed 3/19 | | | | | | 460:30 |
| Thu 3/20 | | | | | | 460:30 |
| Fri 3/21 | | 1:56PM | 9:02AM Scheduled | | 51:00 | 511:30 |
| Sat 3/22 | | | | | | 511:30 |
| Sun 3/23 | | | | | | 511:30 |
| Mon 3/24 | | | | | | 511:30 |
| Tue 3/25 | | | | | | 511:30 |
| Wed 3/26 | | | | | | 511:30 |
| Thu 3/27 | | | | | | 511:30 |
| Fri 3/28 | | 1:59PM | 10:02PM | | 40:00 | 551:30 |
| Sat 3/29 | | | | | | 551:30 |
| Sun 3/30 | | | | | | 551:30 |
| Mon 3/31 | | | | | | 551:30 |
| Tue 4/01 | | | | | | 551:30 |
| Wed 4/02 | | | | | | 551:30 |
| Thu 4/03 | | | | | | 551:30 |
| Fri 4/04 | | 1:53PM | 10:01PM | | 40:00 | 591:30 |
| Sat 4/05 | | | | | | 591:30 |
| Sun 4/06 | | | | | | 591:30 |
| Mon 4/07 | | | | | | 591:30 |
| Tue 4/08 | | | | | | 591:30 |
| Wed 4/09 | | | | | | 591:30 |
| Thu 4/10 | | | | | | 591:30 |
| Fri 4/11 | | 1:59PM | 10:00PM | | 40:00 | |
| Fri 4/11 | Overtime Approved | | | 1:15 | | 632:45 |
| Sat 4/12 | | | | | | 632:45 |
| Sun 4/13 | | | | | | 632:45 |
| Mon 4/14 | | | | | | 632:45 |
| Tue 4/15 | | | | | | 632:45 |
| Wed 4/16 | | | | | | 632:45 |
| Thu 4/17 | | | | | | 632:45 |
| Fri 4/18 | | 1:58PM | 10:01PM | | 40:00 | 672:45 |
| Sat 4/19 | | | | | | 672:45 |
| Sun 4/20 | | | | | | 672:45 |
| Mon 4/21 | | | | | | 672:45 |
| Tue 4/22 | | | | | | 672:45 |
| Wed 4/23 | | | | | | 672:45 |
| Thu 4/24 | | | | | | 672:45 |
| Fri 4/25 | | 12:57PM Scheduled | 10:01PM | | 41:00 | 713:45 |
| Sat 4/26 | | | | | | 713:45 |
| Sun 4/27 | | | | | | 713:45 |
| Mon 4/28 | | | | | | 713:45 |
| Tue 4/29 | | | | | | 713:45 |
| Wed 4/30 | | | | | | 713:45 |
| Thu 5/01 | | | | | | 713:45 |
| Fri 5/02 | | 1:58PM | 10:08PM Approved | | 40:15 | 754:00 |
| Sat 5/03 | Overtime | | | 1:00 | | 755:00 |

DPI_000040

| Day | | In | Out | | | Balance | |
|-----|--------|--------|---------|------|-------|--------|--------|
| | Approved | | | | | | |
| Sun 5/04 | | | | | | 755:00 | |
| Mon 5/05 | | | | | | 755:00 | |
| Tue 5/06 | | | | | | 755:00 | |
| Wed 5/07 | | | | | | 755:00 | |
| Thu 5/08 | | | | | | 755:00 | |
| Fri 5/09 | | 1:54PM | 10:01PM | | 40:00 | | |
| Fri 5/09 | Overtime | | | 0:45 | | 795:45 | |
| | Approved | | | | | | |
| Sat 5/10 | | | | | | 795:45 | |
| Sun 5/11 | | | | | | 795:45 | |
| Mon 5/12 | | | | | | 795:45 | |
| Tue 5/13 | | | | | | 795:45 | |
| Wed 5/14 | | | | | | 795:45 | |
| Thu 5/15 | | | | | | 795:45 | |
| Fri 5/16 | PTO | | | 40:00 | | 835:45 | Absent |
| Sat 5/17 | | | | | | 835:45 | |
| Sun 5/18 | | | | | | 835:45 | |
| Mon 5/19 | | | | | | 835:45 | |
| Tue 5/20 | | | | | | 835:45 | |
| Wed 5/21 | | | | | | 835:45 | |
| Thu 5/22 | | | | | | 835:45 | |
| Fri 5/23 | | 2:00PM | 10:00PM | | 40:00 | 875:45 | |
| | Approved | | | | | | |
| Sat 5/24 | | | | | | 875:45 | |
| Sun 5/25 | | | | | | 875:45 | |
| Mon 5/26 | | | | | | 875:45 | |
| Tue 5/27 | | | | | | 875:45 | |
| Wed 5/28 | | | | | | 875:45 | |
| Thu 5/29 | | | | | | 875:45 | |
| Fri 5/30 | | | | | | 875:45 | Absent |
| Sat 5/31 | | | | | | 875:45 | |

| Totals | 0.00 | 133:45 | 742:00 | 875:45 |
|--------|------|--------|--------|--------|

**Account Summary**

| Account | Pay Code | Money | Hours | Wages |
|---------|----------|-------|-------|-------|
| 403400/0/Cisneros, Louis G/0/0/0/0 | | | | |
| | Holiday | | 9:00 | 124.47 |
| | Overtime | | 18:45 | 388.97 |
| | PTO | | 120:00 | 1,659.60 |
| | Regular | | 728:00 | 10,068.24 |

**Pay Code Summary**

| | Pay Code | Money | Hours | Wages |
|---|----------|-------|-------|-------|
| | Holiday | | 9:00 | 124.47 |
| | Overtime | | 18:45 | 388.97 |
| | PTO | | 120:00 | 1,659.60 |
| | Regular | | 728:00 | 10,068.24 |

| Totals | 0.00 | 875:45 | 12,241.28 |
|--------|------|--------|-----------|

DPI_000041

| Day | In | Out | | |
|---|---|---|---|---|
| Tue 4/08 | | | | 0:00 |
| Wed 4/09 | | | | 0:00 |
| Thu 4/10 | | | | 0:00 |
| Fri 4/11 | | | | 0:00 |
| Sat 4/12 | | | | 0:00 |
| Sun 4/13 | | | | 0:00 |
| Mon 4/14 | | | | 0:00 |
| Tue 4/15 | | | | 0:00 |
| Wed 4/16 | | | | 0:00 |
| Thu 4/17 | | | | 0:00 |
| Fri 4/18 | | | | 0:00 |
| Sat 4/19 | | | | 0:00 |
| Sun 4/20 | | | | 0:00 |
| Mon 4/21 | | | | 0:00 |
| Tue 4/22 | | | | 0:00 |
| Wed 4/23 | | | | 0:00 |
| Thu 4/24 | | | | 0:00 |
| Fri 4/25 | | | | 0:00 |
| Sat 4/26 | | | | 0:00 |
| Sun 4/27 | | | | 0:00 |
| Mon 4/28 | | | | 0:00 |
| Tue 4/29 | | | | 0:00 |
| Wed 4/30 | | | | 0:00 |
| Thu 5/01 | | | | 0:00 |
| Fri 5/02 | | | | 0:00 |
| Sat 5/03 | | | | 0:00 |
| Sun 5/04 | | | | 0:00 |
| Mon 5/05 | | | | 0:00 |
| Tue 5/06 | | | | 0:00 |
| Wed 5/07 | | | | 0:00 |
| Thu 5/08 | | | | 0:00 |
| Fri 5/09 | | | | 0:00 |
| Sat 5/10 | | | | 0:00 |
| Sun 5/11 | | | | 0:00 |
| Mon 5/12 | | | | 0:00 |
| Tue 5/13 | | | | 0:00 |
| Wed 5/14 | | | | 0:00 |
| Thu 5/15 | | | | 0:00 |
| Fri 5/16 | | | | 0:00 |
| Sat 5/17 | | | | 0:00 |
| Sun 5/18 | | | | 0:00 |
| Mon 5/19 | | | | 0:00 |
| Tue 5/20 | | | | 0:00 |
| Wed 5/21 | | | | 0:00 |
| Thu 5/22 | | | | 0:00 |
| Fri 5/23 | 1:59PM | 10:01PM | 40:00 | 40:00 |
| Sat 5/24 | | | | 40:00 |
| Sun 5/25 | | | | 40:00 |
| Mon 5/26 | | | | 40:00 |
| Tue 5/27 | | | | 40:00 |
| Wed 5/28 | | | | 40:00 |
| Thu 5/29 | | | | 40:00 |
| Fri 5/30 | 2:00PM | 10:00PM | 40:00 | 80:00 |
| Sat 5/31 | | | | 80:00 |
| Sun 6/01 | | | | 80:00 |
| Mon 6/02 | | | | 80:00 |
| Tue 6/03 | | | | 80:00 |
| Wed 6/04 | | | | 80:00 |
| Thu 6/05 | | | | 80:00 |
| Fri 6/06 | Overtime Approved | | 0:45 | |

*2014 (continued)*

3

DPI_000042

| Day | In | Out | Hours | Total |
|---|---|---|---|---|
| Fri 6/06 | 1:51PM Approved | 10:00PM | 40:15 | 121:00 |
| Sat 6/07 | | | | 121:00 |
| Sun 6/08 | | | | 121:00 |
| Mon 6/09 | 1:27PM Approved, Scheduled | 2:00PM | 0:30 | 121:30 |
| Tue 6/10 | | | | 121:30 |
| Wed 6/11 | | | | 121:30 |
| Thu 6/12 | | | | 121:30 |
| Fri 6/13 | 2:00PM | 10:00PM | 40:00 | 161:30 |
| Sat 6/14 | | | | 161:30 |
| Sun 6/15 | | | | 161:30 |
| Mon 6/16 | | | | 161:30 |
| Tue 6/17 | 12:48PM Training | 4:26PM | 3:45 | 165:15 |
| Wed 6/18 | | | | 165:15 |
| Thu 6/19 | | | | 165:15 |
| Fri 6/20 | Overtime Approved | | 1:00 | |
| Fri 6/20 | 1:58PM Approved | 10:00PM Unscheduled | 40:00 | 206:15 |
| Sat 6/21 | | | | 206:15 |
| Sun 6/22 | | | | 206:15 |
| Mon 6/23 | | | | 206:15 |
| Tue 6/24 | | | | 206:15 |
| Wed 6/25 | | | | 206:15 |
| Thu 6/26 | | | | 206:15 |
| Fri 6/27 | 1:55PM | 10:06PM | 40:00 | 246:15 |
| Sat 6/28 | | | | 246:15 |
| Sun 6/29 | | | | 246:15 |
| Mon 6/30 | | | | 246:15 |
| Tue 7/01 | | | | 246:15 |
| Wed 7/02 | | | | 246:15 |
| Thu 7/03 | [Independence Day] | | 9:00 | 255:15 |
| Fri 7/04 | 1:51PM Unscheduled | 10:00PM | 40:15 | 295:30 |
| Sat 7/05 | | | | 295:30 |
| Sun 7/06 | | | | 295:30 |
| Mon 7/07 | | | | 295:30 |
| Tue 7/08 | | | | 295:30 |
| Wed 7/09 | | | | 295:30 |
| Thu 7/10 | | | | 295:30 |
| Fri 7/11 | 2:00PM Approved | 10:00PM | 40:00 | 335:30 |
| Sat 7/12 | | | | 335:30 |
| Sun 7/13 | | | | 335:30 |
| Mon 7/14 | | | | 335:30 |
| Tue 7/15 | 2:54PM Approved, Scheduled | 10:00PM | 7:00 | 342:30 |
| Wed 7/16 | | | | 342:30 |
| Thu 7/17 | | | | 342:30 |
| Fri 7/18 | 2:00PM Approved | 10:00PM Approved | 40:00 | 382:30 |
| Sat 7/19 | | | | 382:30 |
| Sun 7/20 | | | | 382:30 |
| Mon 7/21 | | | | 382:30 |
| Tue 7/22 | 6:00AM Scheduled | 3:00PM | 9:00 | 391:30 |
| Wed 7/23 | 12:00PM | 7:00PM | 7:00 | 398:30 |

DPI_000043

| | Approved, Scheduled | Approved | | |
|---|---|---|---|---|
| Thu 7/24 | | | | 398:30 |
| Fri 7/25 | 1:56PM | 10:00PM | 40:00 | 438:30 |
| Sat 7/26 | | | | 438:30 |
| Sun 7/27 | | | | 438:30 |
| Mon 7/28 | | | | 438:30 |
| Tue 7/29 | 5:57AM Scheduled | 3:06PM | 9:00 | 447:30 |
| Wed 7/30 | | | | 447:30 |
| Thu 7/31 | | | | 447:30 |
| Fri 8/01 | 1:56PM | 9:59PM | 40:00 | 487:30 |
| Sat 8/02 | | | | 487:30 |
| Sun 8/03 | | | | 487:30 |
| Mon 8/04 | | | | 487:30 |
| Tue 8/05 | 5:58AM Scheduled | 3:00PM Approved | 9:00 | 496:30 |
| Wed 8/06 | | | | 496:30 |
| Thu 8/07 | | | | 496:30 |
| Fri 8/08 | PTO Scheduled | | 8:00 | 504:30 |
| Sat 8/09 | 5:57AM | 10:00PM | 32:00 | 536:30 |
| Sun 8/10 | | | | 536:30 |
| Mon 8/11 | | | | 536:30 |
| Tue 8/12 | 6:00AM Scheduled | 3:02PM | 9:00 | 545:30 |
| Wed 8/13 | 9:56PM Scheduled | 6:03AM | 8:00 | 553:30 |
| Thu 8/14 | | | | 553:30 |
| Fri 8/15 | 1:53PM | 10:00PM | 40:00 | 593:30 |
| Sat 8/16 | | | | 593:30 |
| Sun 8/17 | | | | 593:30 |
| Mon 8/18 | 5:57AM Scheduled | 9:02AM | 3:00 | 596:30 |
| Tue 8/19 | 6:00AM Scheduled | 3:03PM Unscheduled | 9:00 | 605:30 |
| Wed 8/20 | | | | 605:30 |
| Thu 8/21 | | | | 605:30 |
| Fri 8/22 | PTO | | 1:15 | |
| Fri 8/22 | 1:58PM | 8:41PM Unscheduled | 38:45 | 645:30 |
| Sat 8/23 | | | | 645:30 |
| Sun 8/24 | | | | 645:30 |
| Mon 8/25 | | | | 645:30 |
| Tue 8/26 | 5:59AM Approved | 3:01PM | 9:00 | 654:30 |
| Wed 8/27 | | | | 654:30 |
| Thu 8/28 | | | | 654:30 |
| Fri 8/29 | 1:55PM | 10:00PM | 40:00 | 694:30 |
| Sat 8/30 | | | | 694:30 |
| Sun 8/31 | | | | 694:30 |
| Mon 9/01 | | | | 694:30 |
| Tue 9/02 | 6:01AM Scheduled | 3:07PM | 9:00 | 703:30 |
| Wed 9/03 | | | | 703:30 |
| Thu 9/04 | | | | 703:30 |
| Fri 9/05 | PTO | | 40:00 | 743:30 |
| Sat 9/06 | | | | 743:30 |
| Sun 9/07 | | | | 743:30 |
| Mon 9/08 | | | | 743:30 |
| Tue 9/09 | 6:00AM Scheduled | 4:13PM | 10:15 | 753:45 |

DPI_000044

| Date | Type | Time In | Time Out | Hours | Total |
|---|---|---|---|---|---|
| Wed 9/10 | | | | | 753:45 |
| Thu 9/11 | | | | | 753:45 |
| Fri 9/12 | Funeral Bereavement-Sibling | | | 8:00 | |
| Fri 9/12 | Overtime Approved | | | 1:30 | |
| Fri 9/12 | Regular Scheduled | | | 16:00 | |
| Fri 9/12 | | 1:55PM | 2:00PM | 16:00 | 795:15 |
| Sat 9/13 | | | | | 795:15 |
| Sun 9/14 | | | | | 795:15 |
| Mon 9/15 | | | | | 795:15 |
| Tue 9/16 | | | | | 795:15 |
| Wed 9/17 | | | | | 795:15 |
| Thu 9/18 | | | | | 795:15 |
| Fri 9/19 | Funeral | | | 1:00 | |
| Fri 9/19 | | 1:55PM | 1:06PM | 39:00 | 835:15 |
| Sat 9/20 | | | | | 835:15 |
| Sun 9/21 | | | | | 835:15 |
| Mon 9/22 | | | | | 835:15 |
| Tue 9/23 | | 12:56PM Scheduled | 10:00PM | 9:00 | 844:15 |
| Wed 9/24 | | | | | 844:15 |
| Thu 9/25 | | 1:24PM Approved | 2:00PM | 0:30 | 844:45 |
| Fri 9/26 | | 1:54PM | 10:00PM Unscheduled | 40:00 | 884:45 |
| Sat 9/27 | | | | | 884:45 |
| Sun 9/28 | | | | | 884:45 |
| Mon 9/29 | | | | | 884:45 |
| Tue 9/30 | | 3:55PM | 10:00PM | 6:00 | 890:45 |
| Wed 10/01 | | | | | 890:45 |
| Thu 10/02 | Overtime Approved | | | 0:45 | 891:30 |
| Fri 10/03 | | 1:59PM | 10:00PM | 40:00 | 931:30 |
| Sat 10/04 | | | | | 931:30 |
| Sun 10/05 | | | | | 931:30 |
| Mon 10/06 | | | | | 931:30 |
| Tue 10/07 | | | | | 931:30 |
| Wed 10/08 | | | | | 931:30 |
| Thu 10/09 | | | | | 931:30 |
| Fri 10/10 | Overtime Approved | | | 0:30 | |
| Fri 10/10 | | 1:52PM | 10:03PM | 40:15 | 972:15 |
| Sat 10/11 | | | | | 972:15 |
| Sun 10/12 | | | | | 972:15 |
| Mon 10/13 | | 4:52PM | 10:00PM | 5:15 | 977:30 |
| Tue 10/14 | | | | | 977:30 |
| Wed 10/15 | | | | | 977:30 |
| Thu 10/16 | | | | | 977:30 |
| Fri 10/17 | | 1:54PM | 10:02PM | 40:00 | 1017:30 |
| Sat 10/18 | | | | | 1017:30 |
| Sun 10/19 | | | | | 1017:30 |
| Mon 10/20 | | | | | 1017:30 |
| Tue 10/21 | | 5:56AM | 3:02PM | 9:00 | 1026:30 |
| Wed 10/22 | | | | | 1026:30 |
| Thu 10/23 | | | | | 1026:30 |
| Fri 10/24 | | 1:57PM | 10:04PM | | 1081:00 |
| Sat 10/25 | | | | | 1081:00 |
| Sun 10/26- | | 10:05PM | 12:27PM | 54:30 | 1081:00 |
| Mon 10/27 | | 10:00PM | 6:05AM | 8:00 | 1089:00 |

6

DPI_000045

| Day | Note | Time Out | Time In | Hours | Total |
|---|---|---|---|---|---|
| Tue 10/28 | Approved | 3:02PM | 1:51PM | 54:45 | 1143:45 |
| Wed 10/29 | | | | | 1143:45 |
| Thu 10/30 | | | | | 1143:45 |
| Fri 10/31 | | | | | 1143:45 |
| Sat 11/01 | | | | | 1143:45 |
| Sun 11/02 | Approved | 10:06PM | 5:58AM | 8:00 | 1151:45 |
| Mon 11/03 | Approved FMLA | 10:01AM | 5:55AM | 20:00 | 1171:45 |
| Tue 11/04 | Approved | 3:03PM | 1:55PM | 55:00 | 1226:45 |
| Wed 11/05 | | | | | 1226:45 |
| Thu 11/06 | | | | | 1226:45 |
| Fri 11/07 | Overtime Approved | | | 2:00 | 1228:45 |
| Sat 11/08 | Overtime Approved | | | 2:00 | 1230:45 |
| Sun 11/09 | Approved | 10:01PM | 5:58AM | 8:00 | 1238:45 |
| Mon 11/10 | Approved | 10:03AM | 5:57AM | 20:00 | 1258:45 |
| Tue 11/11 | Approved | 3:03PM | 1:58PM | 55:00 | 1313:45 |
| Wed 11/12 | | | | | 1313:45 |
| Thu 11/13 | | | | | 1313:45 |
| Fri 11/14 | | | | | 1313:45 |
| Sat 11/15 | | | | | 1313:45 |
| Sun 11/16 | Approved | 10:00PM | 5:56AM | 24:00 | 1337:45 |
| Mon 11/17 | | | | | 1337:45 |
| Tue 11/18 | Approved | 3:33PM | 1:59PM | 54:30 | 1392:15 |
| Wed 11/19 | | | | | 1392:15 |
| Thu 11/20 | | | | | 1392:15 |
| Fri 11/21 | | | | | 1392:15 |
| Sat 11/22 | | | | | 1392:15 |
| Sun 11/23 | | | | | 1392:15 |
| Mon 11/24 | | 6:00AM | 10:00AM | 4:00 | 1396:15 |
| Tue 11/25 | | 5:58AM | 3:02PM | 9:00 | 1405:15 |
| Wed 11/26 | | 5:54AM | 4:02PM | 10:00 | 1415:15 |
| Thu 11/27 | [Thanksgiving] | | | 9:00 | 1424:15 |
| Fri 11/28 | | 1:55PM | 10:00PM | 40:00 | 1464:15 |
| Sat 11/29 | | | | | 1464:15 |
| Sun 11/30 | | | | | 1464:15 |
| Mon 12/01 | | | | | 1464:15 |
| Tue 12/02 | | | | | 1464:15 |
| Wed 12/03 | | | | | 1464:15 |
| Thu 12/04 | | | | | 1464:15 |
| Fri 12/05 | Approved | 1:59PM | 10:00PM | 40:00 | 1504:15 |
| Sat 12/06 | | | | | 1504:15 |
| Sun 12/07 | | | | | 1504:15 |
| Mon 12/08 | | | | | 1504:15 |
| Tue 12/09 | | | | | 1504:15 |
| Wed 12/10 | | | | | 1504:15 |
| Thu 12/11 | | | | | 1504:15 |
| Fri 12/12 | | 1:59PM | 10:00PM | 40:00 | 1544:15 |
| Sat 12/13 | | | | | 1544:15 |
| Sun 12/14 | | | | | 1544:15 |
| Mon 12/15 | | | | | 1544:15 |

DPI_000046

| Day | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tue 12/16 | | | | | | | 1544:15 |
| Wed 12/17 | | | | | | | 1544:15 |
| Thu 12/18 | | | | | | | 1544:15 |
| Fri 12/19 | | 2:03PM | 10:00PM | | | 40:00 | 1584:15 |
| Sat 12/20 | | | | | | | 1584:15 |
| Sun 12/21 | | | | | | | 1584:15 |
| Mon 12/22 | | | | | | | 1584:15 |
| Tue 12/23 | | | | | | | 1584:15 |
| Wed 12/24 | | | | | | | 1584:15 |
| Thu 12/25 | [Christmas Day] | | | | 9:00 | | 1593:15 |
| Fri 12/26 | | 1:53PM | 10:00PM | | | 40:00 | 1633:15 |
| Sat 12/27 | | | | | | | 1633:15 |
| Sun 12/28 | | | | | | | 1633:15 |
| Mon 12/29 | | | | | | | 1633:15 |
| Tue 12/30 | | | | | | | 1633:15 |
| Wed 12/31 | | | | | | | 1633:15 |
| **Totals** | | | | 0.00 | 109:45 | 1523:30 | 1633:15 |

Account Summary

| Account | Pay Code | Money | Hours |
|---|---|---|---|
| **403400/0/Cisneros, Louis G/0/0/0/0** | | | |
| | Funeral | | 9:00 |
| | Holiday | | 9:00 |
| | Overtime | | 244:15 |
| | PTO | | 49:15 |
| | Regular | | 1002:15 |
| **403400/0/Hays, Alicia/0/0/0/0** | | | |
| | Holiday | | 18:00 |
| | Overtime | | 61:30 |
| | Regular | | 240:00 |

Pay Code Summary

| | Pay Code | Money | Hours |
|---|---|---|---|
| | Funeral | | 9:00 |
| | Holiday | | 27:00 |
| | Overtime | | 305:45 |
| | PTO | | 49:15 |
| | Regular | | 1242:15 |
| **Totals** | | 0.00 | 1633:15 |

8

DPI_000047

# Time Detail Sheets - 2015

DPI_000048

## Cindy Dutton

| | |
|---|---|
| **From:** | Mesharia Montgomery |
| **Sent:** | Thursday, September 01, 2016 11:01 AM |
| **To:** | Andrea Resendez; Cindy Dutton |
| **Cc:** | Mesharia Montgomery |
| **Subject:** | Emailing: Time Detail |

## TIME DETAIL

**Time Period: Range of Dates**
**Dates: 1/01/2015 - 12/31/2015**                                            **Printed: 9/01/2016**

**Name: Bagoue, Bondeh   ID: CON0008579        Pay Rule: COMP SCHED**
**Primary Account(s):**   11/13/2014 - 10/05/2015   403400/0/Hays, Alicia/0/0/0/0
                        10/05/2015 - forever      403400/0/Messer, Mark/0/0/0/0

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | ($)Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|---|---|---|---|---|---|---|---|---|---|---|
| Thu 1/01 | [New Years Day] | | | | | | 9:00 | | 9:00 | |
| Fri 1/02 | | 1:58PM | | 10:01PM | | | | 40:00 | 49:00 | |
| Sat 1/03 | | | | | | | | | 49:00 | |
| Sun 1/04 | | | | | | | | | 49:00 | |
| Mon 1/05 | | | | | | | | | 49:00 | |
| Tue 1/06 | | | | | | | | | 49:00 | |
| Wed 1/07 | | | | | | | | | 49:00 | |
| Thu 1/08 | | | | | | | | | 49:00 | |
| Fri 1/09 | Overtime | | | | | | 1:15 | | | |
| Fri 1/09 | | 2:00PM | | 6:07AM | | | | 48:00 | 98:15 | |
| Sat 1/10 | | | | | | | | | 98:15 | |
| Sun 1/11 | | | | | | | | | 98:15 | |
| Mon 1/12 | | | | | | | | | 98:15 | |
| Tue 1/13 | | 1:56PM | | 10:02PM Approved | | | | 8:00 | 106:15 | |
| Wed 1/14 | | 2:15PM | | 5:00PM Approved | | | | 2:45 | 109:00 | |
| Thu 1/15 | | | | | | | | | 109:00 | |
| Fri 1/16 | | 1:54PM | | 10:00PM | | | | 40:00 | 149:00 | |
| Sat 1/17 | | | | | | | | | 149:00 | |
| Sun 1/18 | | | | | | | | | 149:00 | |
| Mon 1/19 | | | | | | | | | 149:00 | |
| Tue 1/20 | | | | | | | | | 149:00 | |
| Wed 1/21 | | | | | | | | | 149:00 | |
| Thu 1/22 | | | | | | | | | 149:00 | |
| Fri 1/23 | Overtime Approved | | | | | | 1:18 | | | |
| Fri 1/23 | | 1:56PM | | 10:07PM | | | | 40:00 | 190:18 | |
| Sat 1/24 | | | | | | | | | 190:18 | |
| Sun 1/25 | | | | | | | | | 190:18 | |
| Mon 1/26 | | | | | | | | | 190:18 | |
| Tue 1/27 | | | | | | | | | 190:18 | |
| Wed 1/28 | | | | | | | | | 190:18 | |
| Thu 1/29 | | 11:00AM | | 3:22PM Approved | | | | 4:15 | 194:33 | |
| Fri 1/30 | | 1:59PM | | 10:01PM | | | | 40:00 | 234:33 | |

1

DPI_000049

| Day | | In | Out | OT | Total |
|---|---|---|---|---|---|
| Sat 1/31 | | | | | 234:33 |
| Sun 2/01 | | | | | 234:33 |
| Mon 2/02 | | | | | 234:33 |
| Tue 2/03 | | 8:29AM | 4:02PM | | 7:30 | 242:03 |
| | | Training | | | |
| Wed 2/04 | | | | | 242:03 |
| Thu 2/05 | | | | | 242:03 |
| Fri 2/06 | | 1:55PM | 10:00PM | | 40:00 | 282:03 |
| Sat 2/07 | | | | | 282:03 |
| Sun 2/08 | | | | | 282:03 |
| Mon 2/09 | | | | | 282:03 |
| Tue 2/10 | | 8:49AM | 2:59PM | | 6:15 | 288:18 |
| Wed 2/11 | | | | | 288:18 |
| Thu 2/12 | | | | | 288:18 |
| Fri 2/13 | | 1:57PM | 10:26PM | | 40:30 | 328:48 |
| Sat 2/14 | | | | | 328:48 |
| Sun 2/15 | | | | | 328:48 |
| Mon 2/16 | | | | | 328:48 |
| Tue 2/17 | | | | | 328:48 |
| Wed 2/18 | | 2:57PM | 10:03PM | | 7:00 | 335:48 |
| Thu 2/19 | | 2:53PM | 10:04PM | | 7:00 | 342:48 |
| Fri 2/20 | Overtime | | | 1:30 | |
| | Approved | | | | |
| Fri 2/20 | | 1:56PM | 10:00PM | | 40:00 | 384:18 |
| Sat 2/21 | | | | | 384:18 |
| Sun 2/22 | | | | | 384:18 |
| Mon 2/23 | | | | | 384:18 |
| Tue 2/24 | | | | | 384:18 |
| Wed 2/25 | | 2:55PM | 10:02PM | | 7:00 | 391:18 |
| Thu 2/26 | | 5:59AM | 10:05PM | | 16:00 | 407:18 |
| Fri 2/27 | Overtime | | | 1:30 | |
| | Approved | | | | |
| Fri 2/27 | | 5:54AM | 10:04PM | | 48:00 | 456:48 |
| Sat 2/28 | | | | | 456:48 |
| Sun 3/01 | | | | | 456:48 |
| Mon 3/02 | | | | | 456:48 |
| Tue 3/03 | | | | | 456:48 |
| Wed 3/04 | | | | | 456:48 |
| Thu 3/05 | | 3:58PM | 8:01PM | | 4:00 | 460:48 |
| Fri 3/06 | Overtime | | | 1:00 | |
| | Approved | | | | |
| Fri 3/06 | | 5:55AM | 10:00PM | | 47:00 | 508:48 |
| Sat 3/07 | | | | | 508:48 |
| Sun 3/08 | | | | | 508:48 |
| Mon 3/09 | | | | | 508:48 |
| Tue 3/10 | | | | | 508:48 |
| Wed 3/11 | | | | | 508:48 |
| Thu 3/12 | | | | | 508:48 |
| Fri 3/13 | | 5:51AM | 10:05PM | | 48:15 | 557:03 |
| | | | Approved | | |
| Sat 3/14 | | | | | 557:03 |
| Sun 3/15 | | | | | 557:03 |
| Mon 3/16 | | | | | 557:03 |
| Tue 3/17 | | | | | 557:03 |
| Wed 3/18 | | 5:48AM | 2:11PM | | 8:30 | 565:33 |
| | | | Approved | | |
| Thu 3/19 | | 5:52AM | 2:03PM | | 8:15 | 573:48 |
| | | | Approved | | |
| Fri 3/20 | | 5:53AM | 10:03PM | | 48:00 | 621:48 |
| Sat 3/21 | Overtime | | | 2:00 | 623:48 |
| | Approved | | | | |

2

| Day | In | Out | | Hours | Total |
|---|---|---|---|---|---|
| Sun 3/22 | | | | | 623:48 |
| Mon 3/23 | | | | | 623:48 |
| Tue 3/24 | | | | | 623:48 |
| Wed 3/25 | 5:50AM | 2:05PM | | 8:15 | 632:03 |
| | | Approved | | | |
| Thu 3/26 | 5:58AM | 2:01PM | | 8:00 | 640:03 |
| | | Approved | | | |
| Fri 3/27 | 5:53AM | 10:02PM | | 48:00 | 688:03 |
| Sat 3/28 | | | | | 688:03 |
| Sun 3/29 | | | | | 688:03 |
| Mon 3/30 | | | | | 688:03 |
| Tue 3/31 | 10:00AM | 12:24PM | | 2:30 | 690:33 |
| | | Approved | | | |
| Wed 4/01 | | | | | 690:33 |
| Thu 4/02 | | | | | 690:33 |
| Fri 4/03 | PTO | | | 40:00 | 730:33 |
| Sat 4/04 | | | | | 730:33 |
| Sun 4/05 | | | | | 730:33 |
| Mon 4/06 | | | | | 730:33 |
| Tue 4/07 | | | | | 730:33 |
| Wed 4/08 | 3:30PM | 10:00PM | | 6:30 | 737:03 |
| Thu 4/09 | 2:00PM | 10:00PM | | 8:00 | 745:03 |
| Fri 4/10 | 6:00AM | 1:55PM | | | |
| Fri 4/10 | 2:00PM | 10:00PM | | 48:00 | 793:03 |
| | | Approved | | | |
| Sat 4/11 | | | | | 793:03 |
| Sun 4/12 | | | | | 793:03 |
| Mon 4/13 | | | | | 793:03 |
| Tue 4/14 | | | | | 793:03 |
| Wed 4/15 | 5:52AM | 3:36PM | | 9:45 | 802:48 |
| | Approved | | | | |
| Thu 4/16 | 5:56AM | 3:37PM | | 9:30 | 812:18 |
| | Approved | | | | |
| Fri 4/17 | 5:53AM | 10:00PM | | 48:00 | 860:18 |
| | Approved | | | | |
| Sat 4/18 | | | | | 860:18 |
| Sun 4/19 | | | | | 860:18 |
| Mon 4/20 | | | | | 860:18 |
| Tue 4/21 | | | | | 860:18 |
| Wed 4/22 | 5:51AM | 3:31PM | | 9:45 | 870:03 |
| | Approved FMLA | | | | |
| Thu 4/23 | 5:54AM | 3:31PM | | 9:30 | 879:33 |
| | Approved | | | | |
| Fri 4/24 | 5:53AM | 10:00PM | | 48:00 | 927:33 |
| | Approved | | | | |
| Sat 4/25 | | | | | 927:33 |
| Sun 4/26 | | | | | 927:33 |
| Mon 4/27 | | | | | 927:33 |
| Tue 4/28 | | | | | 927:33 |
| Wed 4/29 | 5:53AM | 10:01PM | | 16:00 | 943:33 |
| Thu 4/30 | 5:51AM | 10:06PM | | 16:15 | 959:48 |
| Fri 5/01 | PTO | | | 40:00 | 999:48 |
| Sat 5/02 | | | | | 999:48 |
| Sun 5/03 | | | | | 999:48 |
| Mon 5/04 | 8:00AM | 6:01PM | | 10:00 | 1009:48 |
| Tue 5/05 | | | | | 1009:48 |
| Wed 5/06 | 7:58AM | 2:11PM | | 6:15 | 1016:03 |
| Thu 5/07 | 8:00AM | 8:00PM | | 12:00 | 1028:03 |
| Fri 5/08 | PTO | | | 40:00 | 1068:03 |
| | Approved | | | | |
| Sat 5/09 | | | | | 1068:03 |

3

DPI_000051

| Day | | | | | |
|---|---|---|---|---|---|
| Sun 5/10 | | | | | 1068:03 |
| Mon 5/11 | | | | | 1068:03 |
| Tue 5/12 | | | | | 1068:03 |
| Wed 5/13 | | | | | 1068:03 |
| Thu 5/14 | | | | | 1068:03 |
| Fri 5/15 | 1:55PM | 10:03PM | | 40:00 | 1108:03 |
| Sat 5/16 | | | | | 1108:03 |
| Sun 5/17 | | | | | 1108:03 |
| Mon 5/18 | | | | | 1108:03 |
| Tue 5/19 | | | | | 1108:03 |
| Wed 5/20 | | | | | 1108:03 |
| Thu 5/21 | | | | | 1108:03 |
| Fri 5/22 | 1:55PM | 10:02PM | | 40:00 | 1148:03 |
| Sat 5/23 | | | | | 1148:03 |
| Sun 5/24 | | | | | 1148:03 |
| Mon 5/25 | [Memorial Day] | | | 9:00 | 1157:03 |
| Tue 5/26 | | | | | 1157:03 |
| Wed 5/27 | | | | | 1157:03 |
| Thu 5/28 | | | | | 1157:03 |
| Fri 5/29 | 1:52PM | 10:04PM | | 40:15 | 1197:18 |
| Sat 5/30 | | | | | 1197:18 |
| Sun 5/31 | | | | | 1197:18 |
| Mon 6/01 | | | | | 1197:18 |
| Tue 6/02 | | | | | 1197:18 |
| Wed 6/03 | | | | | 1197:18 |
| Thu 6/04 | | | | | 1197:18 |
| Fri 6/05 | 1:52PM | 6:06AM Approved | | 48:15 | 1245:33 |
| Sat 6/06 | | | | | 1245:33 |
| Sun 6/07 | | | | | 1245:33 |
| Mon 6/08 | 6:54PM | 6:09AM Approved | | 11:15 | 1256:48 |
| Tue 6/09 | 6:53PM | 6:05AM Approved | | 11:00 | 1267:48 |
| Wed 6/10 | | | | | 1267:48 |
| Thu 6/11 | | | | | 1267:48 |
| Fri 6/12 | Overtime Approved | | | 0:30 | |
| Fri 6/12 | 1:59PM | 10:01PM | | 40:00 | 1308:18 |
| Sat 6/13 | | | | | 1308:18 |
| Sun 6/14 | | | | | 1308:18 |
| Mon 6/15 | | | | | 1308:18 |
| Tue 6/16 | | | | | 1308:18 |
| Wed 6/17 | | | | | 1308:18 |
| Thu 6/18 | | | | | 1308:18 |
| Fri 6/19 | Overtime Approved | | | 0:45 | |
| Fri 6/19 | 1:52PM | 10:03PM | | 40:15 | 1349:18 |
| Sat 6/20 | | | | | 1349:18 |
| Sun 6/21 | | | | | 1349:18 |
| Mon 6/22 | | | | | 1349:18 |
| Tue 6/23 | | | | | 1349:18 |
| Wed 6/24 | | | | | 1349:18 |
| Thu 6/25 | | | | | 1349:18 |
| Fri 6/26 | 1:56PM | 10:02PM | | 40:00 | 1389:18 |
| Sat 6/27 | | | | | 1389:18 |
| Sun 6/28 | | | | | 1389:18 |
| Mon 6/29 | 11:50AM | 1:30PM | | 1:45 | 1391:03 |
| Tue 6/30 | | | | | 1391:03 |
| Wed 7/01 | | | | | 1391:03 |

DPI_000052

| Day | In | Out | | Hours | Total |
|---|---|---|---|---|---|
| Thu 7/02 | [Independence Day] | | | 9:00 | 1400:03 |
| Fri 7/03 | 1:45PM | 10:03PM | | 40:15 | 1440:18 |
| Sat 7/04 | | | | | 1440:18 |
| Sun 7/05 | | | | | 1440:18 |
| Mon 7/06 | | | | | 1440:18 |
| Tue 7/07 | | | | | 1440:18 |
| Wed 7/08 | | | | | 1440:18 |
| Thu 7/09 | | | | | 1440:18 |
| Fri 7/10 | 2:00PM | 10:02PM | | 40:00 | 1480:18 |
| Sat 7/11 | | | | | 1480:18 |
| Sun 7/12 | | | | | 1480:18 |
| Mon 7/13 | | | | | 1480:18 |
| Tue 7/14 | | | | | 1480:18 |
| Wed 7/15 | | | | | 1480:18 |
| Thu 7/16 | | | | | 1480:18 |
| Fri 7/17 | 1:56PM | 10:00PM | | 40:00 | 1520:18 |
| Sat 7/18 | | | | | 1520:18 |
| Sun 7/19 | | | | | 1520:18 |
| Mon 7/20 | | | | | 1520:18 |
| Tue 7/21 | | | | | 1520:18 |
| Wed 7/22 | | | | | 1520:18 |
| Thu 7/23 | | | | | 1520:18 |
| Fri 7/24 | 1:58PM | 10:05PM | | 40:00 | 1560:18 |
| Sat 7/25 | | | | | 1560:18 |
| Sun 7/26 | | | | | 1560:18 |
| Mon 7/27 | | | | | 1560:18 |
| Tue 7/28 | | | | | 1560:18 |
| Wed 7/29 | | | | | 1560:18 |
| Thu 7/30 | | | | | 1560:18 |
| Fri 7/31 | PTO Approved | | | 40:00 | 1600:18 |
| Sat 8/01 | | | | | 1600:18 |
| Sun 8/02 | | | | | 1600:18 |
| Mon 8/03 | | | | | 1600:18 |
| Tue 8/04 | | | | | 1600:18 |
| Wed 8/05 | 5:59AM | 10:05PM Approved | | 16:00 | 1616:18 |
| Thu 8/06 | 6:01AM | 2:07PM Approved | | 8:00 | 1624:18 |
| Fri 8/07 | 6:07AM | 10:26PM Approved | | 48:30 | 1672:48 |
| Sat 8/08 | | | | | 1672:48 |
| Sun 8/09 | | | | | 1672:48 |
| Mon 8/10 | | | | | 1672:48 |
| Tue 8/11 | | | | | 1672:48 |
| Wed 8/12 | | | | | 1672:48 |
| Thu 8/13 | | | | | 1672:48 |
| Fri 8/14 | 1:57PM | 10:03PM | | 40:00 | 1712:48 |
| Sat 8/15 | | | | | 1712:48 |
| Sun 8/16 | | | | | 1712:48 |
| Mon 8/17 | | | | | 1712:48 |
| Tue 8/18 | | | | | 1712:48 |
| Wed 8/19 | | | | | 1712:48 |
| Thu 8/20 | 5:00PM | 8:01PM | | 3:00 | 1715:48 |
| Fri 8/21 | 1:54PM | 9:57PM | | 40:00 | 1755:48 |
| Sat 8/22 | | | | | 1755:48 |
| Sun 8/23 | 10:00PM | 9:00AM Approved | | 11:00 | 1766:48 |
| Mon 8/24 | 10:00PM | 6:00AM Approved | | 8:00 | 1774:48 |

DPI_000053

| Day | Note | Time In | Time Out | Hours | Total |
|---|---|---|---|---|---|
| Tue 8/25 | | | | | 1774:48 |
| Wed 8/26 | | | | | 1774:48 |
| Thu 8/27 | | | | | 1774:48 |
| Fri 8/28 | Overtime Approved | | | 1:15 | |
| Fri 8/28 | | 1:50PM | 10:00PM | 40:15 | 1816:18 |
| Sat 8/29 | | | | | 1816:18 |
| Sun 8/30 | | 10:05PM | 5:01PM | 19:00 | 1835:18 |
| Mon 8/31 | | 8:56PM | 6:00PM | 21:00 | 1856:18 |
| Tue 9/01 | | | | | 1856:18 |
| Wed 9/02 | | | | | 1856:18 |
| Thu 9/03 | | | | | 1856:18 |
| Fri 9/04 | | 1:50PM | 10:09PM | 40:30 | 1896:48 |
| Sat 9/05 | | | | | 1896:48 |
| Sun 9/06 | | | | | 1896:48 |
| Mon 9/07 | [Labor Day] | | | 9:00 | 1905:48 |
| Tue 9/08 | | 7:30AM | 9:15AM Approved | 1:45 | 1907:33 |
| Wed 9/09 | | | | | 1907:33 |
| Thu 9/10 | | | | | 1907:33 |
| Fri 9/11 | PTO Approved | | | 40:00 | 1947:33 |
| Sat 9/12 | | | | | 1947:33 |
| Sun 9/13 | | | | | 1947:33 |
| Mon 9/14 | | | | | 1947:33 |
| Tue 9/15 | | | | | 1947:33 |
| Wed 9/16 | | | | | 1947:33 |
| Thu 9/17 | | | | | 1947:33 |
| Fri 9/18 | Overtime Approved | | | 1:15 | |
| Fri 9/18 | | 2:04PM | 10:11PM | 40:15 | 1989:03 |
| Sat 9/19 | | | | | 1989:03 |
| Sun 9/20 | | | | | 1989:03 |
| Mon 9/21 | | | | | 1989:03 |
| Tue 9/22 | | | | | 1989:03 |
| Wed 9/23 | | | | | 1989:03 |
| Thu 9/24 | | | | | 1989:03 |
| Fri 9/25 | | 2:00PM | 10:04PM | 40:00 | 2029:03 |
| Sat 9/26 | | | | | 2029:03 |
| Sun 9/27 | | | | | 2029:03 |
| Mon 9/28 | | | | | 2029:03 |
| Tue 9/29 | | | | | 2029:03 |
| Wed 9/30 | | | | | 2029:03 |
| Thu 10/01 | | | | | 2029:03 |
| Fri 10/02 | | 8:46AM | 2:00PM | 5:15 | |
| Fri 10/02 | | 2:01PM | 10:00PM | 40:00 | 2074:18 |
| Sat 10/03 | | | | | 2074:18 |
| Sun 10/04 | | 10:01PM | 8:59AM | 11:00 | 2085:18 |
| Mon 10/05 | | 9:00PM | 5:00PM | 20:00 | 2105:18 |
| Tue 10/06 | | | | | 2105:18 |
| Wed 10/07 | | | | | 2105:18 |
| Thu 10/08 | | | | | 2105:18 |
| Fri 10/09 | | 2:00PM | 10:07PM | 40:00 | 2145:18 |
| Sat 10/10 | | | | | 2145:18 |
| Sun 10/11 | | | | | 2145:18 |
| Mon 10/12 | | | | | 2145:18 |
| Tue 10/13 | | | | | 2145:18 |
| Wed 10/14 | | | | | 2145:18 |
| Thu 10/15 | | | | | 2145:18 |
| Fri 10/16 | Overtime Approved | | | 1:00 | |

DPI_000054

| Day | Start | End | | Hours | Total |
|---|---|---|---|---|---|
| Fri 10/16 | 1:57PM | 10:06PM | | 40:00 | 2186:18 |
| Sat 10/17 | | | | | 2186:18 |
| Sun 10/18 | | | | | 2186:18 |
| Mon 10/19 | | | | | 2186:18 |
| Tue 10/20 | | | | | 2186:18 |
| Wed 10/21 | | | | | 2186:18 |
| Thu 10/22 | | | | | 2186:18 |
| Fri 10/23 | 1:59PM | 10:07PM | | 40:00 | 2226:18 |
| Sat 10/24 | | | | | 2226:18 |
| Sun 10/25 | | | | | 2226:18 |
| Mon 10/26 | | | | | 2226:18 |
| Tue 10/27 | | | | | 2226:18 |
| Wed 10/28 | | | | | 2226:18 |
| Thu 10/29 | | | | | 2226:18 |
| Fri 10/30 | 9:00AM | 10:00PM | | | |
| Fri 10/30 | 10:01PM | 11:25PM | | 14:30 | 2240:48 |
| | | Approved | | | |
| Sat 10/31 | 6:00AM | 10:00PM | | 33:00 | 2273:48 |
| | | Approved | | | |
| Sun 11/01 | | | | | 2273:48 |
| Mon 11/02 | | | | | 2273:48 |
| Tue 11/03 | 8:03AM | 1:49PM | | 5:45 | 2279:33 |
| Wed 11/04 | | | | | 2279:33 |
| Thu 11/05 | | | | | 2279:33 |
| Fri 11/06 | 9:57AM | 10:02PM | | 44:00 | 2323:33 |
| Sat 11/07 | | | | | 2323:33 |
| Sun 11/08 | | | | | 2323:33 |
| Mon 11/09 | 9:00AM | 6:00PM | | 9:00 | 2332:33 |
| Tue 11/10 | | | | | 2332:33 |
| Wed 11/11 | | | | | 2332:33 |
| Thu 11/12 | 8:00AM | 2:45PM | | 6:45 | 2339:18 |
| Fri 11/13 | 6:00AM | 2:00PM | | 8:00 | |
| Fri 11/13 | 2:01PM | 10:00PM | | 40:00 | 2387:18 |
| Sat 11/14 | | | | | 2387:18 |
| Sun 11/15 | | | | | 2387:18 |
| Mon 11/16 | 9:00AM | 6:04PM | | 9:00 | 2396:18 |
| Tue 11/17 | | | | | 2396:18 |
| Wed 11/18 | | | | | 2396:18 |
| Thu 11/19 | 7:17AM | 10:19AM | | 3:00 | 2399:18 |
| Fri 11/20 | 2:00PM | 10:00PM | | 40:00 | 2439:18 |
| Sat 11/21 | | | | | 2439:18 |
| Sun 11/22 | | | | | 2439:18 |
| Mon 11/23 | 6:00AM | 3:02PM | | 9:00 | 2448:18 |
| Tue 11/24 | | | | | 2448:18 |
| Wed 11/25 | | | | | 2448:18 |
| Thu 11/26 | 9:59PM | 6:21AM | | 8:15 | |
| Thu 11/26 | [Thanksgiving Day] | | 9:00 | | 2465:33 |
| Fri 11/27 | 1:57PM | 10:05PM | | 40:00 | 2505:33 |
| Sat 11/28 | | | | | 2505:33 |
| Sun 11/29 | | | | | 2505:33 |
| Mon 11/30 | 6:00AM | 3:00PM | | 9:00 | 2514:33 |
| Tue 12/01 | | | | | 2514:33 |
| Wed 12/02 | | | | | 2514:33 |
| Thu 12/03 | 6:00AM | 2:00PM | | 8:00 | 2522:33 |
| Fri 12/04 | 1:58PM | 10:04PM | | 40:00 | 2562:33 |
| Sat 12/05 | | | | | 2562:33 |
| Sun 12/06 | | | | | 2562:33 |
| Mon 12/07 | 5:58AM | 3:00PM | | 9:00 | 2571:33 |
| Tue 12/08 | | | | | 2571:33 |
| Wed 12/09 | | | | | 2571:33 |

DPI_000055

| Day | | | | | |
|---|---|---|---|---|---|
| Thu 12/10 | | | | | 2571:33 |
| Fri 12/11 | 1:59PM | 10:02PM | | 40:00 | 2611:33 |
| Sat 12/12 | | | | | 2611:33 |
| Sun 12/13 | | | | | 2611:33 |
| Mon 12/14 | 5:56AM | 3:11PM | | 9:15 | 2620:48 |
| Tue 12/15 | | | | | 2620:48 |
| Wed 12/16 | | | | | 2620:48 |
| Thu 12/17 | | | | | 2620:48 |
| Fri 12/18 | 2:03PM | 10:01PM | | 40:00 | 2660:48 |
| Sat 12/19 | | | | | 2660:48 |
| Sun 12/20 | | | | | 2660:48 |
| Mon 12/21 | | | | | 2660:48 |
| Tue 12/22 | | | | | 2660:48 |
| Wed 12/23 | | | | | 2660:48 |
| Thu 12/24 | [Christmas Day] | | | 9:00 | 2669:48 |
| Fri 12/25 | 1:57PM | 10:00PM | | 40:00 | 2709:48 |
| Sat 12/26 | | | | | 2709:48 |
| Sun 12/27 | | | | | 2709:48 |
| Mon 12/28 | | | | | 2709:48 |
| Tue 12/29 | | | | | 2709:48 |
| Wed 12/30 | | | | | 2709:48 |
| Thu 12/31 | [Observed New Years Day] | | | 9:00 | 2718:48 |
| **Totals** | | | 0.00 | 276:18 | 2442:30  2718:48 |

## Account Summary

| Account | Pay Code | Money | Hours |
|---|---|---|---|
| **403400/0/Hays, Alicia/0/0/0/0** | | | |
| | Holiday | | 36:00 |
| | Overtime | | 373:33 |
| | PTO | | 200:00 |
| | Regular | | 1475:45 |
| **403400/0/Messer, Mark/0/0/0/0** | | | |
| | Holiday | | 27:00 |
| | Overtime | | 163:00 |
| | Regular | | 443:30 |

## Pay Code Summary

| Pay Code | Money | Hours |
|---|---|---|
| Holiday | | 63:00 |
| Overtime | | 536:33 |
| PTO | | 200:00 |
| Regular | | 1919:15 |
| **Totals** | 0.00 | 2718:48 |

DPI_000056

# Time Detail Sheets - 2016

DPI_000057

Time Detail

# TIME DETAIL

Time Period: Range of Dates
Dates: 1/01/2016 – 6/30/2016

Printed: 9/08/2016

Name: Bagoue, Bondeh       ID: CON0008579       Pay Rule: COMP SCHED
Primary Account(s):        10/05/2015 – forever  403400/0/Messer, Mark/0/0/0/0

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | ($)Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|------|----------|----------|--------|-----------|---------|--------|----------------|----------------|------------------|---------|
| Fri 1/01 | PTO | | | | | | 40:00 | | 40:00 | |
| Sat 1/02 | | | | | | | | | 40:00 | |
| Sun 1/03 | | | | | | | | | 40:00 | |
| Mon 1/04 | | | | | | | | | 40:00 | |
| Tue 1/05 | | | | | | | | | 40:00 | |
| Wed 1/06 | | | | | | | | | 40:00 | |
| Thu 1/07 | | | | | | | | | 40:00 | |
| Fri 1/08 | PTO Approved | | | | | | 40:00 | | 80:00 | |
| Sat 1/09 | | | | | | | | | 80:00 | |
| Sun 1/10 | | | | | | | | | 80:00 | |
| Mon 1/11 | | | | | | | | | 80:00 | |
| Tue 1/12 | | | | | | | | | 80:00 | |
| Wed 1/13 | | | | | | | | | 80:00 | |
| Thu 1/14 | | | | | | | | | 80:00 | |
| Fri 1/15 | PTO Approved | | | | | | 40:00 | | 120:00 | |
| Sat 1/16 | | | | | | | | | 120:00 | |
| Sun 1/17 | | | | | | | | | 120:00 | |
| Mon 1/18 | | | | | | | | | 120:00 | |
| Tue 1/19 | | | | | | | | | 120:00 | |
| Wed 1/20 | | | | | | | | | 120:00 | |
| Thu 1/21 | | | | | | | | | 120:00 | |
| Fri 1/22 | | 1:51PM | | 10:03PM | | | | 40:15 | 160:15 | |
| Sat 1/23 | | | | | | | | | 160:15 | |
| Sun 1/24 | | | | | | | | | 160:15 | |
| Mon 1/25 | | | | | | | | | 160:15 | |
| Tue 1/26 | | | | | | | | | 160:15 | |
| Wed 1/27 | | | | | | | | | 160:15 | |
| Thu 1/28 | | | | | | | | | 160:15 | |
| Fri 1/29 | | 1:56PM | | 10:00PM | | | | 40:00 | 200:15 | |
| Sat 1/30 | | | | | | | | | 200:15 | |
| Sun 1/31 | | | | | | | | | 200:15 | |
| Mon 2/01 | | | | | | | | | 200:15 | |
| Tue 2/02 | | | | | | | | | 200:15 | |
| Wed 2/03 | | | | | | | | | 200:15 | |
| Thu 2/04 | | | | | | | | | 200:15 | |
| Fri 2/05 | | 1:57PM | | 8:34AM | | | | 50:30 | 250:45 | |
| Sat 2/06 | | | | | | | | | 250:45 | |
| Sun 2/07 | | | | | | | | | 250:45 | |
| Mon 2/08 | | | | | | | | | 250:45 | |

DPI_000058

Time Detail

| Day | Time In | Time Out | Hours | Total |
|---|---|---|---|---|
| Tue 2/09 | 9:57AM | 12:32PM | 2:30 | 253:15 |
| Wed 2/10 | | | | 253:15 |
| Thu 2/11 | | | | 253:15 |
| Fri 2/12 | 1:55PM | 10:06PM | 40:00 | 293:15 |
| Sat 2/13 | | | | 293:15 |
| Sun 2/14 | | | | 293:15 |
| Mon 2/15 | 8:30AM | 3:38PM | 7:15 | 300:30 |
| Tue 2/16 | 9:30AM | 11:30AM | 2:00 | 302:30 |
| Wed 2/17 | | | | 302:30 |
| Thu 2/18 | | | | 302:30 |
| Fri 2/19 | 1:54PM | 10:01PM | 40:00 | 342:30 |
| Sat 2/20 | | | | 342:30 |
| Sun 2/21 | | | | 342:30 |
| Mon 2/22 | | | | 342:30 |
| Tue 2/23 | | | | 342:30 |
| Wed 2/24 | | | | 342:30 |
| Thu 2/25 | | | | 342:30 |
| Fri 2/26 | 1:55PM | 10:01PM | 40:00 | 382:30 |
| Sat 2/27 | | | | 382:30 |
| Sun 2/28 | | | | 382:30 |
| Mon 2/29 | | | | 382:30 |
| Tue 3/01 | | | | 382:30 |
| Wed 3/02 | | | | 382:30 |
| Thu 3/03 | | | | 382:30 |
| Fri 3/04 | 2:01PM | 10:00PM | 40:00 | 422:30 |
| Sat 3/05 | | | | 422:30 |
| Sun 3/06 | | | | 422:30 |
| Mon 3/07 | | | | 422:30 |
| Tue 3/08 | | | | 422:30 |
| Wed 3/09 | | | | 422:30 |
| Thu 3/10 | 1:53PM | 10:00PM | 8:00 | |
| Thu 3/10 | 10:01PM | 6:00AM | 8:00 | 438:30 |
| Fri 3/11 | 6:01AM | 2:00PM | 8:00 | |
| Fri 3/11 | 2:01PM | 10:00PM | 39:00 | 485:30 |
| Sat 3/12 | | | | 485:30 |
| Sun 3/13 | | | | 485:30 |
| Mon 3/14 | | | | 485:30 |
| Tue 3/15 | | | | 485:30 |
| Wed 3/16 | | | | 485:30 |
| Thu 3/17 | 2:00PM | 10:00PM | 8:00 | |
| Thu 3/17 | 10:01PM | 6:00AM | 8:00 | 501:30 |
| Fri 3/18 | 6:01AM | 1:59PM | 8:00 | |
| Fri 3/18 | 2:00PM | 10:00PM | 40:00 | 549:30 |
| Sat 3/19 | | | | 549:30 |
| Sun 3/20 | | | | 549:30 |
| Mon 3/21 | | | | 549:30 |
| Tue 3/22 | | | | 549:30 |
| Wed 3/23 | | | | 549:30 |
| Thu 3/24 | 1:56PM | 10:00PM | 8:00 | |
| Thu 3/24 | 10:01PM | 6:00AM | 8:00 | 565:30 |
| Fri 3/25 | 6:01AM | 2:00PM | 8:00 | |
| Fri 3/25 | 2:01PM | 10:00PM | 40:00 | 613:30 |
| Sat 3/26 | | | | 613:30 |
| Sun 3/27 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 613:30 |
| Mon 3/28 | | | | | 613:30 |
| Tue 3/29 | | | | | 613:30 |
| Wed 3/30 | | | | | 613:30 |
| Thu 3/31 | 2:00PM | 10:00PM | | 8:00 | |
| Thu 3/31 | 10:01PM | 6:00AM | | 8:00 | 629:30 |
| Fri 4/01 | 6:01AM | 1:59PM | | 8:00 | |
| Fri 4/01 | 2:00PM | 10:00PM | | 40:00 | 677:30 |
| Sat 4/02 | | | | | 677:30 |
| Sun 4/03 | | | | | 677:30 |
| Mon 4/04 | | | | | 677:30 |
| Tue 4/05 | | | | | 677:30 |
| Wed 4/06 | | | | | 677:30 |
| Thu 4/07 | | | | | 677:30 |
| Fri 4/08 | 1:58PM | 10:00PM | | 40:00 | 717:30 |
| Sat 4/09 | | | | | 717:30 |
| Sun 4/10 | | | | | 717:30 |
| Mon 4/11 | | | | | 717:30 |
| Tue 4/12 | | | | | 717:30 |
| Wed 4/13 | | | | | 717:30 |
| Thu 4/14 | | | | | 717:30 |
| Fri 4/15 | | | | | 717:30 |
| Sat 4/16 | PTO | | | 8:00 | |
| Sat 4/16 | 6:01AM | 10:00PM | | 32:00 | 757:30 |
| Sun 4/17 | | | | | 757:30 |
| Mon 4/18 | | | | | 757:30 |
| Tue 4/19 | | | | | 757:30 |
| Wed 4/20 | | | | | 757:30 |
| Thu 4/21 | | | | | 757:30 |
| Fri 4/22 | 1:56PM | 10:00PM | | 40:00 | 797:30 |
| Sat 4/23 | | | | | 797:30 |
| Sun 4/24 | | | | | 797:30 |
| Mon 4/25 | | | | | 797:30 |
| Tue 4/26 | | | | | 797:30 |
| Wed 4/27 | | | | | 797:30 |
| Thu 4/28 | | | | | 797:30 |
| Fri 4/29 | | | | | 797:30 |
| Sat 4/30 | | | | | 797:30 |
| Sun 5/01 | | | | | 797:30 |
| Mon 5/02 | | | | | 797:30 |
| Tue 5/03 | | | | | 797:30 |
| Wed 5/04 | | | | | 797:30 |
| Thu 5/05 | | | | | 797:30 |
| Fri 5/06 | | | | | 797:30 |
| Sat 5/07 | | | | | 797:30 |
| Sun 5/08 | | | | | 797:30 |
| Mon 5/09 | | | | | 797:30 |
| Tue 5/10 | | | | | 797:30 |
| Wed 5/11 | | | | | 797:30 |
| Thu 5/12 | | | | | 797:30 |
| Fri 5/13 | | | | | 797:30 |
| 5at 5/14 | | | | | 797:30 |
| Sun 5/15 | | | | | 797:30 |
| Mon 5/16 | | | | | |

DPI_000060

*2016 (continued)*

Nonprofit Management
Services of Colorado
325 Inverness Drive South
Englewood, CO 80112

Time Card
04/23/2016 - 06/26/2016

| 8579 BAGOUE, FLAVIE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Action | Shift | | Hours | Regular | OT | Total Paid | Unpaid |
| 04/25/2016 | Work | 9:00 AM | 10:30 AM | 1.50 | 1.50 | | 1.50 | |
| 04/29/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 16.00 | | 16.00 | |
| 04/29/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 04/29/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 16.00 | | 16.00 | |
| 04/29/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 04/29/2016 | Work | 2:00 PM | 10:00 PM | 8.00 | 6.50 | 1.50 | 8.00 | |
| 05/06/2016 | PTO | 8:00 AM | 12:00 AM | 40.00 | 40.00 | | 40.00 | |
| 05/07/2016 | Work | 10:00 PM | 1:45 PM | 15.75 | 15.75 | | 15.75 | |
| 05/07/2016 | Sleep Time | 1:45 PM | 9:45 PM | 8.00 | | | | 8.00 |
| 05/07/2016 | Work | 9:45 PM | 10:00 PM | 0.25 | 0.25 | | 0.25 | |
| 05/13/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 16.00 | | 16.00 | |
| 05/13/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 05/13/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 8.00 | 8.00 | 16.00 | |
| 05/13/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 05/13/2016 | Work | 2:00 PM | 10:00 PM | 8.00 | | 8.00 | 8.00 | |
| 05/20/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 16.00 | | 16.00 | |
| 05/20/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 05/20/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 16.00 | | 16.00 | |
| 05/20/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 05/20/2016 | Work | 2:00 PM | 10:00 PM | 8.00 | 8.00 | | 8.00 | |
| 05/27/2016 | Work | 2:00 PM | 8:00 AM | 16.00 | 16.00 | | 16.00 | |
| 05/27/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 05/27/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 16.00 | | 16.00 | |
| 05/27/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 05/27/2016 | Work | 2:00 PM | 10:00 PM | 8.00 | 8.00 | | 8.00 | |
| 05/30/2016 | Holiday | 8:00 AM | 4:00 PM | 8.00 | 8.00 | | 8.00 | |
| 06/03/2016 | PTO | 2:00 PM | 6:00 AM | 40.00 | 40.00 | | 40.00 | |
| 06/10/2016 | PTO | 8:00 AM | 12:00 AM | 40.00 | 40.00 | | 40.00 | |
| 06/13/2016 | Work | 6:00 AM | 10:00 PM | 16.00 | 16.00 | | 16.00 | |
| 06/13/2016 | Work | 10:00 PM | 6:00 AM | 8.00 | 8.00 | | 8.00 | |
| 06/14/2016 | Work | 6:00 AM | 10:00 PM | 16.00 | 16.00 | | 16.00 | |
| 06/14/2016 | Work | 10:00 PM | 6:00 AM | 8.00 | | 8.00 | 8.00 | |
| 06/17/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | | 16.00 | 16.00 | |

Page 1 of 3

Filler - Custom

Created - 09/08/2016 03:25 PM

Time Card
04/23/2016 – 06/26/2016

| Date | Action | Shift | | Hours | Regular | OT | Paid | Total Unpaid |
|------|--------|-------|---|-------|---------|-----|------|--------------|
| 06/17/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 06/17/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | | 16.00 | 16.00 | |
| 06/17/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 06/17/2016 | Work | 2:00 PM | 10:00 PM | 8.00 | | 8.00 | 8.00 | |
| 06/19/2016 | Work | 10:00 PM | 6:00 AM | 8.00 | 8.00 | | 8.00 | |
| 06/20/2016 | Work | 6:00 AM | 2:00 PM | 8.00 | 8.00 | | 8.00 | |
| 06/20/2016 | Work | 10:00 PM | 6:00 AM | 8.00 | 8.00 | | 8.00 | |
| 06/21/2016 | Work | 6:00 AM | 2:00 PM | 8.00 | 8.00 | | 8.00 | |
| 06/21/2016 | Work | 10:00 PM | 6:00 AM | 8.00 | 8.00 | | 8.00 | |
| 06/24/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | | 16.00 | 16.00 | |
| 06/24/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 06/24/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | | 18.00 | 16.00 | |
| 06/24/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 06/24/2016 | Work | 2:00 PM | 10:00 PM | 8.00 | | 8.00 | 8.00 | |
| 06/25/2016 | PTO | 6:00 AM | 6:43 PM | 34.72 | 34.72 | | 34.72 | |
| 06/26/2016 | Work | 10:00 PM | 7:00 AM | 9.00 | 9.00 | | 9.00 | |

| Totals | Regular | OT | Paid | Unpaid |
|--------|---------|-----|------|--------|
| Work | 249.00 | 105.50 | 354.50 | |
| Sleep Time | | | | 104.00 |
| PTO | 154.72 | | 154.72 | |
| Holiday | 8.00 | | 8.00 | |
| Totals | 411.72 | 105.50 | 517.22 | 104.00 |

**Approved By:**

Administrator, System
Employee
MARTIN, LISA
MESSER, MARK

| Time Card Notes | | | |
|-----------------|-------|-----------------|---------------|
| Date | Shift | Employee Notes | Manager Notes |

DPI_000062

**Time Card**
04/23/2016 - 06/26/2016

| 06/25/2016 | 8:00 AM | 6:43 PM | Final check ,Final check |

Filter - Custom

Created - 09/08/2016 03:25 PM

DPI_000063

# Exhibit G

DPI_000064

RECEIVED

APR 1 6 2007

# COMPREHENSIVE SERVICES
## FACILITY ORIENTATION/TRAINING CHECK LIST

### (To be completed before working single coverage/within 7 days)

Employee Name: Flavie Basque          DOH: _____

Supervisor: Cheryl Sasala       First Date Worked in Facility: 4/6/07

Facility: Delaware A   Date: 4/6/07   Total Number Hours _____

|  | Supervisor | Employee | Notes |
|---|---|---|---|
| **1. Sub Books** |  |  |  |
| a. Emergency fact sheets | CS | FB |  |
| b. Safety Plans | CS | FB |  |
| c. Assessment Summaries | CS | FB |  |
| d. Shift Check List | CS | FB |  |
| **2. Medical** |  |  |  |
| a. Protocols (seizures, diet, caths, CPAP) | CS | FB |  |
| b. Medical books | CS | FB |  |
| c. Medicine Cabinet | CS | FB |  |
| d. Control drugs/count sheets | CS | FB |  |
| e. Medication errors | CS | FB |  |
| f. Menus | CS | FB |  |

|  | Supervisor | Employee | SPECIFIC DATE COMPLETED: |
|---|---|---|---|
| **3. Emergency Procedures** |  |  |  |
| a. Emergency phone numbers | CS | FB |  |
| b. Fire/Evacuation | CS | FB |  |
| c. Medical | CS | FB |  |
| d. Plumbing, heating, maintenance | CS | FB |  |
| e. Notifying the nurse | CS | FB |  |
| f. Safety procedures | CS | FB |  |
| g. Protocols home/community/employment | CS | FB |  |
| h. Notifying supervisor/on call | CS | FB |  |

|  | Supervisor | Employee | Notes |
|---|---|---|---|
| **4. Communication** |  |  |  |
| a. Staff communication log | CS | FB |  |
| b. Client case notes | CS | FB |  |
| c. Confidentiality (client/facility) | CS | FB |  |
| d. Time sheets |  |  |  |
| (1). Completing out properly | CS | FB |  |
| (2). Where to leave at facility | CS | FB |  |

Revised 4/21/05

1 of 3

DPI_000065

|  | Supervisor | Employee | Notes |
|---|---|---|---|

5. **Individual Care**

**Client's Name:** ▓▓▓▓▓▓▓▓▓▓▓▓

| | Supervisor | Employee | Notes |
|---|---|---|---|
| a. Read and understood assessment summary | | | |
| b. Behavior plans | | | |
| c. Adaptive equipment | N/A | N/A | |
| d. Individual daily routines | N/A | N/A | |
| e. Any special needs | | | |
| f. Red Book Test completed | | | |
| g. Client/family interactions | | | |
| h. Individual programs/homework/therapy | | | |
| i. Activity sheets | | | |
| j. OT/PT training | N/A | N/A | |

**Client's Name:** _____

a. Read and understood assessment summary
b. Behavior plans
c. Adaptive equipment
d. Individual daily routines
e. Any special needs
f. Red Book Test completed
g. Client/family interactions
h. Individual programs/homework/therapy
i. Activity sheets
j. OT/PT training

**Client's Name:** _____

a. Read and understood assessment summary
b. Behavior plans
c. Adaptive equipment
d. Individual daily routines
e. Any special needs
f. Red Book Test completed
g. Client/family interactions
h. Individual programs/homework/therapy
i. Activity sheets
j. OT/PT training

The duties of my job as well as the company's policies and procedures have been discussed with me by my supervisor. I understand these procedures.

_Plane Bagoue_
EMPLOYEE SIGNATURE                                    4/7/07
                                                     DATE

_Cheryl SaSalo  RPA_
SUPERVISOR SIGNATURE                                 4/7/07
                                                     DATE

Revised 4/21/05          Note: **Attach additional sheets as necessary.**          2 of 3

DPI_000066

RECEIVED
OCT 0 9 2008

## COMPREHENSIVE SERVICES
## FACILITY ORIENTATION/TRAINING CHECK LIST

### (To be completed before working single coverage/within 7 days)

Employee Name: Flave Bagoue

DOH: _____

Supervisor: Shelly Carroll, PA          First Date Worked in Facility: 9-12-08

Facility: Aurora Hills      Date: 9-10-08      Total Number Hours _____

| | Supervisor | Employee | Notes |
|---|---|---|---|
| 1. **Sub Books** | | | |
|   a. Emergency fact sheets | | | |
|   b. Safety Plans | | | |
|   c. Assessment Summaries | | | |
|   d. Shift Check List | | | |
| 2. **Medical** | | | |
|   a. Protocols (seizures, diet, caths, CPAP) | | | |
|   b. Medical books | | | |
|   c. Medicine Cabinet | | | |
|   d. Control drugs/count sheets | | | |
|   e. Medication errors | | | |
|   f. Menus | | | |

| | Supervisor | Employee | SPECIFIC DATE COMPLETED: |
|---|---|---|---|
| 3. **Emergency Procedures** | | | 9-10-08 |
|   a. Emergency phone numbers | | | |
|   b. Fire/Evacuation | | | |
|   c. Medical | | | |
|   d. Plumbing, heating, maintenance | | | |
|   e. Notifying the nurse | | | |
|   f. Safety procedures | | | |
|   g. Protocols home/community/employment | | | |
|   h. Notifying supervisor/on call | | | |

| | Supervisor | Employee | Notes |
|---|---|---|---|
| 4. **Communication** | | | |
|   a. Staff communication log | | | |
|   b. Client case notes | | | |
|   c. Confidentiality (client/facility) | | | |
|   d. Time sheets | | | |
|     (1). Completing out properly | | | |
|     (2). Where to leave at facility | | | |

Revised 4/21/05                                        1 of 3



DPI_000067

| | Supervisor | Employee | Notes |
|---|---|---|---|

5. **Individual Care**

**Client's Name:** ▮▮▮▮
a. Read and understood assessment summary
b. Behavior plans
c. Adaptive equipment
d. Individual daily routines
e. Any special needs
f. Red Book Test completed
g. Client/family interactions
h. Individual programs/homework/therapy
i. Activity sheets
j. OT/PT training

**Client's Name:** ▮▮▮▮
a. Read and understood assessment summary
b. Behavior plans
c. Adaptive equipment
d. Individual daily routines
e. Any special needs
f. Red Book Test completed
g. Client/family interactions
h. Individual programs/homework/therapy
i. Activity sheets
j. OT/PT training

**Client's Name:** ▮▮▮▮
a. Read and understood assessment summary
b. Behavior plans
c. Adaptive equipment
d. Individual daily routines
e. Any special needs
f. Red Book Test completed
g. Client/family interactions
h. Individual programs/homework/therapy
i. Activity sheets
j. OT/PT training

The duties of my job as well as the company's policies and procedures have been discussed with me by my supervisor. I understand these procedures.

_____   9/10/08
EMPLOYEE SIGNATURE                           DATE

_____   9-10-08
SUPERVISOR SIGNATURE                         DATE
                                             10-8-8

Revised 4/21/05          Note: **Attach additional sheets as necessary.**          2 of 3

DPI_000068

# Comprehensive Care Services
## Facility Orientation and Training Checklist

RECEIVED

MAY 10 2011

BY: _Be Coy_, CCS

Complete this form before working single coverage and within seven days of being hired.

Employee name: Flavie Bagoue          Hire date: _____

Supervisor name: Kim Hutchinson          Date employee first worked in facility: May 7, 2011

Facility: Ash ____          Date: May 5, 2011          Total number of hours: _____

## I. Sub Books

| | Supervisor | Employee | Notes | Revisit |
|---|---|---|---|---|
| Emergency Fact Sheets | | | | |
| Safety Plans | | | | |
| Assessment Summaries | | | | |
| Shift Checklist | | | | |

## II. Medical

| | Supervisor | Employee | Notes | Revisit |
|---|---|---|---|---|
| Protocols (Seizures, Diet, Catheters, etc.) | | | | |
| Medical Books | | | | |
| Medicine Cabinet | | | | |
| Control Drugs and Count Sheets | | | | |
| Medication Errors | | | | |
| Menus | | | | |

## III. Emergency Procedures

| | Supervisor | Employee | Date Complete | Revisit |
|---|---|---|---|---|
| Emergency Phone Numbers | | | May 5, 2011 | |
| Fire and Evacuation | | | | |
| Medical | | | | |
| Plumbing, Heating and Maintenance | | | | |
| Notifying the Nurse | | | | |
| Safety Procedures | | | | |
| Protocols for Home, Community and Employment | | | | |
| Notifying the Supervisor and On-Call Procedure | | | | |

## IV. Communication

| | Supervisor | Employee | Notes | Revisit |
|---|---|---|---|---|
| Staff Communication Log | | | | |
| Client Case Notes | | | | |
| Confidentiality (Client and Facility) | | | | |
| Properly Recording Hours Worked | | | | |
| Finances, Petty Cash and Receipt Procedures | | | | |

Updated 6/2010
Page 1 of 3

DPI_000069

## V. Individual Care

Client Name:     Garrett Wicke

| | Supervisor | Employee | Notes | Revisit |
|---|---|---|---|---|
| Read and Understood Assessment Summary | | | | |
| Behavior Plans | | | | |
| Adaptive Equipment | | | | |
| Individual Daily Routines | | | | |
| Any Special Needs | | | | |
| Client and Family Interactions | | | | |
| Individual Programs, Homework and Therapy | | | | |
| Activity Sheets | | | | |
| OT and PT Training | | | | |

Client Name:     Sonja Soholt

| | Supervisor | Employee | Notes | Revisit |
|---|---|---|---|---|
| Read and Understood Assessment Summary | | | | |
| Behavior Plans | | | | |
| Adaptive Equipment | | | | |
| Individual Daily Routines | | | | |
| Any Special Needs | | | | |
| Client and Family Interactions | | | | |
| Individual Programs, Homework and Therapy | | | | |
| Activity Sheets | | | | |
| OT and PT Training | | | | |

Client Name:     Angela Hester

| | Supervisor | Employee | Notes | Revisit |
|---|---|---|---|---|
| Read and Understood Assessment Summary | | | | |
| Behavior Plans | | | | |
| Adaptive Equipment | | | | |
| Individual Daily Routines | | | | |
| Any Special Needs | | | | |
| Client and Family Interactions | | | | |
| Individual Programs, Homework and Therapy | | | | |
| Activity Sheets | | | | |
| OT and PT Training | | | | |

## Acknowledgement and Acceptance

My supervisor has discussed my job duties and the company's policies and procedures with me. I understand these procedures.

Employee signature: _____     Date: _____

Supervisor signature: _____     Date: 5/6/11

Program Manager signature: _____     Date: 5/10/11

Updated 6/2010
Page 2 of 3

DPI_000070