# Time Detail Sheets - 2014

DPI_000038

2014

# TIME DETAIL

Time Period: Range of Dates
Dates: 1/01/2014 - 5/31/2014

Printed: 9/07/2016

Name: Bagoue, Bondeh Flavie    ID: CON0008579          Pay Rule: COMP SCHED
Primary Account(s):          3/20/2013 - forever   403400/0/Cisneros, Louis G/0/0/0/0

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | $Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|---|---|---|---|---|---|---|---|---|---|---|
| Wed 1/01 | [New Years Day] | | | | | | 9:00 | | 9:00 | |
| Thu 1/02 | | | | | | | | | 9:00 | |
| Fri 1/03 | PTO | | | | | | 40:00 | | 49:00 | Absent |
| Sat 1/04 | | | | | | | | | 49:00 | |
| Sun 1/05 | | | | | | | | | 49:00 | |
| Mon 1/06 | | | | | | | | | 49:00 | |
| Tue 1/07 | | 8:30AM Training | | 10:00AM | | | | 1:30 | 50:30 | |
| Wed 1/08 | | | | | | | | | 50:30 | |
| Thu 1/09 | | | | | | | | | 50:30 | |
| Fri 1/10 | | 1:57PM | | 10:02PM | | | | 40:00 | 90:30 | |
| Sat 1/11 | | | | | | | | | 90:30 | |
| Sun 1/12 | | | | | | | | | 90:30 | |
| Mon 1/13 | | | | | | | | | 90:30 | |
| Tue 1/14 | | 11:00AM Scheduled | | 12:17PM | | | | 1:15 | 91:45 | |
| Wed 1/15 | | | | | | | | | 91:45 | |
| Thu 1/16 | | | | | | | | | 91:45 | |
| Fri 1/17 | | 2:00PM | | 9:59PM | | | | 40:00 | 131:45 | |
| Sat 1/18 | | | | | | | | | 131:45 | |
| Sun 1/19 | | | | | | | | | 131:45 | |
| Mon 1/20 | | | | | | | | | 131:45 | |
| Tue 1/21 | | | | | | | | | 131:45 | |
| Wed 1/22 | | | | | | | | | 131:45 | |
| Thu 1/23 | | | | | | | | | 131:45 | |
| Fri 1/24 | | 1:57PM | | 10:00PM | | | | 40:00 | 171:46 | |
| Sat 1/25 | | | | | | | | | 171:45 | |
| Sun 1/26 | | | | | | | | | 171:45 | |
| Mon 1/27 | | | | | | | | | 171:45 | |
| Tue 1/28 | | | | | | | | | 171:45 | |
| Wed 1/29 | | | | | | | | | 171:45 | |
| Thu 1/30 | | | | | | | | | 171:45 | |
| Fri 1/31 | | 1:59PM | | 10:01PM | | | | 40:00 | 211:45 | |
| Sat 2/01 | | | | | | | | | 211:45 | |
| Sun 2/02 | | | | | | | | | 211:45 | |
| Mon 2/03 | | | | | | | | | 211:45 | |
| Tue 2/04 | | | | | | | | | 211:45 | |
| Wed 2/05 | | | | | | | | | 211:45 | |
| Thu 2/06 | | | | | | | | | 211:45 | |
| Fri 2/07 | | 1:57PM | | 10:02PM | | | | 40:00 | 251:45 | |
| Sat 2/08 | | | | | | | | | 251:45 | |
| Sun 2/09 | | | | | | | | | 251:45 | |
| Mon 2/10 | | | | | | | | | 251:45 | |
| Tue 2/11 | | | | | | | | | 251:45 | |
| Wed 2/12 | | 8:22AM Training | | 4:15PM | | | | 8:00 | 259:45 | |
| Thu 2/13 | | | | | | | | | 259:45 | |
| Fri 2/14 | PTO | | | | | | 40:00 | | 299:45 | Absent |
| Sat 2/15 | | | | | | | | | 299:45 | |
| Sun 2/16 | | | | | | | | | 299:45 | |
| Mon 2/17 | | | | | | | | | 299:45 | |
| Tue 2/18 | | | | | | | | | 299:45 | |
| Wed 2/19 | | | | | | | | | 299:45 | |
| Thu 2/20 | | | | | | | | | 299:45 | |
| Fri 2/21 | | 1:54PM | | 10:02PM | | | | 40:00 | 339:45 | |
| Sat 2/22 | | | | | | | | | 339:45 | |
| Sun 2/23 | | | | | | | | | 339:45 | |
| Mon 2/24 | | | | | | | | | 339:45 | |
| Tue 2/25 | | | | | | | | | 339:45 | |

| Day | Type | Time In | Time Out | OT | Hours | Total |
|---|---|---|---|---|---|---|
| Wed 2/26 | | | | | | 339:45 |
| Thu 2/27 | | | | | | 339:45 |
| Fri 2/28 | | 1:56PM | 10:01PM | | 40:00 | 379:45 |
| Sat 3/01 | Overtime Approved | | | 0:45 | | 380:30 |
| Sun 3/02 | | | | | | 380:30 |
| Mon 3/03 | | | | | | 380:30 |
| Tue 3/04 | | | | | | 380:30 |
| Wed 3/05 | | | | | | 380:30 |
| Thu 3/06 | | | | | | 380:30 |
| Fri 3/07 | | 1:58PM | 10:00PM | | 39:00 | 419:30 |
| Sat 3/08 | | | | | | 419:30 |
| Sun 3/09 | Regular Approved | | | 1:00 | | 420:30 |
| Mon 3/10 | | | | | | 420:30 |
| Tue 3/11 | | | | | | 420:30 |
| Wed 3/12 | | | | | | 420:30 |
| Thu 3/13 | | | | | | 420:30 |
| Fri 3/14 | | 1:57PM | 10:01PM | | 40:00 | 460:30 |
| Sat 3/15 | | | | | | 460:30 |
| Sun 3/16 | | | | | | 460:30 |
| Mon 3/17 | | | | | | 460:30 |
| Tue 3/18 | | | | | | 460:30 |
| Wed 3/19 | | | | | | 460:30 |
| Thu 3/20 | | | | | | 460:30 |
| Fri 3/21 | | 1:56PM | 9:02AM Scheduled | | 51:00 | 511:30 |
| Sat 3/22 | | | | | | 511:30 |
| Sun 3/23 | | | | | | 511:30 |
| Mon 3/24 | | | | | | 511:30 |
| Tue 3/25 | | | | | | 511:30 |
| Wed 3/26 | | | | | | 511:30 |
| Thu 3/27 | | | | | | 511:30 |
| Fri 3/28 | | 1:59PM | 10:02PM | | 40:00 | 551:30 |
| Sat 3/29 | | | | | | 551:30 |
| Sun 3/30 | | | | | | 551:30 |
| Mon 3/31 | | | | | | 551:30 |
| Tue 4/01 | | | | | | 551:30 |
| Wed 4/02 | | | | | | 551:30 |
| Thu 4/03 | | | | | | 551:30 |
| Fri 4/04 | | 1:53PM | 10:01PM | | 40:00 | 591:30 |
| Sat 4/05 | | | | | | 591:30 |
| Sun 4/06 | | | | | | 591:30 |
| Mon 4/07 | | | | | | 591:30 |
| Tue 4/08 | | | | | | 591:30 |
| Wed 4/09 | | | | | | 591:30 |
| Thu 4/10 | | | | | | 591:30 |
| Fri 4/11 | | 1:59PM | 10:00PM | | 40:00 | |
| Fri 4/11 | Overtime Approved | | | 1:15 | | 632:45 |
| Sat 4/12 | | | | | | 632:45 |
| Sun 4/13 | | | | | | 632:45 |
| Mon 4/14 | | | | | | 632:45 |
| Tue 4/15 | | | | | | 632:45 |
| Wed 4/16 | | | | | | 632:45 |
| Thu 4/17 | | | | | | 632:45 |
| Fri 4/18 | | 1:58PM | 10:01PM | | 40:00 | 672:45 |
| Sat 4/19 | | | | | | 672:45 |
| Sun 4/20 | | | | | | 672:45 |
| Mon 4/21 | | | | | | 672:45 |
| Tue 4/22 | | | | | | 672:45 |
| Wed 4/23 | | | | | | 672:45 |
| Thu 4/24 | | | | | | 672:45 |
| Fri 4/25 | | 12:57PM Scheduled | 10:01PM | | 41:00 | 713:45 |
| Sat 4/26 | | | | | | 713:45 |
| Sun 4/27 | | | | | | 713:45 |
| Mon 4/28 | | | | | | 713:45 |
| Tue 4/29 | | | | | | 713:45 |
| Wed 4/30 | | | | | | 713:45 |
| Thu 5/01 | | | | | | 713:45 |
| Fri 5/02 | | 1:58PM | 10:08PM Approved | | 40:15 | 754:00 |
| Sat 5/03 | Overtime | | | 1:00 | | 755:00 |

DPI_000040

Approved

| Day | Time In | Time Out | | | | |
|---|---|---|---|---|---|---|
| Sun 5/04 | | | | | | 755:00 |
| Mon 5/05 | | | | | | 755:00 |
| Tue 5/06 | | | | | | 755:00 |
| Wed 5/07 | | | | | | 755:00 |
| Thu 5/08 | | | | | | 755:00 |
| Fri 5/09 | 1:54PM | 10:01PM | | | 40:00 | |
| Fri 5/09 | Overtime | | 0:45 | | | 795:45 |
| | Approved | | | | | |
| Sat 5/10 | | | | | | 795:45 |
| Sun 5/11 | | | | | | 795:45 |
| Mon 5/12 | | | | | | 795:45 |
| Tue 5/13 | | | | | | 795:45 |
| Wed 5/14 | | | | | | 795:45 |
| Thu 5/15 | | | | | | 795:45 |
| Fri 5/16 | PTO | | 40:00 | | | 835:45 | Absent |
| Sat 5/17 | | | | | | 835:45 |
| Sun 5/18 | | | | | | 835:45 |
| Mon 5/19 | | | | | | 835:45 |
| Tue 5/20 | | | | | | 835:45 |
| Wed 5/21 | | | | | | 835:45 |
| Thu 5/22 | | | | | | 835:45 |
| Fri 5/23 | 2:00PM | 10:00PM | | | 40:00 | 875:45 |
| | Approved | | | | | |
| Sat 5/24 | | | | | | 875:45 |
| Sun 5/25 | | | | | | 875:45 |
| Mon 5/26 | | | | | | 875:45 |
| Tue 5/27 | | | | | | 875:45 |
| Wed 5/28 | | | | | | 875:45 |
| Thu 5/29 | | | | | | 875:45 |
| Fri 5/30 | | | | | | 875:45 | Absent |
| Sat 5/31 | | | | | | 875:45 |

| Totals | 0.00 | 133:45 | 742:00 | 875:45 |
|---|---|---|---|---|

**Account Summary**

| Account | Pay Code | Money | Hours | Wages |
|---|---|---|---|---|
| 403400/0/Cisneros, Louis G/0/0/0/0 | | | | |
| | Holiday | | 9:00 | 124.47 |
| | Overtime | | 18:45 | 388.97 |
| | PTO | | 120:00 | 1,659.60 |
| | Regular | | 728:00 | 10,068.24 |

**Pay Code Summary**

| | Pay Code | Money | Hours | Wages |
|---|---|---|---|---|
| | Holiday | | 9:00 | 124.47 |
| | Overtime | | 18:45 | 388.97 |
| | PTO | | 120:00 | 1,659.60 |
| | Regular | | 728:00 | 10,068.24 |

| Totals | 0.00 | 875:45 | 12,241.28 |
|---|---|---|---|

DPI_000041

| | | | | |
|---|---|---|---|---|
| Tue 4/08 | | | | 0:00 |
| Wed 4/09 | | | | 0:00 |
| Thu 4/10 | | | | 0:00 |
| Fri 4/11 | | | | 0:00 |
| Sat 4/12 | | | | 0:00 |
| Sun 4/13 | | | | 0:00 |
| Mon 4/14 | | | | 0:00 |
| Tue 4/15 | | | | 0:00 |
| Wed 4/16 | | | | 0:00 |
| Thu 4/17 | | | | 0:00 |
| Fri 4/18 | | | | 0:00 |
| Sat 4/19 | | | | 0:00 |
| Sun 4/20 | | | | 0:00 |
| Mon 4/21 | | | | 0:00 |
| Tue 4/22 | | | | 0:00 |
| Wed 4/23 | | | | 0:00 |
| Thu 4/24 | | | | 0:00 |
| Fri 4/25 | | | | 0:00 |
| Sat 4/26 | | | | 0:00 |
| Sun 4/27 | | | | 0:00 |
| Mon 4/28 | | | | 0:00 |
| Tue 4/29 | | | | 0:00 |
| Wed 4/30 | | | | 0:00 |
| Thu 5/01 | | | | 0:00 |
| Fri 5/02 | | | | 0:00 |
| Sat 5/03 | | | | 0:00 |
| Sun 5/04 | | | | 0:00 |
| Mon 5/05 | | | | 0:00 |
| Tue 5/06 | | | | 0:00 |
| Wed 5/07 | | | | 0:00 |
| Thu 5/08 | | | | 0:00 |
| Fri 5/09 | | | | 0:00 |
| Sat 5/10 | | | | 0:00 |
| Sun 5/11 | | | | 0:00 |
| Mon 5/12 | | | | 0:00 |
| Tue 5/13 | | | | 0:00 |
| Wed 5/14 | | | | 0:00 |
| Thu 5/15 | | | | 0:00 |
| Fri 5/16 | | | | 0:00 |
| Sat 5/17 | | | | 0:00 |
| Sun 5/18 | | | | 0:00 |
| Mon 5/19 | | | | 0:00 |
| Tue 5/20 | | | | 0:00 |
| Wed 5/21 | | | | 0:00 |
| Thu 5/22 | | | | 0:00 |
| Fri 5/23 | 1:59PM | 10:01PM | | 40:00 | 40:00 |
| Sat 5/24 | | | | 40:00 |
| Sun 5/25 | | | | 40:00 |
| Mon 5/26 | | | | 40:00 |
| Tue 5/27 | | | | 40:00 |
| Wed 5/28 | | | | 40:00 |
| Thu 5/29 | | | | 40:00 |
| Fri 5/30 | 2:00PM | 10:00PM | | 40:00 | 80:00 |
| Sat 5/31 | | | | 80:00 |
| Sun 6/01 | | | | 80:00 |
| Mon 6/02 | | | | 80:00 |
| Tue 6/03 | | | | 80:00 |
| Wed 6/04 | | | | 80:00 |
| Thu 6/05 | | | | 80:00 |
| Fri 6/06 | Overtime Approved | | 0:45 | |

2014 (continued)

DPI_000042

| Day | Time In | Time Out | Hours | Total |
|---|---|---|---|---|
| Fri 6/06 | 1:51PM Approved | 10:00PM | 40:15 | 121:00 |
| Sat 6/07 | | | | 121:00 |
| Sun 6/08 | | | | 121:00 |
| Mon 6/09 | 1:27PM Approved, Scheduled | 2:00PM | 0:30 | 121:30 |
| Tue 6/10 | | | | 121:30 |
| Wed 6/11 | | | | 121:30 |
| Thu 6/12 | | | | 121:30 |
| Fri 6/13 | 2:00PM | 10:00PM | 40:00 | 161:30 |
| Sat 6/14 | | | | 161:30 |
| Sun 6/15 | | | | 161:30 |
| Mon 6/16 | | | | 161:30 |
| Tue 6/17 | 12:48PM Training | 4:26PM | 3:45 | 165:15 |
| Wed 6/18 | | | | 165:15 |
| Thu 6/19 | | | | 165:15 |
| Fri 6/20 | Overtime Approved | | 1:00 | |
| Fri 6/20 | 1:58PM Approved | 10:00PM Unscheduled | 40:00 | 206:15 |
| Sat 6/21 | | | | 206:15 |
| Sun 6/22 | | | | 206:15 |
| Mon 6/23 | | | | 206:15 |
| Tue 6/24 | | | | 206:15 |
| Wed 6/25 | | | | 206:15 |
| Thu 6/26 | | | | 206:15 |
| Fri 6/27 | 1:55PM | 10:06PM | 40:00 | 246:15 |
| Sat 6/28 | | | | 246:15 |
| Sun 6/29 | | | | 246:15 |
| Mon 6/30 | | | | 246:15 |
| Tue 7/01 | | | | 246:15 |
| Wed 7/02 | | | | 246:15 |
| Thu 7/03 | [Independence Day] | | 9:00 | 255:15 |
| Fri 7/04 | 1:51PM Unscheduled | 10:00PM | 40:15 | 295:30 |
| Sat 7/05 | | | | 295:30 |
| Sun 7/06 | | | | 295:30 |
| Mon 7/07 | | | | 295:30 |
| Tue 7/08 | | | | 295:30 |
| Wed 7/09 | | | | 295:30 |
| Thu 7/10 | | | | 295:30 |
| Fri 7/11 | 2:00PM Approved | 10:00PM | 40:00 | 335:30 |
| Sat 7/12 | | | | 335:30 |
| Sun 7/13 | | | | 335:30 |
| Mon 7/14 | | | | 335:30 |
| Tue 7/15 | 2:54PM Approved, Scheduled | 10:00PM | 7:00 | 342:30 |
| Wed 7/16 | | | | 342:30 |
| Thu 7/17 | | | | 342:30 |
| Fri 7/18 | 2:00PM Approved | 10:00PM Approved | 40:00 | 382:30 |
| Sat 7/19 | | | | 382:30 |
| Sun 7/20 | | | | 382:30 |
| Mon 7/21 | | | | 382:30 |
| Tue 7/22 | 6:00AM Scheduled | 3:00PM | 9:00 | 391:30 |
| Wed 7/23 | 12:00PM | 7:00PM | 7:00 | 398:30 |

DPI_000043

| Date | | Approved, Scheduled | Approved | | Hours | Total |
|---|---|---|---|---|---|---|
| Thu 7/24 | | | | | | 398:30 |
| Fri 7/25 | | 1:56PM | 10:00PM | | 40:00 | 438:30 |
| Sat 7/26 | | | | | | 438:30 |
| Sun 7/27 | | | | | | 438:30 |
| Mon 7/28 | | | | | | 438:30 |
| Tue 7/29 | | 5:57AM Scheduled | 3:06PM | | 9:00 | 447:30 |
| Wed 7/30 | | | | | | 447:30 |
| Thu 7/31 | | | | | | 447:30 |
| Fri 8/01 | | 1:56PM | 9:59PM | | 40:00 | 487:30 |
| Sat 8/02 | | | | | | 487:30 |
| Sun 8/03 | | | | | | 487:30 |
| Mon 8/04 | | | | | | 487:30 |
| Tue 8/05 | | 5:58AM Scheduled | 3:00PM Approved | | 9:00 | 496:30 |
| Wed 8/06 | | | | | | 496:30 |
| Thu 8/07 | | | | | | 496:30 |
| Fri 8/08 | PTO Scheduled | | | 8:00 | | 504:30 |
| Sat 8/09 | | 5:57AM | 10:00PM | | 32:00 | 536:30 |
| Sun 8/10 | | | | | | 536:30 |
| Mon 8/11 | | | | | | 536:30 |
| Tue 8/12 | | 6:00AM Scheduled | 3:02PM | | 9:00 | 545:30 |
| Wed 8/13 | | 9:56PM Scheduled | 6:03AM | | 8:00 | 553:30 |
| Thu 8/14 | | | | | | 553:30 |
| Fri 8/15 | | 1:53PM | 10:00PM | | 40:00 | 593:30 |
| Sat 8/16 | | | | | | 593:30 |
| Sun 8/17 | | | | | | 593:30 |
| Mon 8/18 | | 5:57AM Scheduled | 9:02AM | | 3:00 | 596:30 |
| Tue 8/19 | | 6:00AM Scheduled | 3:03PM Unscheduled | | 9:00 | 605:30 |
| Wed 8/20 | | | | | | 605:30 |
| Thu 8/21 | | | | | | 605:30 |
| Fri 8/22 | PTO | | | 1:15 | | 645:30 |
| Fri 8/22 | | 1:58PM | 8:41PM Unscheduled | | 38:45 | 645:30 |
| Sat 8/23 | | | | | | 645:30 |
| Sun 8/24 | | | | | | 645:30 |
| Mon 8/25 | | | | | | 645:30 |
| Tue 8/26 | | 5:59AM Approved | 3:01PM | | 9:00 | 654:30 |
| Wed 8/27 | | | | | | 654:30 |
| Thu 8/28 | | | | | | 654:30 |
| Fri 8/29 | | 1:55PM | 10:00PM | | 40:00 | 694:30 |
| Sat 8/30 | | | | | | 694:30 |
| Sun 8/31 | | | | | | 694:30 |
| Mon 9/01 | | | | | | 694:30 |
| Tue 9/02 | | 6:01AM Scheduled | 3:07PM | | 9:00 | 703:30 |
| Wed 9/03 | | | | | | 703:30 |
| Thu 9/04 | | | | | | 703:30 |
| Fri 9/05 | PTO | | | 40:00 | | 743:30 |
| Sat 9/06 | | | | | | 743:30 |
| Sun 9/07 | | | | | | 743:30 |
| Mon 9/08 | | | | | | 743:30 |
| Tue 9/09 | | 6:00AM Scheduled | 4:13PM | | 10:15 | 753:45 |

DPI_000044

| Date | Type | In | Out | | | |
|---|---|---|---|---|---|---|
| Wed 9/10 | | | | | | 753:45 |
| Thu 9/11 | | | | | | 753:45 |
| Fri 9/12 | Funeral Bereavement-Sibling | | | 8:00 | | |
| Fri 9/12 | Overtime Approved | | | 1:30 | | |
| Fri 9/12 | Regular Scheduled | | | 16:00 | | |
| Fri 9/12 | | 1:55PM | 2:00PM | | 16:00 | 795:15 |
| Sat 9/13 | | | | | | 795:15 |
| Sun 9/14 | | | | | | 795:15 |
| Mon 9/15 | | | | | | 795:15 |
| Tue 9/16 | | | | | | 795:15 |
| Wed 9/17 | | | | | | 795:15 |
| Thu 9/18 | | | | | | 795:15 |
| Fri 9/19 | Funeral | | | 1:00 | | |
| Fri 9/19 | | 1:55PM | 1:06PM | | 39:00 | 835:15 |
| Sat 9/20 | | | | | | 835:15 |
| Sun 9/21 | | | | | | 835:15 |
| Mon 9/22 | | | | | | 835:15 |
| Tue 9/23 | | 12:56PM Scheduled | 10:00PM | | 9:00 | 844:15 |
| Wed 9/24 | | | | | | 844:15 |
| Thu 9/25 | | 1:24PM Approved | 2:00PM | | 0:30 | 844:45 |
| Fri 9/26 | | 1:54PM | 10:00PM Unscheduled | | 40:00 | 884:45 |
| Sat 9/27 | | | | | | 884:45 |
| Sun 9/28 | | | | | | 884:45 |
| Mon 9/29 | | | | | | 884:45 |
| Tue 9/30 | | 3:55PM | 10:00PM | | 6:00 | 890:45 |
| Wed 10/01 | | | | | | 890:45 |
| Thu 10/02 | Overtime Approved | | | 0:45 | | 891:30 |
| Fri 10/03 | | 1:59PM | 10:00PM | | 40:00 | 931:30 |
| Sat 10/04 | | | | | | 931:30 |
| Sun 10/05 | | | | | | 931:30 |
| Mon 10/06 | | | | | | 931:30 |
| Tue 10/07 | | | | | | 931:30 |
| Wed 10/08 | | | | | | 931:30 |
| Thu 10/09 | | | | | | 931:30 |
| Fri 10/10 | Overtime Approved | | | 0:30 | | |
| Fri 10/10 | | 1:52PM | 10:03PM | | 40:15 | 972:15 |
| Sat 10/11 | | | | | | 972:15 |
| Sun 10/12 | | | | | | 972:15 |
| Mon 10/13 | | 4:52PM | 10:00PM | | 5:15 | 977:30 |
| Tue 10/14 | | | | | | 977:30 |
| Wed 10/15 | | | | | | 977:30 |
| Thu 10/16 | | | | | | 977:30 |
| Fri 10/17 | | 1:54PM | 10:02PM | | 40:00 | 1017:30 |
| Sat 10/18 | | | | | | 1017:30 |
| Sun 10/19 | | | | | | 1017:30 |
| Mon 10/20 | | | | | | 1017:30 |
| Tue 10/21 | | 5:56AM | 3:02PM | | 9:00 | 1026:30 |
| Wed 10/22 | | | | | | 1026:30 |
| Thu 10/23 | | | | | | 1026:30 |
| Fri 10/24 | | 1:57PM | 10:04PM | | 40:00 | 1081:00 |
| Sat 10/25 | | | | | | 1081:00 |
| Sun 10/26- | | 10:05PM | 12:27PM | | 54:30 | 1081:00 |
| Mon 10/27 | | 10:00PM | 6:05AM | | 8:00 | 1089:00 |

DPI_000045

| Date | | Time | Time | OT | Hours | Cumulative |
|---|---|---|---|---|---|---|
| Tue 10/28 | | 3:02PM Approved | 1:51PM | | 54:45 | 1143:45 |
| Wed 10/29 | | | | | | 1143:45 |
| Thu 10/30 | | | | | | 1143:45 |
| Fri 10/31 | | | | | | 1143:45 |
| Sat 11/01 | | | | | | 1143:45 |
| Sun 11/02 | | 10:06PM Approved | 5:58AM | | 8:00 | 1151:45 |
| Mon 11/03 | | 10:01AM Approved FMLA | 5:55AM | | 20:00 | 1171:45 |
| Tue 11/04 | | 3:03PM Approved | 1:55PM | | 55:00 | 1226:45 |
| Wed 11/05 | | | | | | 1226:45 |
| Thu 11/06 | | | | | | 1226:45 |
| Fri 11/07 | Overtime Approved | | | 2:00 | | 1228:45 |
| Sat 11/08 | Overtime Approved | | | 2:00 | | 1230:45 |
| Sun 11/09 | | 10:01PM Approved | 5:58AM | | 8:00 | 1238:45 |
| Mon 11/10 | | 10:03AM Approved | 5:57AM | | 20:00 | 1258:45 |
| Tue 11/11 | | 3:03PM Approved | 1:58PM | | 55:00 | 1313:45 |
| Wed 11/12 | | | | | | 1313:45 |
| Thu 11/13 | | | | | | 1313:45 |
| Fri 11/14 | | | | | | 1313:45 |
| Sat 11/15 | | | | | | 1313:45 |
| Sun 11/16 | | 10:00PM Approved | 5:56AM | | 24:00 | 1337:45 |
| Mon 11/17 | | | | | | 1337:45 |
| Tue 11/18 | | 3:33PM Approved | 1:59PM | | 54:30 | 1392:15 |
| Wed 11/19 | | | | | | 1392:15 |
| Thu 11/20 | | | | | | 1392:15 |
| Fri 11/21 | | | | | | 1392:15 |
| Sat 11/22 | | | | | | 1392:15 |
| Sun 11/23 | | | | | | 1392:15 |
| Mon 11/24 | | 6:00AM | 10:00AM | | 4:00 | 1396:15 |
| Tue 11/25 | | 5:58AM | 3:02PM | | 9:00 | 1405:15 |
| Wed 11/26 | | 5:54AM | 4:02PM | | 10:00 | 1415:15 |
| Thu 11/27 | [Thanksgiving] | | | 9:00 | | 1424:15 |
| Fri 11/28 | | 1:55PM | 10:00PM | | 40:00 | 1464:15 |
| Sat 11/29 | | | | | | 1464:15 |
| Sun 11/30 | | | | | | 1464:15 |
| Mon 12/01 | | | | | | 1464:15 |
| Tue 12/02 | | | | | | 1464:15 |
| Wed 12/03 | | | | | | 1464:15 |
| Thu 12/04 | | | | | | 1464:15 |
| Fri 12/05 | | 1:59PM | 10:00PM Approved | | 40:00 | 1504:15 |
| Sat 12/06 | | | | | | 1504:15 |
| Sun 12/07 | | | | | | 1504:15 |
| Mon 12/08 | | | | | | 1504:15 |
| Tue 12/09 | | | | | | 1504:15 |
| Wed 12/10 | | | | | | 1504:15 |
| Thu 12/11 | | | | | | 1504:15 |
| Fri 12/12 | | 1:59PM | 10:00PM | | 40:00 | 1544:15 |
| Sat 12/13 | | | | | | 1544:15 |
| Sun 12/14 | | | | | | 1544:15 |
| Mon 12/15 | | | | | | 1544:15 |

DPI_000046

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tue 12/16 | | | | | | | 1544:15 |
| Wed 12/17 | | | | | | | 1544:15 |
| Thu 12/18 | | | | | | | 1544:15 |
| Fri 12/19 | | 2:03PM | 10:00PM | | | 40:00 | 1584:15 |
| Sat 12/20 | | | | | | | 1584:15 |
| Sun 12/21 | | | | | | | 1584:15 |
| Mon 12/22 | | | | | | | 1584:15 |
| Tue 12/23 | | | | | | | 1584:15 |
| Wed 12/24 | | | | | | | 1584:15 |
| Thu 12/25 | [Christmas Day] | | | | 9:00 | | 1593:15 |
| Fri 12/26 | | 1:53PM | 10:00PM | | | 40:00 | 1633:15 |
| Sat 12/27 | | | | | | | 1633:15 |
| Sun 12/28 | | | | | | | 1633:15 |
| Mon 12/29 | | | | | | | 1633:15 |
| Tue 12/30 | | | | | | | 1633:15 |
| Wed 12/31 | | | | | | | 1633:15 |
| **Totals** | | | | 0.00 | 109:45 | 1523:30 | 1633:15 |

Account Summary

| Account | Pay Code | Money | Hours |
|---|---|---|---|
| **403400/0/Cisneros, Louis G/0/0/0/0** | | | |
| | Funeral | | 9:00 |
| | Holiday | | 9:00 |
| | Overtime | | 244:15 |
| | PTO | | 49:15 |
| | Regular | | 1002:15 |
| **403400/0/Hays, Alicia/0/0/0/0** | | | |
| | Holiday | | 18:00 |
| | Overtime | | 61:30 |
| | Regular | | 240:00 |

Pay Code Summary

| | Pay Code | Money | Hours |
|---|---|---|---|
| | Funeral | | 9:00 |
| | Holiday | | 27:00 |
| | Overtime | | 305:45 |
| | PTO | | 49:15 |
| | Regular | | 1242:15 |
| **Totals** | | 0.00 | 1633:15 |

DPI_000047

# Time Detail Sheets - 2015

DPI_000048

**Cindy Dutton**

| | |
|---|---|
| **From:** | Mesharia Montgomery |
| **Sent:** | Thursday, September 01, 2016 11:01 AM |
| **To:** | Andrea Resendez; Cindy Dutton |
| **Cc:** | Mesharia Montgomery |
| **Subject:** | Emailing: Time Detail |

## TIME DETAIL

**Time Period: Range of Dates**
**Dates: 1/01/2015 - 12/31/2015**

Printed: 9/01/2016

**Name: Bagoue, Bonden   ID: CON0008579      Pay Rule: COMP SCHED**
**Primary Account(s):**   11/13/2014 - 10/05/2015   403400/0/Hays, Alicia/0/0/0/0
                          10/05/2015 - forever      403400/0/Messer, Mark/0/0/0/0

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | ($)Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|---|---|---|---|---|---|---|---|---|---|---|
| Thu 1/01 | [New Years Day] | | | | | | 9:00 | | 9:00 | |
| Fri 1/02 | | 1:58PM | | 10:01PM | | | | 40:00 | 49:00 | |
| Sat 1/03 | | | | | | | | | 49:00 | |
| Sun 1/04 | | | | | | | | | 49:00 | |
| Mon 1/05 | | | | | | | | | 49:00 | |
| Tue 1/06 | | | | | | | | | 49:00 | |
| Wed 1/07 | | | | | | | | | 49:00 | |
| Thu 1/08 | | | | | | | | | 49:00 | |
| Fri 1/09 | Overtime | | | | | | 1:15 | | | |
| Fri 1/09 | | 2:00PM | | 6:07AM | | | | 48:00 | 98:15 | |
| Sat 1/10 | | | | | | | | | 98:15 | |
| Sun 1/11 | | | | | | | | | 98:15 | |
| Mon 1/12 | | | | | | | | | 98:15 | |
| Tue 1/13 | | 1:56PM | | 10:02PM Approved | | | | 8:00 | 106:15 | |
| Wed 1/14 | | 2:15PM | | 5:00PM Approved | | | | 2:45 | 109:00 | |
| Thu 1/15 | | | | | | | | | 109:00 | |
| Fri 1/16 | | 1:54PM | | 10:00PM | | | | 40:00 | 149:00 | |
| Sat 1/17 | | | | | | | | | 149:00 | |
| Sun 1/18 | | | | | | | | | 149:00 | |
| Mon 1/19 | | | | | | | | | 149:00 | |
| Tue 1/20 | | | | | | | | | 149:00 | |
| Wed 1/21 | | | | | | | | | 149:00 | |
| Thu 1/22 | | | | | | | | | 149:00 | |
| Fri 1/23 | Overtime Approved | | | | | | 1:18 | | | |
| Fri 1/23 | | 1:56PM | | 10:07PM | | | | 40:00 | 190:18 | |
| Sat 1/24 | | | | | | | | | 190:18 | |
| Sun 1/25 | | | | | | | | | 190:18 | |
| Mon 1/26 | | | | | | | | | 190:18 | |
| Tue 1/27 | | | | | | | | | 190:18 | |
| Wed 1/28 | | | | | | | | | 190:18 | |
| Thu 1/29 | | 11:00AM | | 3:22PM Approved | | | | 4:15 | 194:33 | |
| Fri 1/30 | | 1:59PM | | 10:01PM | | | | 40:00 | 234:33 | |

1

| Day | In | Out | Extra | Total |
|---|---|---|---|---|
| Sat 1/31 | | | | 234:33 |
| Sun 2/01 | | | | 234:33 |
| Mon 2/02 | | | | 234:33 |
| Tue 2/03 | 8:29AM<br>Training | 4:02PM | 7:30 | 242:03 |
| Wed 2/04 | | | | 242:03 |
| Thu 2/05 | | | | 242:03 |
| Fri 2/06 | 1:55PM | 10:00PM | 40:00 | 282:03 |
| Sat 2/07 | | | | 282:03 |
| Sun 2/08 | | | | 282:03 |
| Mon 2/09 | | | | 282:03 |
| Tue 2/10 | 8:49AM | 2:59PM | 6:15 | 288:18 |
| Wed 2/11 | | | | 288:18 |
| Thu 2/12 | | | | 288:18 |
| Fri 2/13 | 1:57PM | 10:26PM | 40:30 | 328:48 |
| Sat 2/14 | | | | 328:48 |
| Sun 2/15 | | | | 328:48 |
| Mon 2/16 | | | | 328:48 |
| Tue 2/17 | | | | 328:48 |
| Wed 2/18 | 2:57PM | 10:03PM | 7:00 | 335:48 |
| Thu 2/19 | 2:53PM | 10:04PM | 7:00 | 342:48 |
| Fri 2/20   Overtime<br>Approved | | | 1:30 | |
| Fri 2/20 | 1:56PM | 10:00PM | 40:00 | 384:18 |
| Sat 2/21 | | | | 384:18 |
| Sun 2/22 | | | | 384:18 |
| Mon 2/23 | | | | 384:18 |
| Tue 2/24 | | | | 384:18 |
| Wed 2/25 | 2:55PM | 10:02PM | 7:00 | 391:18 |
| Thu 2/26 | 5:59AM | 10:05PM | 16:00 | 407:18 |
| Fri 2/27   Overtime<br>Approved | | | 1:30 | |
| Fri 2/27 | 5:54AM | 10:04PM | 48:00 | 456:48 |
| Sat 2/28 | | | | 456:48 |
| Sun 3/01 | | | | 456:48 |
| Mon 3/02 | | | | 456:48 |
| Tue 3/03 | | | | 456:48 |
| Wed 3/04 | | | | 456:48 |
| Thu 3/05 | 3:58PM | 8:01PM | 4:00 | 460:48 |
| Fri 3/06   Overtime<br>Approved | | | 1:00 | |
| Fri 3/06 | 5:55AM | 10:00PM | 47:00 | 508:48 |
| Sat 3/07 | | | | 508:48 |
| Sun 3/08 | | | | 508:48 |
| Mon 3/09 | | | | 508:48 |
| Tue 3/10 | | | | 508:48 |
| Wed 3/11 | | | | 508:48 |
| Thu 3/12 | | | | 508:48 |
| Fri 3/13 | 5:51AM | 10:05PM<br>Approved | 48:15 | 557:03 |
| Sat 3/14 | | | | 557:03 |
| Sun 3/15 | | | | 557:03 |
| Mon 3/16 | | | | 557:03 |
| Tue 3/17 | | | | 557:03 |
| Wed 3/18 | 5:48AM | 2:11PM<br>Approved | 8:30 | 565:33 |
| Thu 3/19 | 5:52AM | 2:03PM<br>Approved | 8:15 | 573:48 |
| Fri 3/20 | 5:53AM | 10:03PM | 48:00 | 621:48 |
| Sat 3/21   Overtime<br>Approved | | | 2:00 | 623:48 |

DPI_000050

| Day | In | Out | | Total |
|---|---|---|---|---|
| Sun 3/22 | | | | 623:48 |
| Mon 3/23 | | | | 623:48 |
| Tue 3/24 | | | | 623:48 |
| Wed 3/25 | 5:50AM | 2:05PM Approved | 8:15 | 632:03 |
| Thu 3/26 | 5:58AM | 2:01PM Approved | 8:00 | 640:03 |
| Fri 3/27 | 5:53AM | 10:02PM | 48:00 | 688:03 |
| Sat 3/28 | | | | 688:03 |
| Sun 3/29 | | | | 688:03 |
| Mon 3/30 | | | | 688:03 |
| Tue 3/31 | 10:00AM | 12:24PM Approved | 2:30 | 690:33 |
| Wed 4/01 | | | | 690:33 |
| Thu 4/02 | | | | 690:33 |
| Fri 4/03 PTO | | | 40:00 | 730:33 |
| Sat 4/04 | | | | 730:33 |
| Sun 4/05 | | | | 730:33 |
| Mon 4/06 | | | | 730:33 |
| Tue 4/07 | | | | 730:33 |
| Wed 4/08 | 3:30PM | 10:00PM | 6:30 | 737:03 |
| Thu 4/09 | 2:00PM | 10:00PM | 8:00 | 745:03 |
| Fri 4/10 | 6:00AM | 1:55PM | | |
| Fri 4/10 | 2:00PM | 10:00PM Approved | 48:00 | 793:03 |
| Sat 4/11 | | | | 793:03 |
| Sun 4/12 | | | | 793:03 |
| Mon 4/13 | | | | 793:03 |
| Tue 4/14 | | | | 793:03 |
| Wed 4/15 | 5:52AM Approved | 3:36PM | 9:45 | 802:48 |
| Thu 4/16 | 5:56AM Approved | 3:37PM | 9:30 | 812:18 |
| Fri 4/17 | 5:53AM Approved | 10:00PM | 48:00 | 860:18 |
| Sat 4/18 | | | | 860:18 |
| Sun 4/19 | | | | 860:18 |
| Mon 4/20 | | | | 860:18 |
| Tue 4/21 | | | | 860:18 |
| Wed 4/22 | 5:51AM Approved FMLA | 3:31PM | 9:45 | 870:03 |
| Thu 4/23 | 5:54AM Approved | 3:31PM | 9:30 | 879:33 |
| Fri 4/24 | 5:53AM Approved | 10:00PM | 48:00 | 927:33 |
| Sat 4/25 | | | | 927:33 |
| Sun 4/26 | | | | 927:33 |
| Mon 4/27 | | | | 927:33 |
| Tue 4/28 | | | | 927:33 |
| Wed 4/29 | 5:53AM | 10:01PM | 16:00 | 943:33 |
| Thu 4/30 | 5:51AM | 10:06PM | 16:15 | 959:48 |
| Fri 5/01 PTO | | | 40:00 | 999:48 |
| Sat 5/02 | | | | 999:48 |
| Sun 5/03 | | | | 999:48 |
| Mon 5/04 | 8:00AM | 6:01PM | 10:00 | 1009:48 |
| Tue 5/05 | | | | 1009:48 |
| Wed 5/06 | 7:58AM | 2:11PM | 6:15 | 1016:03 |
| Thu 5/07 | 8:00AM | 8:00PM | 12:00 | 1028:03 |
| Fri 5/08 PTO Approved | | | 40:00 | 1068:03 |
| Sat 5/09 | | | | 1068:03 |

3

DPI_000051

| Day | | In | Out | | Hours | Total |
|---|---|---|---|---|---|---|
| Sun 5/10 | | | | | | 1068:03 |
| Mon 5/11 | | | | | | 1068:03 |
| Tue 5/12 | | | | | | 1068:03 |
| Wed 5/13 | | | | | | 1068:03 |
| Thu 5/14 | | | | | | 1068:03 |
| Fri 5/15 | | 1:55PM | 10:03PM | | 40:00 | 1108:03 |
| Sat 5/16 | | | | | | 1108:03 |
| Sun 5/17 | | | | | | 1108:03 |
| Mon 5/18 | | | | | | 1108:03 |
| Tue 5/19 | | | | | | 1108:03 |
| Wed 5/20 | | | | | | 1108:03 |
| Thu 5/21 | | | | | | 1108:03 |
| Fri 5/22 | | 1:55PM | 10:02PM | | 40:00 | 1148:03 |
| Sat 5/23 | | | | | | 1148:03 |
| Sun 5/24 | | | | | | 1148:03 |
| Mon 5/25 | [Memorial Day] | | | | 9:00 | 1157:03 |
| Tue 5/26 | | | | | | 1157:03 |
| Wed 5/27 | | | | | | 1157:03 |
| Thu 5/28 | | | | | | 1157:03 |
| Fri 5/29 | | 1:52PM | 10:04PM | | 40:15 | 1197:18 |
| Sat 5/30 | | | | | | 1197:18 |
| Sun 5/31 | | | | | | 1197:18 |
| Mon 6/01 | | | | | | 1197:18 |
| Tue 6/02 | | | | | | 1197:18 |
| Wed 6/03 | | | | | | 1197:18 |
| Thu 6/04 | | | | | | 1197:18 |
| Fri 6/05 | | 1:52PM | 6:06AM Approved | | 48:15 | 1245:33 |
| Sat 6/06 | | | | | | 1245:33 |
| Sun 6/07 | | | | | | 1245:33 |
| Mon 6/08 | | 6:54PM | 6:09AM Approved | | 11:15 | 1256:48 |
| Tue 6/09 | | 6:53PM | 6:05AM Approved | | 11:00 | 1267:48 |
| Wed 6/10 | | | | | | 1267:48 |
| Thu 6/11 | | | | | | 1267:48 |
| Fri 6/12 | Overtime Approved | | | | 0:30 | |
| Fri 6/12 | | 1:59PM | 10:01PM | | 40:00 | 1308:18 |
| Sat 6/13 | | | | | | 1308:18 |
| Sun 6/14 | | | | | | 1308:18 |
| Mon 6/15 | | | | | | 1308:18 |
| Tue 6/16 | | | | | | 1308:18 |
| Wed 6/17 | | | | | | 1308:18 |
| Thu 6/18 | | | | | | 1308:18 |
| Fri 6/19 | Overtime Approved | | | | 0:45 | |
| Fri 6/19 | | 1:52PM | 10:03PM | | 40:15 | 1349:18 |
| Sat 6/20 | | | | | | 1349:18 |
| Sun 6/21 | | | | | | 1349:18 |
| Mon 6/22 | | | | | | 1349:18 |
| Tue 6/23 | | | | | | 1349:18 |
| Wed 6/24 | | | | | | 1349:18 |
| Thu 6/25 | | | | | | 1349:18 |
| Fri 6/26 | | 1:56PM | 10:02PM | | 40:00 | 1389:18 |
| Sat 6/27 | | | | | | 1389:18 |
| Sun 6/28 | | | | | | 1389:18 |
| Mon 6/29 | | 11:50AM | 1:30PM | | 1:45 | 1391:03 |
| Tue 6/30 | | | | | | 1391:03 |
| Wed 7/01 | | | | | | 1391:03 |

4

| Date | Note | In | Out | Hours | Total |
|------|------|------|------|------|------|
| Thu 7/02 | [Independence Day] | | | 9:00 | 1400:03 |
| Fri 7/03 | | 1:45PM | 10:03PM | 40:15 | 1440:18 |
| Sat 7/04 | | | | | 1440:18 |
| Sun 7/05 | | | | | 1440:18 |
| Mon 7/06 | | | | | 1440:18 |
| Tue 7/07 | | | | | 1440:18 |
| Wed 7/08 | | | | | 1440:18 |
| Thu 7/09 | | | | | 1440:18 |
| Fri 7/10 | | 2:00PM | 10:02PM | 40:00 | 1480:18 |
| Sat 7/11 | | | | | 1480:18 |
| Sun 7/12 | | | | | 1480:18 |
| Mon 7/13 | | | | | 1480:18 |
| Tue 7/14 | | | | | 1480:18 |
| Wed 7/15 | | | | | 1480:18 |
| Thu 7/16 | | | | | 1480:18 |
| Fri 7/17 | | 1:56PM | 10:00PM | 40:00 | 1520:18 |
| Sat 7/18 | | | | | 1520:18 |
| Sun 7/19 | | | | | 1520:18 |
| Mon 7/20 | | | | | 1520:18 |
| Tue 7/21 | | | | | 1520:18 |
| Wed 7/22 | | | | | 1520:18 |
| Thu 7/23 | | | | | 1520:18 |
| Fri 7/24 | | 1:58PM | 10:05PM | 40:00 | 1560:18 |
| Sat 7/25 | | | | | 1560:18 |
| Sun 7/26 | | | | | 1560:18 |
| Mon 7/27 | | | | | 1560:18 |
| Tue 7/28 | | | | | 1560:18 |
| Wed 7/29 | | | | | 1560:18 |
| Thu 7/30 | | | | | 1560:18 |
| Fri 7/31 | PTO Approved | | | 40:00 | 1600:18 |
| Sat 8/01 | | | | | 1600:18 |
| Sun 8/02 | | | | | 1600:18 |
| Mon 8/03 | | | | | 1600:18 |
| Tue 8/04 | | | | | 1600:18 |
| Wed 8/05 | | 5:59AM | 10:05PM Approved | 16:00 | 1616:18 |
| Thu 8/06 | | 6:01AM | 2:07PM Approved | 8:00 | 1624:18 |
| Fri 8/07 | | 6:07AM | 10:26PM Approved | 48:30 | 1672:48 |
| Sat 8/08 | | | | | 1672:48 |
| Sun 8/09 | | | | | 1672:48 |
| Mon 8/10 | | | | | 1672:48 |
| Tue 8/11 | | | | | 1672:48 |
| Wed 8/12 | | | | | 1672:48 |
| Thu 8/13 | | | | | 1672:48 |
| Fri 8/14 | | 1:57PM | 10:03PM | 40:00 | 1712:48 |
| Sat 8/15 | | | | | 1712:48 |
| Sun 8/16 | | | | | 1712:48 |
| Mon 8/17 | | | | | 1712:48 |
| Tue 8/18 | | | | | 1712:48 |
| Wed 8/19 | | | | | 1712:48 |
| Thu 8/20 | | 5:00PM | 8:01PM | 3:00 | 1715:48 |
| Fri 8/21 | | 1:54PM | 9:57PM | 40:00 | 1755:48 |
| Sat 8/22 | | | | | 1755:48 |
| Sun 8/23 | | 10:00PM | 9:00AM Approved | 11:00 | 1766:48 |
| Mon 8/24 | | 10:00PM | 6:00AM Approved | 8:00 | 1774:48 |

5

DPI_000053

| Day | Activity | Time In | Time Out | Hours | Total |
|---|---|---|---|---|---|
| Tue 8/25 | | | | | 1774:48 |
| Wed 8/26 | | | | | 1774:48 |
| Thu 8/27 | | | | | 1774:48 |
| Fri 8/28 | Overtime Approved | | | 1:15 | |
| Fri 8/28 | | 1:50PM | 10:00PM | 40:15 | 1816:18 |
| Sat 8/29 | | | | | 1816:18 |
| Sun 8/30 | | 10:05PM | 5:01PM | 19:00 | 1835:18 |
| Mon 8/31 | | 8:56PM | 6:00PM | 21:00 | 1856:18 |
| Tue 9/01 | | | | | 1856:18 |
| Wed 9/02 | | | | | 1856:18 |
| Thu 9/03 | | | | | 1856:18 |
| Fri 9/04 | | 1:50PM | 10:09PM | 40:30 | 1896:48 |
| Sat 9/05 | | | | | 1896:48 |
| Sun 9/06 | | | | | 1896:48 |
| Mon 9/07 | [Labor Day] | | | 9:00 | 1905:48 |
| Tue 9/08 | | 7:30AM | 9:15AM Approved | 1:45 | 1907:33 |
| Wed 9/09 | | | | | 1907:33 |
| Thu 9/10 | | | | | 1907:33 |
| Fri 9/11 | PTO Approved | | | 40:00 | 1947:33 |
| Sat 9/12 | | | | | 1947:33 |
| Sun 9/13 | | | | | 1947:33 |
| Mon 9/14 | | | | | 1947:33 |
| Tue 9/15 | | | | | 1947:33 |
| Wed 9/16 | | | | | 1947:33 |
| Thu 9/17 | | | | | 1947:33 |
| Fri 9/18 | Overtime Approved | | | 1:15 | |
| Fri 9/18 | | 2:04PM | 10:11PM | 40:15 | 1989:03 |
| Sat 9/19 | | | | | 1989:03 |
| Sun 9/20 | | | | | 1989:03 |
| Mon 9/21 | | | | | 1989:03 |
| Tue 9/22 | | | | | 1989:03 |
| Wed 9/23 | | | | | 1989:03 |
| Thu 9/24 | | | | | 1989:03 |
| Fri 9/25 | | 2:00PM | 10:04PM | 40:00 | 2029:03 |
| Sat 9/26 | | | | | 2029:03 |
| Sun 9/27 | | | | | 2029:03 |
| Mon 9/28 | | | | | 2029:03 |
| Tue 9/29 | | | | | 2029:03 |
| Wed 9/30 | | | | | 2029:03 |
| Thu 10/01 | | | | | 2029:03 |
| Fri 10/02 | | 8:46AM | 2:00PM | 5:15 | |
| Fri 10/02 | | 2:01PM | 10:00PM | 40:00 | 2074:18 |
| Sat 10/03 | | | | | 2074:18 |
| Sun 10/04 | | 10:01PM | 8:59AM | 11:00 | 2085:18 |
| Mon 10/05 | | 9:00PM | 5:00PM | 20:00 | 2105:18 |
| Tue 10/06 | | | | | 2105:18 |
| Wed 10/07 | | | | | 2105:18 |
| Thu 10/08 | | | | | 2105:18 |
| Fri 10/09 | | 2:00PM | 10:07PM | 40:00 | 2145:18 |
| Sat 10/10 | | | | | 2145:18 |
| Sun 10/11 | | | | | 2145:18 |
| Mon 10/12 | | | | | 2145:18 |
| Tue 10/13 | | | | | 2145:18 |
| Wed 10/14 | | | | | 2145:18 |
| Thu 10/15 | | | | | 2145:18 |
| Fri 10/16 | Overtime Approved | | | 1:00 | |

DPI_000054

| Day | Start | End | | Hours | Total |
|-----|-------|-----|---|-------|-------|
| Fri 10/16 | 1:57PM | 10:06PM | | 40:00 | 2186:18 |
| Sat 10/17 | | | | | 2186:18 |
| Sun 10/18 | | | | | 2186:18 |
| Mon 10/19 | | | | | 2186:18 |
| Tue 10/20 | | | | | 2186:18 |
| Wed 10/21 | | | | | 2186:18 |
| Thu 10/22 | | | | | 2186:18 |
| Fri 10/23 | 1:59PM | 10:07PM | | 40:00 | 2226:18 |
| Sat 10/24 | | | | | 2226:18 |
| Sun 10/25 | | | | | 2226:18 |
| Mon 10/26 | | | | | 2226:18 |
| Tue 10/27 | | | | | 2226:18 |
| Wed 10/28 | | | | | 2226:18 |
| Thu 10/29 | | | | | 2226:18 |
| Fri 10/30 | 9:00AM | 10:00PM | | | |
| Fri 10/30 | 10:01PM | 11:25PM Approved | | 14:30 | 2240:48 |
| Sat 10/31 | 6:00AM | 10:00PM Approved | | 33:00 | 2273:48 |
| Sun 11/01 | | | | | 2273:48 |
| Mon 11/02 | | | | | 2273:48 |
| Tue 11/03 | 8:03AM | 1:49PM | | 5:45 | 2279:33 |
| Wed 11/04 | | | | | 2279:33 |
| Thu 11/05 | | | | | 2279:33 |
| Fri 11/06 | 9:57AM | 10:02PM | | 44:00 | 2323:33 |
| Sat 11/07 | | | | | 2323:33 |
| Sun 11/08 | | | | | 2323:33 |
| Mon 11/09 | 9:00AM | 6:00PM | | 9:00 | 2332:33 |
| Tue 11/10 | | | | | 2332:33 |
| Wed 11/11 | | | | | 2332:33 |
| Thu 11/12 | 8:00AM | 2:45PM | | 6:45 | 2339:18 |
| Fri 11/13 | 6:00AM | 2:00PM | | 8:00 | |
| Fri 11/13 | 2:01PM | 10:00PM | | 40:00 | 2387:18 |
| Sat 11/14 | | | | | 2387:18 |
| Sun 11/15 | | | | | 2387:18 |
| Mon 11/16 | 9:00AM | 6:04PM | | 9:00 | 2396:18 |
| Tue 11/17 | | | | | 2396:18 |
| Wed 11/18 | | | | | 2396:18 |
| Thu 11/19 | 7:17AM | 10:19AM | | 3:00 | 2399:18 |
| Fri 11/20 | 2:00PM | 10:00PM | | 40:00 | 2439:18 |
| Sat 11/21 | | | | | 2439:18 |
| Sun 11/22 | | | | | 2439:18 |
| Mon 11/23 | 6:00AM | 3:02PM | | 9:00 | 2448:18 |
| Tue 11/24 | | | | | 2448:18 |
| Wed 11/25 | | | | | 2448:18 |
| Thu 11/26 | 9:59PM | 6:21AM | | 8:15 | |
| Thu 11/26 | [Thanksgiving Day] | | 9:00 | | 2465:33 |
| Fri 11/27 | 1:57PM | 10:05PM | | 40:00 | 2505:33 |
| Sat 11/28 | | | | | 2505:33 |
| Sun 11/29 | | | | | 2505:33 |
| Mon 11/30 | 6:00AM | 3:00PM | | 9:00 | 2514:33 |
| Tue 12/01 | | | | | 2514:33 |
| Wed 12/02 | | | | | 2514:33 |
| Thu 12/03 | 6:00AM | 2:00PM | | 8:00 | 2522:33 |
| Fri 12/04 | 1:58PM | 10:04PM | | 40:00 | 2562:33 |
| Sat 12/05 | | | | | 2562:33 |
| Sun 12/06 | | | | | 2562:33 |
| Mon 12/07 | 5:58AM | 3:00PM | | 9:00 | 2571:33 |
| Tue 12/08 | | | | | 2571:33 |
| Wed 12/09 | | | | | 2571:33 |

7

DPI_000055

| | | | | | |
|---|---|---|---|---|---|
| Thu 12/10 | | | | | 2571:33 |
| Fri 12/11 | 1:59PM | 10:02PM | | 40:00 | 2611:33 |
| Sat 12/12 | | | | | 2611:33 |
| Sun 12/13 | | | | | 2611:33 |
| Mon 12/14 | 5:56AM | 3:11PM | | 9:15 | 2620:48 |
| Tue 12/15 | | | | | 2620:48 |
| Wed 12/16 | | | | | 2620:48 |
| Thu 12/17 | | | | | 2620:48 |
| Fri 12/18 | 2:03PM | 10:01PM | | 40:00 | 2660:48 |
| Sat 12/19 | | | | | 2660:48 |
| Sun 12/20 | | | | | 2660:48 |
| Mon 12/21 | | | | | 2660:48 |
| Tue 12/22 | | | | | 2660:48 |
| Wed 12/23 | | | | | 2660:48 |
| Thu 12/24 | [Christmas Day] | | | 9:00 | 2669:48 |
| Fri 12/25 | 1:57PM | 10:00PM | | 40:00 | 2709:48 |
| Sat 12/26 | | | | | 2709:48 |
| Sun 12/27 | | | | | 2709:48 |
| Mon 12/28 | | | | | 2709:48 |
| Tue 12/29 | | | | | 2709:48 |
| Wed 12/30 | | | | | 2709:48 |
| Thu 12/31 | [Observed New Years Day] | | | 9:00 | 2718:48 |
| **Totals** | | | 0.00 | 276:18 | 2442:30 | 2718:48 |

## Account Summary

| Account | Pay Code | Money | Hours |
|---|---|---|---|
| **403400/0/Hays, Alicia/0/0/0/0** | | | |
| | Holiday | | 36:00 |
| | Overtime | | 373:33 |
| | PTO | | 200:00 |
| | Regular | | 1475:45 |
| **403400/0/Messer, Mark/0/0/0/0** | | | |
| | Holiday | | 27:00 |
| | Overtime | | 163:00 |
| | Regular | | 443:30 |

## Pay Code Summary

| Pay Code | Money | Hours |
|---|---|---|
| Holiday | | 63:00 |
| Overtime | | 536:33 |
| PTO | | 200:00 |
| Regular | | 1919:15 |
| **Totals** | 0.00 | 2718:48 |

DPI_000056

# Time Detail Sheets - 2016

DPI_000057

Time Detail

## TIME DETAIL

Time Period: Range of Dates
Dates: 1/01/2016 – 6/30/2016

Printed: 9/08/2016

Name: Bagoue, Bondeh    ID: CON0008579    Pay Rule: COMP 5CHED
Primary Account(s):    10/05/2015 – forever   403400/0/Messer, Mark/0/0/0/0

| Date | Apply To | In Punch | In Exc | Out Punch | Out Exc | ($)Amt | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount | Absence |
|------|----------|----------|--------|-----------|---------|--------|----------------|----------------|------------------|---------|
| Fri 1/01 | PTO | | | | | | 40:00 | | 40:00 | |
| Sat 1/02 | | | | | | | | | 40:00 | |
| Sun 1/03 | | | | | | | | | 40:00 | |
| Mon 1/04 | | | | | | | | | 40:00 | |
| Tue 1/05 | | | | | | | | | 40:00 | |
| Wed 1/06 | | | | | | | | | 40:00 | |
| Thu 1/07 | | | | | | | | | 40:00 | |
| Fri 1/08 | PTO Approved | | | | | | 40:00 | | 80:00 | |
| Sat 1/09 | | | | | | | | | 80:00 | |
| Sun 1/10 | | | | | | | | | 80:00 | |
| Mon 1/11 | | | | | | | | | 80:00 | |
| Tue 1/12 | | | | | | | | | 80:00 | |
| Wed 1/13 | | | | | | | | | 80:00 | |
| Thu 1/14 | | | | | | | | | 80:00 | |
| Fri 1/15 | PTO Approved | | | | | | 40:00 | | 120:00 | |
| Sat 1/16 | | | | | | | | | 120:00 | |
| Sun 1/17 | | | | | | | | | 120:00 | |
| Mon 1/18 | | | | | | | | | 120:00 | |
| Tue 1/19 | | | | | | | | | 120:00 | |
| Wed 1/20 | | | | | | | | | 120:00 | |
| Thu 1/21 | | | | | | | | | 120:00 | |
| Fri 1/22 | | 1:51PM | | 10:03PM | | | | 40:15 | 160:15 | |
| Sat 1/23 | | | | | | | | | 160:15 | |
| Sun 1/24 | | | | | | | | | 160:15 | |
| Mon 1/25 | | | | | | | | | 160:15 | |
| Tue 1/26 | | | | | | | | | 160:15 | |
| Wed 1/27 | | | | | | | | | 160:15 | |
| Thu 1/28 | | | | | | | | | 160:15 | |
| Fri 1/29 | | 1:56PM | | 10:00PM | | | | 40:00 | 200:15 | |
| Sat 1/30 | | | | | | | | | 200:15 | |
| Sun 1/31 | | | | | | | | | 200:15 | |
| Mon 2/01 | | | | | | | | | 200:15 | |
| Tue 2/02 | | | | | | | | | 200:15 | |
| Wed 2/03 | | | | | | | | | 200:15 | |
| Thu 2/04 | | | | | | | | | 200:15 | |
| Fri 2/05 | | 1:57PM | | 8:34AM | | | | 50:30 | 250:45 | |
| Sat 2/06 | | | | | | | | | 250:45 | |
| Sun 2/07 | | | | | | | | | 250:45 | |
| Mon 2/08 | | | | | | | | | 250:45 | |

DPI_000058

Time Detail

| | | | | |
|---|---|---|---|---|
| Tue 2/09 | 9:57AM | 12:32PM | 2:30 | 253:15 |
| Wed 2/10 | | | | 253:15 |
| Thu 2/11 | | | | 253:15 |
| Fri 2/12 | 1:55PM | 10:06PM | 40:00 | 293:15 |
| Sat 2/13 | | | | 293:15 |
| Sun 2/14 | | | | 293:15 |
| Mon 2/15 | 8:30AM | 3:38PM | 7:15 | 300:30 |
| Tue 2/16 | 9:30AM | 11:30AM | 2:00 | 302:30 |
| Wed 2/17 | | | | 302:30 |
| Thu 2/18 | | | | 302:30 |
| Fri 2/19 | 1:54PM | 10:01PM | 40:00 | 342:30 |
| Sat 2/20 | | | | 342:30 |
| Sun 2/21 | | | | 342:30 |
| Mon 2/22 | | | | 342:30 |
| Tue 2/23 | | | | 342:30 |
| Wed 2/24 | | | | 342:30 |
| Thu 2/25 | | | | 342:30 |
| Fri 2/26 | 1:55PM | 10:01PM | 40:00 | 382:30 |
| Sat 2/27 | | | | 382:30 |
| Sun 2/28 | | | | 382:30 |
| Mon 2/29 | | | | 382:30 |
| Tue 3/01 | | | | 382:30 |
| Wed 3/02 | | | | 382:30 |
| Thu 3/03 | | | | 382:30 |
| Fri 3/04 | 2:01PM | 10:00PM | 40:00 | 422:30 |
| Sat 3/05 | | | | 422:30 |
| Sun 3/06 | | | | 422:30 |
| Mon 3/07 | | | | 422:30 |
| Tue 3/08 | | | | 422:30 |
| Wed 3/09 | | | | 422:30 |
| Thu 3/10 | 1:53PM | 10:00PM | 8:00 | |
| Thu 3/10 | 10:01PM | 6:00AM | 8:00 | 438:30 |
| Fri 3/11 | 6:01AM | 2:00PM | 8:00 | |
| Fri 3/11 | 2:01PM | 10:00PM | 39:00 | 485:30 |
| Sat 3/12 | | | | 485:30 |
| Sun 3/13 | | | | 485:30 |
| Mon 3/14 | | | | 485:30 |
| Tue 3/15 | | | | 485:30 |
| Wed 3/16 | | | | 485:30 |
| Thu 3/17 | 2:00PM | 10:00PM | 8:00 | |
| Thu 3/17 | 10:01PM | 6:00AM | 8:00 | 501:30 |
| Fri 3/18 | 6:01AM | 1:59PM | 8:00 | |
| Fri 3/18 | 2:00PM | 10:00PM | 40:00 | 549:30 |
| Sat 3/19 | | | | 549:30 |
| Sun 3/20 | | | | 549:30 |
| Mon 3/21 | | | | 549:30 |
| Tue 3/22 | | | | 549:30 |
| Wed 3/23 | | | | 549:30 |
| Thu 3/24 | 1:56PM | 10:00PM | 8:00 | |
| Thu 3/24 | 10:01PM | 6:00AM | 8:00 | 565:30 |
| Fri 3/25 | 6:01AM | 2:00PM | 8:00 | |
| Fri 3/25 | 2:01PM | 10:00PM | 40:00 | 613:30 |
| Sat 3/26 | | | | 613:30 |
| Sun 3/27 | | | | |

Time Detail                                                                 Page 3 of 5

|            |     |          |          |       |        |
|------------|-----|----------|----------|-------|--------|
|            |     |          |          |       | 613:30 |
| Mon 3/28   |     |          |          |       | 613:30 |
| Tue 3/29   |     |          |          |       | 613:30 |
| Wed 3/30   |     |          |          |       | 613:30 |
| Thu 3/31   |     | 2:00PM   | 10:00PM  | 8:00  |        |
| Thu 3/31   |     | 10:01PM  | 6:00AM   | 8:00  | 629:30 |
| Fri 4/01   |     | 6:01AM   | 1:59PM   | 8:00  |        |
| Fri 4/01   |     | 2:00PM   | 10:00PM  | 40:00 | 677:30 |
| Sat 4/02   |     |          |          |       | 677:30 |
| Sun 4/03   |     |          |          |       | 677:30 |
| Mon 4/04   |     |          |          |       | 677:30 |
| Tue 4/05   |     |          |          |       | 677:30 |
| Wed 4/06   |     |          |          |       | 677:30 |
| Thu 4/07   |     |          |          |       | 677:30 |
| Fri 4/08   |     | 1:58PM   | 10:00PM  | 40:00 | 717:30 |
| Sat 4/09   |     |          |          |       | 717:30 |
| Sun 4/10   |     |          |          |       | 717:30 |
| Mon 4/11   |     |          |          |       | 717:30 |
| Tue 4/12   |     |          |          |       | 717:30 |
| Wed 4/13   |     |          |          |       | 717:30 |
| Thu 4/14   |     |          |          |       | 717:30 |
| Fri 4/15   |     |          |          |       | 717:30 |
| Sat 4/16   | PTO |          |          | 8:00  |        |
| Sat 4/16   |     | 6:01AM   | 10:00PM  | 32:00 | 757:30 |
| Sun 4/17   |     |          |          |       | 757:30 |
| Mon 4/18   |     |          |          |       | 757:30 |
| Tue 4/19   |     |          |          |       | 757:30 |
| Wed 4/20   |     |          |          |       | 757:30 |
| Thu 4/21   |     |          |          |       | 757:30 |
| Fri 4/22   |     | 1:56PM   | 10:00PM  | 40:00 | 797:30 |
| Sat 4/23   |     |          |          |       | 797:30 |
| Sun 4/24   |     |          |          |       | 797:30 |
| Mon 4/25   |     |          |          |       | 797:30 |
| Tue 4/26   |     |          |          |       | 797:30 |
| Wed 4/27   |     |          |          |       | 797:30 |
| Thu 4/28   |     |          |          |       | 797:30 |
| Fri 4/29   |     |          |          |       | 797:30 |
| Sat 4/30   |     |          |          |       | 797:30 |
| Sun 5/01   |     |          |          |       | 797:30 |
| Mon 5/02   |     |          |          |       | 797:30 |
| Tue 5/03   |     |          |          |       | 797:30 |
| Wed 5/04   |     |          |          |       | 797:30 |
| Thu 5/05   |     |          |          |       | 797:30 |
| Fri 5/06   |     |          |          |       | 797:30 |
| Sat 5/07   |     |          |          |       | 797:30 |
| Sun 5/08   |     |          |          |       | 797:30 |
| Mon 5/09   |     |          |          |       | 797:30 |
| Tue 5/10   |     |          |          |       | 797:30 |
| Wed 5/11   |     |          |          |       | 797:30 |
| Thu 5/12   |     |          |          |       | 797:30 |
| Fri 5/13   |     |          |          |       | 797:30 |
| 5at 5/14   |     |          |          |       | 797:30 |
| Sun 5/15   |     |          |          |       | 797:30 |
| Mon 5/16   |     |          |          |       |        |

DPI_000060

*2016 (continued)*

Nonprofit Management
Services of Colorado
325 Inverness Drive South
Englewood, CO 80112

Time Card
04/23/2016 - 06/26/2016

8579 BAGOUE, FLAVIE

| Date | Action | Shift | | Hours | Regular | OT | Paid | Total Unpaid |
|------|--------|-------|---|-------|---------|-----|------|-------|
| 04/25/2016 | Work | 9:00 AM | 10:30 AM | 1.50 | 1.50 | | 1.50 | |
| 04/29/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 16.00 | | 16.00 | |
| 04/29/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 04/29/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 16.00 | | 16.00 | |
| 04/29/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 04/29/2016 | Work | 2:00 PM | 10:00 PM | 8.00 | 6.50 | 1.50 | 8.00 | |
| 05/06/2016 | PTO | 8:00 AM | 12:00 AM | 40.00 | 40.00 | | 40.00 | |
| 05/07/2016 | Work | 10:00 PM | 1:45 PM | 15.75 | 15.75 | | 15.75 | |
| 05/07/2016 | Sleep Time | 1:45 PM | 9:45 PM | 8.00 | | | | 8.00 |
| 05/07/2016 | Work | 9:45 PM | 10:00 PM | 0.25 | 0.25 | | 0.25 | |
| 05/13/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 16.00 | | 16.00 | |
| 05/13/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 05/13/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 8.00 | 8.00 | 16.00 | |
| 05/13/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 05/13/2016 | Work | 2:00 PM | 10:00 PM | 8.00 | | 8.00 | 8.00 | |
| 05/20/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 16.00 | | 16.00 | |
| 05/20/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 05/20/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 16.00 | | 16.00 | |
| 05/20/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 05/20/2016 | Work | 2:00 PM | 10:00 PM | 8.00 | 8.00 | | 8.00 | |
| 05/27/2016 | Work | 2:00 PM | 8:00 AM | 16.00 | 16.00 | | 16.00 | |
| 05/27/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 05/27/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | 16.00 | | 16.00 | |
| 05/27/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 05/27/2016 | Work | 2:00 PM | 10:00 PM | 8.00 | 8.00 | | 8.00 | |
| 05/30/2016 | Holiday | 8:00 AM | 4:00 PM | 8.00 | 8.00 | | 8.00 | |
| 06/03/2016 | PTO | 2:00 PM | 6:00 AM | 40.00 | 40.00 | | 40.00 | |
| 06/10/2016 | PTO | 8:00 AM | 12:00 AM | 40.00 | 40.00 | | 40.00 | |
| 06/13/2016 | Work | 6:00 AM | 10:00 PM | 16.00 | 16.00 | | 16.00 | |
| 06/13/2016 | Work | 10:00 PM | 6:00 AM | 8.00 | 8.00 | | 8.00 | |
| 06/14/2016 | Work | 6:00 AM | 10:00 PM | 16.00 | 16.00 | | 16.00 | |
| 06/14/2016 | Work | 10:00 PM | 6:00 AM | 8.00 | | 8.00 | 8.00 | |
| 06/17/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | | 16.00 | 16.00 | |

Page 1 of 3

Filler - Custom

Created - 09/08/2016 03:25 PM

Time Card
04/23/2016 - 06/26/2016

| Date | Action | Shift | | Hours | Regular | OT | Paid | Total Unpaid |
|------|--------|-------|---|-------|---------|----|----|--------------|
| 06/17/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 06/17/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | | 16.00 | 16.00 | |
| 06/17/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 06/17/2016 | Work | 2:00 PM | 10:00 PM | 8.00 | | 8.00 | 8.00 | |
| 06/19/2016 | Work | 10:00 PM | 6:00 AM | 8.00 | 8.00 | | 8.00 | |
| 06/20/2016 | Work | 6:00 AM | 2:00 PM | 8.00 | 8.00 | | 8.00 | |
| 06/20/2016 | Work | 10:00 PM | 6:00 AM | 8.00 | 8.00 | | 8.00 | |
| 06/21/2016 | Work | 6:00 AM | 2:00 PM | 8.00 | 8.00 | | 8.00 | |
| 06/21/2016 | Work | 10:00 PM | 6:00 AM | 8.00 | 8.00 | | 8.00 | |
| 06/24/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | | 16.00 | 16.00 | |
| 06/24/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 06/24/2016 | Work | 2:00 PM | 6:00 AM | 16.00 | | 18.00 | 16.00 | |
| 06/24/2016 | Sleep Time | 6:00 AM | 2:00 PM | 8.00 | | | | 8.00 |
| 06/24/2016 | Work | 2:00 PM | 10:00 PM | 8.00 | | 8.00 | 8.00 | |
| 06/25/2016 | PTO | 6:00 AM | 6:43 PM | 34.72 | 34.72 | | 34.72 | |
| 06/26/2016 | Work | 10:00 PM | 7:00 AM | 9.00 | 9.00 | | 9.00 | |

| Totals | Regular | OT | Paid | Unpaid |
|--------|---------|----|----|--------|
| Work | 249.00 | 105.50 | 354.50 | |
| Sleep Time | | | | 104.00 |
| PTO | 154.72 | | 154.72 | |
| Holiday | 8.00 | | 8.00 | |
| Totals | 411.72 | 105.50 | 517.22 | 104.00 |

**Approved By:**

Administrator, System
Employee
MARTIN, LISA
MESSER, MARK

| Time Card Notes | | | |
|-----------------|-------|----------------|---------------|
| Date | Shift | Employee Notes | Manager Notes |

DPI_000062

| 06/25/2016 | 8:00 AM | 6:43 PM | Final check ,Final check |

Filter - Custom                                                                                   Created - 09/08/2016 03:25 PM

DPI_000063